UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LESAMUEL PALMER,

      Plaintiff,

v.                                Case No. 3:14-cv-362-J-20JBT

RONNIE L. MORRIS, et al.,

      Defendants.

_____/

## DECLARATION OF LESLIE RODES

    I, **Leslie Rodes**, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury, declare that the statements made below are true and state:

    1.    My name is Leslie Rodes, I am designated as the Executive Secretary by the Inspector General's Office of the Florida Department of Corrections ("FDC") in Tallahassee. I certify that I am a custodian of the investigative records that are generated by the Inspector General and kept in the FDC's Central Office.

    2.    As part of my regular duties I am the custodian of these records, or I am an employee familiar with the manner and process in which these records are created and maintained by virtue of my duties and responsibilities.

    3.    The attached Inspector General report # 12-2-0770 (Exhibit B pg. 3-46) and the attached Use of Force report # 2012-205-0015 (Exhibit B pg. 47-101) are true and correct copies of these reports which are contained in the official records of the FDC maintained pursuant to Section 119.011(12), Florida Statutes.

    4.    The reports referenced in paragraph 3 were made at or near the time of the occurrences of the matters set forth by, or from information transmitted by, people with knowledge of those matters.

    5.    It is the regular practice of the FDC to make, keep, and maintain the records during the course of regularly conducted business.

    6.    The foregoing facts are known by me to be true and correct based upon my review of the record. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

**Leslie Rodes**
Executive Secretary
Florida Department of Corrections

Date



Florida Department of Corrections
Office of the Inspector General
Report of Investigation
Jeffery T. Beasley, Inspector General

**RECEIVED**
**DEPARTMENT OF CORRE**

JUN 1 1 2012

BUREAU OF
STATE INVESTIGATIONS

**Inspector General Case #:** 12-2-0770

**Facility:** Florida State Prison

**Classification of Incident:** Battery on a Law
Enforcement Officer 17L

**Field Office/Region:** Gainesville/2 East

**Incident Date:** January 19, 2012    **Time:** 6:55 PM

**Inspector:** Kevin W. Snow

**Date of Report:** May 18, 2012

**Case Type:** C

☐ **Case of Special Interest**
☒ **Confidential Medical Information**
☐ **Prison Rape Elimination Act (PREA) Number (if applicable)**
☒ **Department of Corrections presented to State Attorney**    ☐ **Declined**    ☒ **Accepted**
☒ **Use of Force (UOF) Number** 2012-205-0015
☐ **Equal Employment Opportunity Commission (EEOC)**
☐ **Addendum**
☒ **Wing Video Camera(s) Present in the Area of Incident**

### SUMMARY OF ALLEGATIONS:

Sergeant Ronnie Morris reported on January 19, 2012, at 6:55 PM that Inmate Lesamuel Palmer was being escorted into the shower area on B-Wing when he manipulated his handcuffs and began stabbing Inmate Rashard Williams through the cell bars. During the subsequent use of force Inmate Palmer stabbed Sergeant Morris in the left middle finger. This information was placed in the Management Information Notes System on January 20, 2012, and was assigned for investigation on January 23, 2012, with Senior Inspector Kevin Snow as the investigating officer.

### SUMMARY OF DISPOSITION/JUSTIFICATION FOR DOWNGRADE/EXONERATION:

This case alleging the commission of a criminal violation of law is closed by arrest due to a Capias being issued for the arrest of Inmate Lesamuel Palmer on May 10, 2012, by Assistant State Attorney Bruce Helling for the following F.S.S. violations: 784. (045) *Aggravated Battery with a Deadly Weapon (2 counts)*, 944.47(1a3) *Possession of a Weapon by an Inmate*, and 843.01 *Resisting an Officer with Violence.*



Florida Department of Corrections
Office of the Inspector General
Report of Investigation
**Jeffery T. Beasley, Inspector General**



**Case Number:** 12-2-0770

| | Name | Title / DC # | D.O.B. | Employee ID # or Non-Employee Contact Information |
|---|---|---|---|---|
| Complainant: | Snow, Kevin W. | Senior Inspector | | |
| Victim: | Williams, Rashard L. | Inmate #K72121 | | |
| | Morris, Ronnie L. | Sergeant | | |
| Witness(es): | Rizer, Jonathan D. | Captain | | |
| | Warner, William M. | Sergeant | | |
| | Duncan, Edward B. | Sergeant | | |
| | Douglass, Stephen K. | Correctional Officer | | |
| | Gray, Christian B. | Correctional Officer | | |
| Subject(s): | Palmer, Lesamuel | Inmate #L41847 | 03/06/1980 | |

**Arrest:** ☐ Employee ☐ Inmate ☐ Other          ☐ **Addendum Pending**

**Charges:**

☐ **Felony** ☐ **Misdemeanor** **Date of Arrest:**          **Date Reported:**

**Other Agency Case Number:**

**FINDINGS:**

In an incident report and Report of Force Used submitted on January 19, 2012, Sergeant Ronnie Morris indicated the following:

At approximately 6:55 PM, on Thursday, January 19, 2012, while assigned as B-Wing housing Sergeant, Officer Stephen Douglass and he were conducting shower procedures on the second floor of B-Wing. Inmate Rashard Williams was placed in hand restraints, removed from his cell, escorted to the shower area by himself and Officer Douglass, and placed in the first shower stall. He and Officer Douglass then went to Inmate Lesamuel Palmer's cell. Inmate Palmer was placed in restraints and escorted to the shower. Upon entering the shower area Inmate Palmer manipulated the restraints freeing his right hand. Inmate Palmer then stabbed Inmate Williams through the shower bars with what appeared to be an ice-pick type weapon grazing Inmate Williams on the left side of the torso. Inmate Palmer continued to stab towards Inmate Williams striking him in the face and upper torso area. At this time he placed his left hand on Inmate Palmer's right shoulder and his right hand on Inmate Palmer's left shoulder, which stopped the attack, and forced him towards the rear of the shower area. Officer Christian Gray utilized the Incident Command System to notify the control room. Inmate Palmer continued to resist and stabbed towards him and Officer Douglass. He was struck in the left hand by the weapon. Officer Douglass rushed forward and grasped Inmate Palmer by the right lower arm with both hands. Inmate Palmer swung the weapon at Officer Douglass striking him on the right elbow. They both maintained their grasps on Inmate Palmer in an attempt to place him on the shower floor. Captain Jonathan Rizer, Sergeant William Warner, Sergeant Edward Duncan, Officer Eric Young, and

Page 2



Florida Department of Corrections
Office of the Inspector General
Report of Investigation
**Jeffery T. Beasley, Inspector General**



**Case Number:** 12-2-0770

camera operator Daniel Nettles arrived in the area. Sergeants Warner and Duncan entered the shower area. Sergeant Warner grasped Inmate Palmer's right lower arm with both hands and swept Inmate Palmer's right leg rearward with his left foot. With the assistance of Sergeant Warner Inmate Palmer was forced onto the floor of the shower. He re-grasped Inmate Palmer's lower left arm with both hands and forced the arm behind Inmate Palmer's back. Sergeant Warner placed Inmate Palmer's right arm behind his back. Officer Douglass released his grasp and re-applied the hand restraints. Inmate Palmer remained defiant and attempted to kick himself and Sergeant Warner. Sergeant Duncan grasped Inmate Palmer's lower right leg to maintain control. Sergeant Duncan placed leg restraints on Inmate Palmer. Officer Eric Young placed a black box and waist chain on Inmate Palmer. Sergeant Warner grasped Inmate Palmer's right arm and Officer Young grasped his left arm and they assisted him to his feet and physically escorted him to the second floor quarterdeck. At 6:57 PM Officer Nettles initiated videotaping and conducted a self introduction. At 6:58 PM Captain Rizer conducted an opening statement. At approximately 7:00 PM Inmate Palmer was physically escorted to the medical clinic by Sergeant Warner and Officer Young. He was secured in the holding cell outside the clinic. At 7:18 PM Sergeant Warner and Officer Young were relieved by Sergeant Gary Holtom and Officer Jeffrey Wiggins. At 7:18 PM Inmate Palmer was observed lying on the floor of the holding cell in a fetal position. Officer Wiggins grasped Inmate Palmer's right arm with both hands while Sergeant Holtom grasped Inmate Palmer's left arm with both hands and they assisted him to his feet. They escorted Inmate Palmer into the medical clinic where he received a Post Use of Force Physical. At 7:38 PM custodial touch was used by Sergeant Holtom and Officer Wiggins to escort Inmate Palmer to Q-Wing for a housing reassignment. Once on Q-wing Inmate Palmer was placed in the shower, his restraints were removed, he was strip searched with negative results, his restraints were reapplied, and he was placed in cell Q-1306. At 7:57 PM Captain Rizer conducted a closing statement and videotaping ceased. All staff members received Post Use of Force Physicals. Inmate Palmer received five disciplinary reports. Two were for Aggravated Battery on a Correctional Officer, one was for Aggravated Battery on an Inmate, one was for Defeating a Security Device, and the last was for Possession of a Weapon. **(Exhibit A1 and A2)**

In the Shift Supervisor Comment section of the incident report written by Sergeant Ronnie Morris on January 19, 2012, Captain Jonathan Rizer indicated the following:

Spontaneous physical force was used on Inmate Palmer due to him manipulating his hand restraints and utilizing an ice pick type weapon to stab Inmate Williams, Sergeant Morris, and Officer Douglass. When he approached the clinic holding cell Inmate Palmer was sitting on the floor and appeared to be under the influence of narcotics. He questioned Inmate Palmer about taking drugs and Inmate Palmer stated that he had not taken anything. While getting treated medically Inmate Palmer stated that he had been snorting Wellbutrin all day. He observed a white powder around the nose area of Inmate Palmer. Inmate Palmer stated in a written statement that the B-Wing staff members were letting him and Inmate Williams fight. He wrote that when he got the advantage the staff and Inmate Williams jumped on him. Inmate Williams further stated that Sergeant Morris, Officer Douglass, and Inmate Williams all stabbed themselves. The weapon, Sergeant Morris' shirt, and Officer Douglass' shirt were all tagged as evidence and turned over to Inspector Snow. Inmate Williams received five disciplinary reports. One for Aggravated Battery on an Inmate, two for Aggravated Battery on a Correctional Officer, one for Possession of a Weapon, and the last for Defeating a Security Device. **(Exhibit A1)**

Page 3

Ex. B 005



Florida Department of Corrections
Office of the Inspector General
Report of Investigation
**Jeffery T. Beasley, Inspector General**



**Case Number:** 12-2-0770

In a Report of Force Used Staff Supplement submitted on January 19, 2012, Officer Stephen Douglass indicated the following:

> He grasped Inmate Palmer's right lower right arm with both hands and assisted in forcing him to the shower floor. **(Exhibit A3)**

In a Report of Force Used Staff Supplement submitted on January 19, 2012, Sergeant Edward Duncan indicated the following:

> He grasped Inmate Palmer's lower right leg with both hands to maintain control and then placed leg restraints on him. **(Exhibit A3)**

In a Report of Force Used Staff Supplement submitted on January 19, 2012, Sergeant William Warner indicated the following:

> He grasped Inmate Palmer's lower right arm with both hands and swept Inmate Palmer's right leg rearward with his left foot while forcing Inmate Palmer to the shower floor. He placed Inmate Palmer's right arm behind his back. **(Exhibit A3)**

In an incident report submitted on January 19, 2012, Officer Christian Gray indicated the following:

> At approximately 6:55 PM on January 19, 2012, while assigned as B-Wing Housing Officer, he was operating the control panels on the second floor of B-Wing. He did not witness Inmate Palmer stab Inmate Williams, Sergeant Morris, or Officer Stephen Douglass. He did witness the physical force used on Inmate Palmer. He did not use force. **(Exhibit A4)**

In an incident report submitted on January 19, 2012, Officer Eric Young indicated the following:

> At approximately 6:55 PM on January 19, 2012, while assigned as Internal Security Officer, he responded to B-Wing due to a spontaneous use-of-force on Inmate Palmer. He witnessed Sergeant Warner, Sergeant Morris, Sergeant Duncan, and Officer Douglass use physical force on Inmate Duncan. He placed the black box and waist chain onto Inmate Palmer and assisted him to his feet. He escorted Inmate Palmer to the clinic for medical triage and then to Q-Wing. Once on Q-Wing Inmate Palmer was placed in the third floor shower, his restraints were removed, and a strip search was conducted. The restraints were replaced and Inmate Palmer was placed in cell Q-1306 without incident. He used no force. **(Exhibit A5)**

In a Witness Statement submitted on January 19, 2012, Inmate Rashard Williams refused to make a statement. **(Exhibit A6)**

In a Witness Statement submitted on January 19, 2012, Inmate Lesamuel Palmer indicated the following:

> He sent a request form to Captain Normal and spoke to the mental health counselor telling them that his life was in danger on B-Wing. He was asked by the wing sergeant if he wanted to fight the other inmate and he shook his head no. The other inmate was pulled out of his cell by the sergeant and taken to the shower. The sergeant came back and pulled him out about a minute later. He was taken

Page 4

Ex. B 006



**Florida Department of Corrections**
**Office of the Inspector General**
**Report of Investigation**
**Jeffery T. Beasley, Inspector General**



**Case Number:** 12-2-0770

to the shower and when he got there he saw that the other inmate had no cuffs on. The sergeant then took his cuffs off. He was attacked by the other inmate and then the officers too. Four of them started punching him. He never attempted to stab an officer. The officers had the weapon. He only bit the inmate during this incident. He had written a grievance on the same sergeant because the sergeant had written him a disciplinary report saying that he (sergeant) was hit by him (Palmer) during a use of force on C-Wing. **(Exhibit A7)**

In an Emergency Room Record and Diagram of Injury submitted on January 19, 2012, Inmate Rashard Williams was noted to have a small puncture wound to the left side of the ribcage, superficial abrasion on the left cheek, superficial abrasion on the left clavicle, small abrasion to the right side of the face, lacerations to the bottom and top lips, and two small superficial abrasions on the scapula. **(Exhibit A8-A9)**

In an Emergency room Record and Diagram of Injury submitted on January 19, 2012, Sergeant Ronnie Morris was noted to have a cut to the left middle finger that was one centimeter in length. **(Exhibit A10-A11)**

In an Emergency Room Record and Diagram of Injury submitted on January 19, 2012, Officer Stephen Douglass was noted to have a superficial scratch to the right elbow. **(Exhibit A12-A13)**

At approximately 7:42 PM, a call was received from Control Room staff at Florida State Prison *(FSP)* with information that Inmate Lesamuel Palmer had slipped his hand restraints upon entering the shower area on the second floor of B-Wing and stabbed Inmate Rashard Williams who was already in the first shower. It was further relayed that Sergeant Ronnie Morris and Officer Stephen Douglass were also stabbed while trying to prevent further attack upon Inmate Williams and re-restrain Inmate Palmer. At 7:47 PM, Inspector Supervisor Marilyn Henderson called and also relayed this information.

While in transit to *FSP* contact was made with Captain John Rizer, the Shift OIC. Captain Rizer relayed that Inmate Williams, Sergeant Morris, and Officer Douglass were not severely injured and had been treated by on-duty medical staff and returned to their respective housing location and/or assigned duty station. Captain Rizer indicated that photographs of the injuries to both staff members and inmates had been taken, a crime scene log had been started, and photographs had been taken of the crime scene. It was relayed that Inmate Palmer had been re-housed on Q-Wing. He also stated that the weapon used in this crime had been recovered, photographed, and a Chain of Custody form started.

Upon arrival at FSP a briefing was given of this incident and the subsequent use of force by Assistant Warden Donald Jackson, Major Andrew Smith, and Captain John Rizer. All reports were turned over for review. Sergeant Morris was in the briefing and photographs were taken of a stab wound to the middle finger of his left hand that appeared to have been made from an ice-pick type weapon. Sergeant Morris turned over an ice-pick type weapon, which was photographed, that appeared to have been made from fencing material that was sharpened on one end, along with a Chain of Custody form, which was entered into evidence. Also turned over along with Chain of Custody forms and entered into evidence were the shirts that Sergeant Morris and Officer Douglass were wearing that contained blood. **(Exhibit A14 and B1)**

After walking to B-Wing, photographs were taken of the shower area where this incident occurred. The crime scene log was collected and the crime scene was released back to security staff. Photographs were taken of the injuries to Inmate Williams' left rib area and upper left collarbone area. The wounds were consistent with him being stabbed with an ice-pick type weapon. **(Exhibit B1)**

Page 5



Florida Department of Corrections
Office of the Inspector General
Report of Investigation
**Jeffery T. Beasley, Inspector General**



**Case Number:** 12-2-0770

An attempt was made to interview Inmate Williams and he refused saying that he did not want to give a statement. Inmate Williams signed an interview refusal form.                        **(Exhibit A15)**

In a sworn recorded interview taken on January 19, 2012, Officer Christian Gray indicated the following:

> At approximately 7:00 PM, he was standing by the control panel waiting on Sergeant Morris and Officer Douglass to place Inmates Williams and Palmer in the shower. Inmate Williams was placed in the first shower and then they went to get Inmate Palmer to place him in the shower. After they walked Inmate Palmer into the shower he heard noises that sounded like a fight coming from the shower area. He ran around to see what was going on and saw Inmate Williams locked in the first shower and Sergeant Morris and Officer Douglass wrestling with Inmate Palmer against the far wall of the shower. They all were still on their feet and it appeared that Sergeant Morris and Officer Douglass were trying to get Inmate Palmer onto the floor. He could not see much due to the shower area being small and because Sergeant Morris and Officer Douglass are big guys that blocked his view of Inmate Palmer. He could not see the weapon but heard Sergeant Morris say something about Inmate Palmer having a weapon. Sergeant Morris told him to call the Incident Command System, which he proceeded to do. He then ran to unlock the front door to the wing and then ran back to the shower area. He had no knowledge of any animosity between Inmates Palmer and Williams.                        **(Exhibit B2)**

In a sworn recorded interview taken on January 19, 2012, Officer Stephen Douglass indicated the following:

> They were on the second floor conducting showering procedures. Inmate Williams was searched, pulled out of his cell, escorted to the shower, and placed in the first shower. Inmate Palmer was then searched, pulled out of his cell, and escorted to the shower. Sergeant Morris was directly behind Inmate Palmer and he was behind Sergeant Morris. Inmate Palmer entered the shower area and Sergeant Morris was right behind. He did not know exactly what happened but he saw Sergeant Morris grasp Inmate Palmer and heard him say knife several times. He did not see Sergeant Morris or Inmate Williams get struck with the weapon. Sergeant Morris forced Inmate Palmer to the back wall of the shower and grasped his left hand. He then grasped Inmate Palmers right hand which contained the weapon and which was not restrained in any manner. He did not see how Inmate Palmer came to be out of the handcuffs. He eventually pried the weapon from Inmate Palmer which he then threw behind him. He did not know if Inmate Palmer struck him with the weapon but said he had an abrasion on his arm that he did not know how he received. He then tried forcing Inmate Palmer's right hand behind his back but Inmate Palmer was resisting. He ordered Inmate Palmer to quit resisting and he did not comply. Help arrived due to Officer Gray calling on the radio. He did not know of any animosity between Inmates Williams and Palmer.                        **(Exhibit B2)**

In a sworn recorded interview taken on January 19, 2012, Sergeant Ronnie Morris indicated the following:

> He was conducting shower procedures on the second floor of B-Wing. Inmate Williams was placed in cuffs, escorted to the shower, and placed in the first shower. Inmate Palmer was searched, placed in cuffs, and escorted to the shower area. Inmate Palmer stepped over the threshold step into the shower area and slipped his right hand out of the handcuffs. He grabbed Inmate Williams through the shower door flap. Inmate Palmer then struck Inmate Williams in the ribcage area. As Inmate Palmer pulled

Page 6



back he observed a weapon. Upon thinking back, he remembered seeing Inmate Palmer go into his waistband area but did not know if this was where the weapon came from. Inmate Palmer then stabbed Inmate Williams in the upper left shoulder area. He grabbed Inmate Palmer pulling him away from the shower and Inmate Williams. He pushed Inmate Palmer towards the back of the shower and grabbed his left hand. Inmate Palmer then used the weapon to stab him on the middle finger of the left hand. He yelled to Officer Gray to get help on the radio. Officer Douglass entered the shower area and grabbed Inmate Palmer's right arm which contained the weapon. Officer Douglass was able to take the weapon from Inmate Palmer and throw it on the shower floor. Inmate Palmer was forced to the floor where he continued to resist by not giving up his right arm so the restraints could be placed back on. Sergeant Warner assisted in getting Inmate Palmer's right arm out from underneath his body and the restraints were reapplied. He did not know of any animosity between Inmate Williams and Inmate Palmer. He did not think Officer Gray would have seen the initial incident. **(Exhibit B2)**

In a sworn recorded interview taken on January 19, 2012, Sergeant William Warner indicated the following:

He was up near the clinic area around 7:00 PM when he heard a call over the radio for assistance on B-Wing. He responded to the shower area of the second floor on B-Wing and observed two staff members struggling with Inmate Palmer. He observed that Inmate Palmer's right hand was not cuffed. He took control of Inmate Palmer's right arm, forced him to the floor by sweeping his leg, and helped get the restraints back on him. He had no knowledge of the weapon until the incident was over. He never heard any statements made by Inmate Palmer. He was present in the clinic when Inmate Palmer was brought in. Inmate Palmer was acting strangely, making outrageous statements, and looked as if he was going to pass out. **(Exhibit B2)**

In a sworn recorded interview taken on January 19, 2012, Sergeant Edward Duncan indicated the following:

He responded to B-Wing and went to the second floor shower area after hearing a call for assistance on the radio. He observed Inmate Palmer fighting with several staff members. He observed Inmate Palmer being forced to the floor and then start kicking towards staff members. He placed his hands on Inmate Palmer's leg and pinned it to the floor. After Inmate Palmer calmed down he released his grasp, stepped out of the shower, and got additional restraints. He then placed the additional restraints on Inmate Palmer. He never observed a weapon. He heard no statements by Inmate Palmer. He did hear Inmate Williams say, "He got me." He asked Inmate Williams if Inmate Palmer stabbed him and he answered in the affirmative and said he did not know what he got stabbed with. He observed a cut and scratch on Inmate Williams' left rib area. After Inmate Williams was brought to the clinic he observed the injuries to the shoulder area. He remembered seeing the middle finger of Sergeant Morris bleeding. He did not know of any animosity between Inmate Williams and Inmate Palmer. **(Exhibit B2)**

In a sworn recorded interview taken on January 19, 2012, Captain John Rizer indicated the following:

While conducting showering procedures, Inmate Palmer slipped his restraints and stabbed Inmate Williams, Sergeant Morris, and Officer Douglass. He did not witness the stabbing. After Inmate Palmer was brought to the clinic area, he observed that Palmer was exhibiting bizarre behavior. He asked Inmate Palmer if he had taken any drugs and Inmate Palmer denied that he had. He observed a white powdery substance under the nose of Inmate Palmer. He again asked Inmate Palmer what he had

Florida Department of Corrections
Office of the Inspector General
Report of Investigation
**Jeffery T. Beasley, Inspector General**



**Case Number:** 12-2-0770

taken and Inmate Palmer stated that he had snorted Wellbutrin all throughout the day. He stated that Inmate Palmer wrote a statement that the staff members were setting up a fight between him and Inmate Williams. Inmate Palmer further wrote that when he started beating Inmate Williams that the staff members beat him and stabbed themselves. Inmate Williams told him that Inmate Palmer had stabbed him. Inmate Williams also said that he did not really know what happened because it happened so fast. Inmate Williams said that he did not know why Inmate Palmer stabbed him.

**(Exhibit B2)**

In a sworn recorded interview taken on January 19, 2012, Inmate Lesamuel Palmer indicated the following:

He understood his Miranda Rights and wished to waive them by making a statement. Before he was taken out to the shower, the wing Sergeant came around and asked him if he wanted to fight the inmate in the cell next to him. He looked at the Sergeant, shook his head, and told him that he did not want to fight the inmate. He said that he then went back and sat on his bed. He said that a bunch of inmates skipped showers so that the two of them could go to the shower together. He would not normally shower with Inmate Williams because Williams slept in cell B-1218 and he sleeps in cell B-1222. He said Inmate Williams was pulled first and taken to the shower and then the staff members came to get him. As he entered the shower he saw that Inmate Williams was not in cuffs or secured in the shower. He said that the sergeant took the handcuffs off him so that he could fight Inmate Williams. After his handcuffs were off, Inmate Williams attacked him so he had to defend himself. He said that he bit Inmate Williams to defend himself. He said that during the fight the staff members broke them up and then the sergeant started beating him.. Four more staff members then started beating him. He said that his injuries were not caused by Inmate Williams; they were caused by the staff members beating him. He said the staff injuries were from them scuffling with him. He denied stabbing any staff member. He admitted that he did have a weapon that he walked to the shower with hidden in his hand. He said that he did not know if he stabbed Inmate Williams. He did admit that when Inmate Williams attacked him he had the knife in his hand and started swinging it at Inmate Williams, but he did not know if he made contact with Inmate Williams or not. He denied that when staff members were trying to break up the fight that he might have accidently stabbed one of them. Inmate Palmer stated that he had problems ~~with the sergeant (Morris) when they were on C-Wing. The sergeant had written him a disciplinary~~ report before for battery. When he was moved to B-Wing, he sent in requests to the Inspector's Office and Captain Knowles, and talked to his mental health counselor about being in fear of his life. He said that he and the sergeant had talked about their previous problems and they had straightened things out when asked why the sergeant would take the handcuffs off him. Inmate Palmer admitted to taking Wellbutrin twice daily when asked if he was currently taking psychological medications. Inmate Palmer denied snorting Wellbutrin and stated that he could not snort them due to them being floated in water by the nurses before they were given to him. He denied getting Wellbutrin from anyone on the wing or from the orderlies.                                                                  **(Exhibit B2)**

Fixed wing video was reviewed. When the video first starts, staff members are viewed placing the inmate orderlies in their cells. Staff members are then viewed conducting showers procedures. At 6:51 PM Inmate Williams is brought out of his cell and placed in the shower. At 6:53 PM Sergeant Morris is viewed going to Inmate Palmer's cell and getting him out of his cell. Inmate Palmer appears to be wearing blue shorts when he comes out. Sergeant Morris does not appear to strip search Inmate Palmer. Inmate Palmers' clothes are never viewed being checked and Sergeant Morris is not at the cell front long enough to conduct a strip search before the restraints are placed on Inmate Palmer. This violation of procedure was entered in the

Page 8

Ex. B 010



Florida Department of Corrections
Office of the Inspector General
Report of Investigation
Jeffery T. Beasley, Inspector General



**Case Number:** 12-2-0770

Management Information Notes System and assigned IG Case number 12-2-2748.   Sergeant Morris and Officer Douglass walk Inmate Palmer to the shower.  At 6:55 PM Officer Gray walks to the shower and appears to stand in the doorway.  At 6:55 PM Officer Gray appears to call on the radio, walk to the front door, and then walk back to the shower where he again appears to be standing in the doorway.  At 6:56 PM additional staff members enter through the front door of B-Wing and go to the shower area.  Both inmates are eventually brought out of the shower in restraints.  It should be noted that the alleged stabbing and subsequent force incident are not captured on the fixed wing video.  In the hand held video Inmate Palmer is in the shower with staff members around him when the video first starts.  He yells that he was jumped on by staff members. Captain Rizer conducts a lead-in statement and says that Sergeant Morris was stabbed in the hand by Inmate Palmer.  Inmate Palmer yells that he did not stab anyone.  He then says that Sergeant Morris is not "shit." He is escorted out of the shower towards the clinic area holding cells.  He says that he told his mental health counselor and wrote a request to Captain Knowles saying that he was in fear of his life on B-Wing.  He is escorted into the holding cell and makes some medical complaints.  He says that he is going to pass out and sits on the floor.  Captain Rizer comes to the holding cell and asks him if he had been snorting something. Inmate Palmer mumbles something that cannot be understood.  Captain Rizer leaves and comes back with the nurse who checks Inmate Palmer's eyes.  They leave and Inmate Palmer is brought into the Emergency Room.   Captain Rizer can be heard through the door asking Inmate Palmer if he took anything.   Inmate Palmer's response cannot be heard.  Captain Rizer comes out of the room and can be heard telling someone off camera that Inmate Palmer admitted to snorting Wellbutrin.  Inmate Palmer is escorted to Q-Wing and placed in a cell.                                                                                                                 **(Exhibit B3-B4)**

A check of the Correctional Data Center Disciplinary Report screen revealed that Inmate Palmer received two displinary reports for Aggravated Assault on a Correctional Officer, one for Aggravated Assault on an Inmate, one for Tampering with a Security Device, and one for Possession of a Weapon.  Inmate Palmer was found guilty of all these infractions and received five 60 day consecutive sentences of disciplinary confinement.
                                                                                                                              **(Exhibit A16)**

A Probable Cause Affidavit was prepared charging Inmate Palmer with the following violations of Florida State Statutes: 784.07 Aggravated Battery on a Law Enforcement Officer, 784.082 Aggravated Battery on a Prison Detainee, 784.07 Aggravated Assault on a Law Enforcement Officer, and 944.47 (1) (c) Possession of Contraband and forwarded to Assistant State Attorney Duane Triplett.  After their review, a check of the Eighth Judicial Circuit Integrated Case Management System revealed that a Capias was issued for the arrest of Inmate Lesamuel Palmer on May 10, 2012, by Assistant State Attorney Bruce Helling for the following F.S.S. violations: 784. (045) *Aggravated Battery with a Deadly Weapon (2 counts)*, 944.47(1a3) *Possession of a Weapon by an Inmate*, and 843.01 *Resisting an Officer with Violence*.                      **(Exhibit A17-A18)**




Florida Department of Corrections
Office of the Inspector General
Report of Investigation
**Jeffery T. Beasley, Inspector General**

**Case Number:** 12-2-0770

| | | |
|---|---|---|
| _~Kevin W. Sims~_ | 6/8/12 | |
| Inspector | Date | |
| _signature_ | 6/8/12 | |
| Regional Supervisor / Lead Inspector | Date | |
| | | |
| Law Enforcement Lead Inspector Supervisor | Date | |
| _Manly Henderson for_ | 6/11/12 | |
| Deputy Inspector General / Deputy Inspector General | Date | |
| Chief of Investigations   Chief of Special Operations | | |
| | | |
| Inspector General | Date | |

Ex. B 012



Florida Department of Corrections
Office of the Inspector General
Report of Investigation
**Jeffery T. Beasley, Inspector General**



**Case Number:** 12-2-0770

### EXHIBIT/ATTACHMENTS SECTION

### A.    EXHIBIT(s) - attached:

1.  Incident report submitted by Sergeant Morris.
2.  Report of Force Used submitted by Sergeant Morris.
3.  Report of Force Used Staff Supplement submitted by Sergeants Duncan and Warner and Officer Douglas.
4.  Incident report submitted by Officer Christian Gray.
5.  Incident report submitted by Officer Eric Young.
6.  Witness Statement submitted by Inmate Williams.
7.  Witness Statement submitted by Inmate Palmer.
8.  Emergency Room Record for Inmate Williams.
9.  Diagram of Injury for Inmate Williams.
10. Emergency Room Record for Sergeant Morris.
11. Diagram of Injury for Sergeant Morris.
12. Emergency Room Record for Officer Douglass.
13. Diagram of Injury for Officer Douglass.
14. Chain of Custody forms for the weapon, and shirts worn by Sergeant Morris and Officer Douglass.
15. Interview Refusal form for Inmate Williams.
16. Printout of Correctional Data Center Displinary Report screen for Inmate Palmer.
17. Probable Cause Affidavit.
18. Copy of Capias issued by Assistant State Attorney Bruce Helling.

### B.    EXHIBIT(s) - not attached:

1.  Photographs downloaded to Compact Disc.
2.  Sworn recorded interviews downloaded to Compact Disc.
    *   Captain Rizer
    *   Sergeant Morris
    *   Sergeant Warner
    *   Sergeant Duncan
    *   Officer Gray
    *   Officer Douglass
    *   Inmate Palmer
3.  Fixed wing video downloaded to Compact Disc.
4.  Handheld video downloaded to Digital Video Disc.

Ex. B 013

# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Florida State Prison | **Incident Report Number:** | 12-205-0191F |
| **Reporting Employee:** | Sergeant Ronnie Morris | **PREA Number:** | |
| **Employee ID Number:** | ▮▮▮▮ | **Date of incident:** | January 19, 2012 |
| **Person(s) Involved:** | I/M PALMER, Lesamuel DC#L41847 | **Time of incident:** | 6:55 PM |
| | | **Witness(es):** | |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No  Time: 7:15p | MINS Initiated: | ☐ Yes ☒ No |
| EAC Notified: | ☒ Yes ☐ No  Time: 7:20p | Duty Officer Name: | Wynn |

Supporting Documents Attached

**DETAILS OF INCIDENT:** At approximately 6:55 PM, on Thursday, January 19, 2012, while assigned as B-Wing Housing Sergeant, Officer Stephen Douglass and I were conducting shower procedures on the second floor of B-Wing. Inmate WILLIAMS, Rashard, DC# K72121, housed in cell B1218S, was placed in hand restraints, removed from his cell, and escorted to the shower area by Officer Stephen Douglass and myself. Upon arriving at the shower inmate WILLIAMS was secured in the first shower stall. Officer Stephen Douglass and myself then proceed to cell front of cell B1222S, which houses inmate PALMER, Lesamuel, DC# L41847. Inmate PALMER was placed in hand restraints and Officer Stephen Douglass and myself escorted him to the shower area. Upon entering the shower area, inmate PALMER manipulated the hand restraints, freeing his right hand. Inmate PALMER then stabbed inmate WILLIAMS through the shower bars, with what appeared to be an ice-pick style weapon grazing Inmate WILLIAMS on the left side of his torso. Inmate PALMER then continued to stab towards inmate WILLIAMS striking him in the face and upper torso area. At this time I placed my left hand on inmate PALMER's right shoulder and my right hand on inmate PALMER's left shoulder stopping the attack and forced inmate PALMER toward the rear of the shower area. Officer Christian Gray utilized the Incident Command System to notify the Control Room. Inmate PALMER continued to resist and stabbed towards myself and Officer Stephen Douglass, striking me in my left hand. Officer Stephen Douglass then rushed forward and grasped inmate PALMER'S right lower arm with both of his hands. Inmate PALMER then swung the weapon at Officer Stephen Douglass striking him with the weapon on his right elbow. Officer Stephen Douglass and I maintained our grasps on inmate PALMER in an attempt to place him on the shower floor.

| | | |
|---|---|---|
| Sergeant Ronnie Morris | *[signature]* | January 19, 2012 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/ Department Head**

**COMMENT:** Spontaneous physical force was utilized on Inmate PALMER due to him manipulating his hand restraints and utilizing an ice pick style weapon to stab inmate WILLIAMS, Sergeant Ronnie Morris and Officer Stephen Douglass. DVD # A-2274 and DC6-801 Chain of Custody Evidence Disposition form was placed in the DVD drop box located in the Colonel's area. Mins reportable. Duty Warden Assistant Warden was notified at approximately 7:15 PM. At approximately 7:20 PM, EAC Officer Wynn was notified of the pertinent information and gave UOF # EAC-2012-1-871. Inmate PALMER received five (5) disciplinary reports one (1) for 1-7 (Aggravated Battery on a Correctional Officer) written by Officer Stephen Douglass, one (1) 1-7 (Aggravated Battery on a Correctional Officer) , one(1) 1-10 (Aggravated Battery on an inmate), one(1) 9-33 (Defeating a Security Device, and one (1) 3-1 (possession of a weapon) written by Sergeant Ronnie Morris.

| | | |
|---|---|---|
| Captain Jonathan Rizer | *[signature]* | January 19, 2012 |
| **Shift Supervisor's/ Department Head's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

REVIEW: Spontaneous physical Force was utilized to prevent Further inmate and staff aggravated Battery. Injuries to both staff and inmates. Allegations of staff misconduct contained in the written report as well as the Handwritten statement of the inmate. Fixed wing wideo appears consistent with the written Report. Heightened Security Authorized ————→

| | | |
|---|---|---|
| MAJOR ANDREW P. SMITH | *[signature]* | 1-23-12 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

REVIEW: A review of this use of force will be Conducted.

| | | |
|---|---|---|
| D. JACKSON | *[signature]* | 1-23-12 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

**DETAILS OF INCIDENT (cont.):**  At approximately 6:53 PM, Captain Jonathan Rizer, Sergeant William Warner, Sergeant Edward Duncan, Officer Eric Young, and Camera Operator Officer Daniel Nettles arrived on B-Wing and Sergeant William Warner and Sergeant Edward Duncan entered the shower area. Sergeant William Warner then grasped inmate PALMER's right lower arm with both of his hands and swept inmate PALMER's right leg rearward with his left foot and with the assistance of Sergeant William Warner, we forced inmate PALMER onto the shower floor. I then re-grasped inmate PALMERS left lower arm with both of my hands and placed inmate PALMER's left arm behind his back, while Sergeant William Warner placed inmate PALMERS right arm behind his back. Officer Stephen Douglass then released his grasp and reapplied the hand restraints. Inmate PALMER continued to remain defiant and attempted to kick myself and Sergeant William Warner. Sergeant Edward Duncan then grasped inmate PALMERS lower right leg to maintain control. Sergeant Edward Duncan then placed leg restraints onto inmate PALMER. Officer Eric young then placed a black box and a waist chain onto inmate PALMER. Sergeant William Warner then grasped inmate PALMER's right arm and Officer Eric Young grasped inmate PALMER's left arm and together they assisted inmate PALMER to his feet and physically escorted Inmate PALMER to the second floor quarterdeck. At approximately 6:57 PM Camera Operator Officer Daniel Nettles initiated videotaping and conducted a self introduction. At approximately 6:58 PM Captain Jonathan Rizer conducted an opening statement. At approximately 7:00 PM inmate PALMER was physically escorted from B-Wing to the Florida State Prison Medical Clinic by Sergeant William Warner and Officer Eric Young. At approximately 7:05 PM, Inmate PALMER arrived in the Florida State Prison Medical and was secured in the holding cells outside of the clinic. Sergeant William Warner and Officer Eric Young were then relieved by Sergeant Gary Holtom and Officer Jeffrey Wiggins. At approximately 7:18 PM, inmate PALMER was observed laying on the floor of the holding cell in a fetal position. Officer Jeffery Wiggins then grasped inmate PALMER's right arm with both of his hands and Sergeant Gary Holtom grasped inmate PALMERS left arm with both of his hand and assisted inmate PALMER to his feet. Sergeant Gary Holtom and Officer Jeffrey Wiggins escorted Inmate PALMER to the Medical Triage to receive a post use of force physical. At approximately 7:20 PM Inmate PALMER then received a post use of force physical conducted by SRN Carol Boughner with the following injuries noted: left eye brow small abrasion; left knee abrasion; right knee abrasion; right elbow scratch; right heal at top small laceration; left shoulder redness; white powder around nostrils and mouth. Redness on nasal bridge, no deformities, no masses, no swelling left collar bone. At approximately 7:38 PM, Sergeant Gary Holtom and Officer Jeffrey Wiggins escorted inmate PALMER to Q-Wing utilizing a custodial touch to be re-housed in cell Q1306S. At approximately 7:46 PM inmate PALMER arrived on Q-Wing to be strip searched. Upon arriving at the third floor shower, Officer Eric Young removed the leg restraints, black box, and waist chain. Inmate PALMER was then secured inside the shower and Officer Eric Young removed the hand restraints, Officer Eric Young then conducted a strip search of inmate PALMER with no contraband found. At approximately 7:54 PM inmate PALMER was placed back in hand restraints by Officer Eric Young and inmate PALMER exited the shower and Officer Eric Young applied a black box, a waist chain, and leg restraints to inmate PALMER. Inmate PALMER was then escorted to cell Q1306S where Officer Eric Young removed the black box, waist chain, and leg restraints. The cell door was secured and Officer Eric Young removed the hand restraints. At approximately 7:57 PM, Captain Jonathan Rizer conducted a closing statement and videotaping ceased. Sergeant William Warner received a post use of force physical by RN Dennis Blando with no injuries noted. Officer Stephen Douglass received a post use of force physical by RN Dennis Blando the following injuries noted: superficial scratch to right elbow. Sergeant Edward Duncan received a post use of force physical by SLPN Dana Finley with no injuries noted. I received a post use of force physical by SLPN Dana Finely with the following injuries noted: 1-cut to left middle finger. Inmate WILLIAMS received a post assault physical by SLPN Cathy Sirmans with the following injuries noted: multiple superficial abrasions over seven noted above area to his upper portions of his body. Inmate PALMER received five (5) disciplinary reports one (1) for 1-7 (Aggravated Battery on a Correctional Officer) written by Officer Stephen Douglass, one (1) 1-7 (Aggravated Battery on a Correctional Officer) , one(1) 1-10 (Aggravated Battery on an inmate), one(1) 9-33 (Defeating a Security Device, and one (1) 3-1 (possession of a weapon) written by myself.

**SHIFT Supervisor/ Department Head**
**COMMENT (cont.):**  A review of the fixed wing camera appears to be consistent with staff's reports, however the advent camera system is unable to see inside the shower area. Upon approaching the clinic holding cell, inmate PALMER was sitting on the floor of the holding cell and appeared to be under the influence of narcotics. I questioned inmate PALMER if he had taken anything to which he stated no, however while in the Medical Triage he stated to me that he had snorted Welbuterin and had been snorting it all day. I also observed a white powder around inmate PALMER's nose. Inmate PALMER was escorted to Q-Wing where he was re-housed in cell Q1306S. After being placed in his cell, inmate PALMER complained that his left shoulder was in pain. Inmate PALMER was later removed from his cell and escorted to the Colonel Area to be seen by Inspector Kevin Snow. After speaking with Inspector Kevin Snow, inmate PALMER was escorted to the Florida State Prison Medical Clinic to receive another evaluation by CMTC R. McCall, at which time inmate PALMER stated that he did not have any shoulder pain. Inmate PALMER stated on his written statement that B-Wing Staff were letting him and inmate WILLIAMS fight and when he got the advantage they all jumped him. Inmate PALMER further stated that inmate WILLIAMS, Sergeant Ronnie Morris, and Officer Stephen Douglass stabbed themselves. The weapon, Sergeant Ronnie Morris' Shirt, and Officer Stephen Douglass' shirt were tagged as evidence and turned over to Inspector Kevin Snow. UPDATE: Sergeant Ronnie Morris was treated in Shands at Starke and released back to full duty.EAC Duty Officer Snow was updated and advised of Sergeant Ronnie Morris seeking outside medical treatment.

**REVIEW (cont.):** *Copy Institutional Inspector*
MINS #F421710   #421741  #421742
BLEO #[redacted]   #[redacted]   Allegations #[redacted]

**REVIEW (cont.):**

DC6-210 (Effective )      Incorporated by Reference in Rule 33-602.210, F.A.C.                Exhibit # A1      Page 2 of 2 .

Ex. B 015

Use of Force #: _12-205-0191F_

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### (INSTITUTIONS)
### REPORT OF FORCE USED

Institution/Office: _FLORIDA STATE PRISON_      Date: _January 19, 2012_

Inmate Name: _PALMER, LeSamuel_      Number: _L41847_

**I.    REPORT OF PERSON(S) USING FORCE**

Statement of Facts (State fully the exact circumstances leading to use of force):

At approximately 6:55 PM, on Thursday, January 19, 2012, while assigned as B-Wing Housing Sergeant, Officer Stephen Douglass and I were conducting shower procedures on the second floor of B-Wing. Inmate WILLIAMS, Rashard, DC# K72121, housed in cell B1218S, was placed in hand restraints, removed from his cell, and escorted to the shower area by Officer Stephen Douglass and myself. Upon arriving at the shower inmate WILLIAMS was secured in the first shower stall. Officer Stephen Douglass and myself then proceed to cell front of cell B1222S, which houses inmate PALMER, LeSamuel, DC# L41847. Inmate PALMER was placed in hand restraints and Officer Stephen Douglass and myself escorted him to the shower area. Upon entering the shower area, inmate PALMER manipulated the hand restraints, freeing his right hand. Inmate PALMER then stabbed inmate WILLIAMS through the shower bars, with what appeared to be an ice-pick style weapon grazing

Type and amount of force used: At this time I placed my left hand on inmate PALMER's right shoulder and my right hand on inmate PALMER's left shoulder stopping the attack and forced inmate PALMER toward the rear of the shower area. I maintained my grasp on inmate PALMER in an attempt to place him on the shower floor.

Date: _January 19, 2012_      Signature: _Ronnie Morris_   _Sergeant_
                              Officer Using Force      Title

**II.    WARDEN'S SUMMARY**

This report has been reviewed with all appropriate documentation being in place. A portion of the above mentioned timeframe has been downloaded to CD from the fixed wing camera system, and a portion recorded on DVD #A-2274; and has been reviewed and forwarded with the Use of Force to the Inspector General's Office. Sergeant Ronnie Morris received a Post Use of Force/Assault Physical with a cut to the middle finger noted. Officer Stephen Douglass received a Post Use of Force/Assault Physical with a superficial scratch to right elbow area noted. Sergeants Edward Duncan and William Warner received a Post Use of Force Physical with no injuries noted. Inmate PALMER received a Post Use of Force Physical by SRN Carol Boughner with the following injuries noted: small abrasions to eyebrow, left and right knee, and right heel, redness to left shoulder area and bridge of nose, and white powder around the nostril and mouth area noted (cont on pg 2).

Date: _1/26/12_      Signature: _[signature]_

                    Warden

**III.    INSTITUTIONAL INSPECTOR'S REVIEW**

_The [illegible] appears to be in compliance with current policies._
_MINS # 421742 are entered for (23D Recovery) not assigned to I6_
_Case # 12-2-0773. MINS # 421729 are entered in EITL BLED] and also merged_
_I6 Case # 12-2-0773, Forward to the IG if true [illegible] for further review._

Date: _2/6/12_      Signature: _[signature]_

                    Inspector

**IV.    INSPECTOR GENERAL'S REVIEW**

☐ Approved       ☐ Disapproved

(Reason for Disapproval) -

Date: _____      Signature: _____
                                    Inspector General's Office

If additional space is needed for any section, attach supplemental sheets.

**Distribution:** Listed on back.

DC6-230 (Revised 8/03)      Incorporated by Reference in Rule, 33-602.210, F.A.C.

Exhibit # _A-2_

STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### (INSTITUTIONS)
## REPORT OF FORCE USED

### STAFF SUPPLEMENT

**Institution:** Florida State Prison      **Date:** January 19, 2012

**Inmate's Name:** PALMER, LeSamuel      **DC#:** L41847

---

Inmate PALMER, Lesamuel           <u>12-205-0191F</u>
DC# L41847

Inmate WILLIAMS on the left side of his torso.  Inmate PALMER then continued to stab towards inmate WILLIAMS striking him in the face and upper torso area.  At this time I placed my left hand on inmate PALMER's right shoulder and my right hand on inmate PALMER's left shoulder stopping the attack and forced inmate PALMER toward the rear of the shower area. Officer Christian Gray utilized the Incident Command System to notify the Control Room.  Inmate PALMER continued to resist and stabbed towards myself and Officer Stephen Douglass, striking me in my left hand.  Officer Stephen Douglass then rushed forward and grasped inmate PALMERS's right lower arm with both of his hand.  Inmate PALMER then swung the weapon at Officer Stephen Douglass striking him with the weapon on his right elbow.  Officer Stephen Douglass and I maintained our grasps on inmate PALMER in an attempt to place him on the shower floor. At approximately 6:53 PM, Captain Jonathan Rizer, Sergeant William Warner, Sergeant Edward Duncan, Officer Eric Young, and Camera Operator Officer Daniel Nettles arrived on B-Wing and Sergeant William Warner and Sergeant Edward Duncan entered the shower area. Sergeant William Warner then grasped inmate PALMER's right lower arm with both of his hands and swept inmate PALMER's right leg rearward with his left foot and with the assistance of Sergeant William Warner, we forced inmate PALMER onto the shower floor.  I then re-grasped inmate PALMERS left lower arm with both of my hands and placed inmate PALMER's left arm behind his back, while Sergeant William Warner placed inmate PALMERS right arm behind his back.  Officer Stephen Douglass then released his grasp and reapplied the hand restraints. Inmate PALMER continued to remain defiant and attempted to kick myself and Sergeant William Warner.  Sergeant Edward Duncan then grasped inmate PALMERS lower right leg to maintain control.  Sergeant Edward Duncan then placed leg restraints onto inmate PALMER. Officer Eric young then placed a black box and a waist chain onto inmate PALMER. Sergeant William Warner then grasped inmate PALMER's right arm and Officer Eric Young grasped inmate PALMER's left arm and together they assisted inmate PALMER to his feet and physically escorted Inmate PALMER to the second floor quarterdeck.
At approximately 6:57 PM Camera Operator Officer Daniel Nettles initiated videotaping and conducted a self introduction.  At approximately 6:58 PM Captain Jonathan Rizer conducted an opening statement.
At approximately 7:00 PM inmate PALMER was physically escorted from B-Wing to the Florida State Prison Medical Clinic by Sergeant William Warner and Officer Eric Young.  At approximately 7:05 PM, Inmate PALMER arrived in the Florida State Prison Medical and was secured in the holding cells outside of the clinic.
Sergeant William Warner and Officer Eric Young were then relieved by Sergeant Gary Holtom and Officer Jeffrey Wiggins.  At approximately 7:18 PM, inmate PALMER was observed laying on the floor of the holding cell in a fetal position. Officer Jeffery Wiggins then grasped inmate PALMER's right arm with both of his hands and Sergeant Gary Holtom grasped inmate PALMERS left arm with both of his hand and assisted inmate PALMER to his feet.  Sergeant Gary Holtom and Officer Jeffrey Wiggins escorted Inmate PALMER to the Medical Triage to receive a post use of force physical.

Sergeant Ronnie Morris

Exhibit # _A-2_

DC6-231 (Revised 8/03)      Incorporated by Reference in Rule 33-602.210, F.A.C.

Exhibit # _A-3_

Ex. B 017

# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Florida State Prison | **Incident Report Number:** | 12-205-0191Fb |
| **Reporting Employee:** | Officer Christian Gray | **PREA Number:** | |
| **Employee ID Number:** | ▮▮▮▮ | **Date of incident:** | January 19, 2012 |
| **Person(s) Involved:** | I/M PALMER, LeSamuel DC# L41847 | **Time of incident:** | 6:55 PM |
| | | **Witness(es):** | |

Control Room Log Entry Made:  ☐ Yes ☐ No
Inmate Placed in Confinement:  ☐ Yes ☐ No
Duty Warden Notified:  ☐ Yes ☐ No  Time: 7:15 p
EAC Notified:  ☐ Yes ☐ No  Time: 7:30 P
Supporting Documents Attached  _____

Disciplinary Report Initiated:  ☐ Yes ☐ No
Work Order Initiated:  ☐ Yes ☐ No
MINS Initiated:  ☐ Yes ☐ No
Duty Officer Name:  Wynn

**DETAILS OF INCIDENT:**  At approximately 6:55 PM on Thursday January 19, 2012 while assigned as B-Wing Housing Officer, I was operating the control panel on the second floor of B-Wing. I did not witness inmate PALMER, LeSamuel DC#L41847 stab Sergeant Ronnie Morris, Officer Stephen Douglass, or inmate WILLIAMS, Rashard DC#K72121. I did however witness the physical use of force being utilized on Inmate PALMER. No force was used by this writer.

| | | |
|---|---|---|
| Officer Christian Gray | _(signature)_ | January 19, 2012 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/ Department Head**
**COMMENT:**  Refer to Incident Report # 12-205-0191F.

| | | |
|---|---|---|
| Captain Jonathan Rizer | _(signature)_ | January 19, 2012 |
| **Shift Supervisor's/ Department Head's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:**  noted

| | | |
|---|---|---|
| MAJOR ANDREW P. SMITH | _(signature)_ | 1-23-12 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:**  Refer to IR #12-205-0191F.

| | | |
|---|---|---|
| DONALD JACKSON ASSISTANT WARDEN | _(signature)_ | 1-23-12 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DC6-210 (Effective )   Incorporated by Reference in Rule 33-602.210, F.A.C.   Page 1 of 2

Exhibit # A-4

Ex. B 018

# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

**Reporting Institution:** Florida State Prison      **Incident Report Number:** 12-205-0191Fc

**Reporting Employee:** Officer Eric Young      **PREA Number:**

**Employee ID Number:** ▇▇▇▇      **Date of incident:** January 19, 2012

**Person(s) Involved:** I/M PALMER, LeSamuel DC# L41847      **Time of incident:** 6:55 PM

**Witness(es):**

| | | |
|---|---|---|
| Control Room Log Entry Made: | ☐ Yes ☐ No | Disciplinary Report Initiated: ☐ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☐ No | Work Order Initiated: ☐ Yes ☐ No |
| Duty Warden Notified: | ☐ Yes ☐ No  Time: 7:15 p | MINS Initiated: ☐ Yes ☐ No |
| EAC Notified: | ☐ Yes ☐ No  Time: 7:30 p | Duty Officer Name: Wynn |
| Supporting Documents Attached | ____ | |

**DETAILS OF INCIDENT:** At approximately 6:55 PM on Thursday, January 19, 2012 while assigned as Internal Security, I responded to B-Wing due to a spontaneous physical use of force on Inmate PALMER, LeSamuel DC# L41847. I witnessed Sergeant William Warner, Sergeant Ronnie Morris, Sergeant Edward Duncan and Officer Stephen Douglass use physical force on Inmate PALMER. I placed a black box and waist chain onto inmate PALMER and assisted Inmate PALMER to his feet and escorted Inmate PALMER to medical triage. I then escorted Inmate PALMER to Q1306S. I then escorted inmate PALMER to the third floor shower where I removed the restraints and conducted a strip search, I then replaced the restraints and escorted Inmate PALMER to cell Q1306S without incident. No Force was utilized by this writer.

Officer Eric Young                 January 19, 2012
**Reporting Employee's Name (Print)**      **Reporting Employee's Signature**      **Date**

**Shift Supervisor/ Department Head**
**COMMENT:** Refer to Incident Report # 12-205-0191F.

Captain Jonathan Rizer                 January 19, 2012
**Shift Supervisor's/ Department Head's Name (Print)**      **Shift Supervisor's Signature**      **Date**

**REVIEW:** *noted*

**MAJOR ANDREW P. SMITH**                 1-23-12
**Correctional Officer Chief's Name (Print)**      **Correctional Officer Chief's Signature**      **Date**

**REVIEW:** *Refer to IR # 12-205-0191F.*

DONALD JACKSON
ASSISTANT WARDEN                 1-23-1
**Warden's Name (Print)**      **Warden's Signature**      **Date**

DC6-210 (Effective )      Incorporated by Reference in Rule 33-602.210, F.A.C.      Exhibit # A5   Page 1 of 2

Witness Statement

**State of Florida**                     Log #                     **Department of Corrections**

---

**I.     Identifying Inmate Information**

DC # L41847          Inmate Name  Palmer, Emanuel %/n

Violation Code and Short Title  Use of Force

Use of Force #

Date Report Written  1-19-12

---

**II.    Witness**

☐     Staff Member: Name and Position _____

☐     Other Individual: Name _____

☐     Inmate:     DC # R72131 _____     Name Williams, Rashard _____

---

**III.   Voluntary Refusal**

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____          Date _____

Signature of Investigating Officer _____          Date _____

---

**IV.   Statement**

Refused to make Statement

Witness Signature Refused _____          Date /-19-12

Signature of Investigating Officer _____          Date 1-19-12

---

DC6-112C (Revised 8/06)                    Original: Inmate File          Copy: Central Office

Exhibit #  A-6

Ex. B 020

**Witness Statement**

State of Florida      Log # _____      **Department of Corrections**

## I. Identifying Inmate Information

DC # L41847      Inmate Name Palmer, Lesamuel B/M

Violation Code and Short Title Use of Force

Use of Force # _____

Date Report Written 1-19-12

## II. Witness

☐   Staff Member: Name and Position _____

☐   Other Individual: Name _____

☑   Inmate:    DC # L41847     Name Palmer, Lesamuel B/M

## III. Voluntary Refusal

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____    Date _____

Signature of Investigating Officer _____    Date _____

## IV. Statement

① IT First should be noted that I sent Request Form To CPt Normal and Spoke to my mental health counsel about my wife was so Threat by been an B-wing.

I was asked by the sgt do I want to fight the I.M I slashed my head no. The Sgt then Pull The I/m out and took him to the Shower. Then Cam. Back like in Minive later to pull me out which can be sew by the wing camer. when I reach The shower I notice The I/m had no cuff on. Then The Sgt Seek the Cuff off of me. Then I was attack by The I/m, I defended myself Then The officer Attacked

Me about 4 start Punching me Etc. At no Time did I Attempt to stab an officer then They had what ever weapon it was: The 6 cars come from all 4 of them Trying to get hits in on me.

It also should be Noted that I had wrote 303# form concerning That same sgt He had wrote me an BR stating that I Never hit him doing an Use of force on me on a C-Wing. I was Attached by The I/m with The Assist of Two officers. I defended myself. I only Bite The hand an Inmate

Witness Signature _____    Date 1/18/12

Signature of Investigating Officer _____    Date 1-19-12

DC6-112C (Revised 8/06)      Original: Inmate File      Copy: Central Office

Exhibit # A-7

Ex. B 021

**FLORIDA DEPARTMENT OF CORRECTIONS**
## EMERGENCY ROOM RECORD

**Check all that apply:** ☒ Inmate ☐ Employee ☐ Visitor
☐ Post-Use-of-Force Exam ☒ Injury ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: **1855**     Time of exam: **1935**

Description of occurrence:

_[redacted]_

Inmate showered without soap (if post-use of chemical agent)?  ☐ Yes  ☐ Refused  ▮ N/A

Vital Signs: Temperature ▮ Pulse ▮ Respiration ▮ Blood Pressure ▮

Arrived via: ▮ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other: ___

Condition on arrival (check all that apply): ▮ Alert ▮ Oriented x 4 (person, place, time, situation) ▮ Responding to questions verbally
☐ Other (requires description in examination summary): ___
☐ C/O pain? If checked, where? ___

Examination summary:

_[redacted]_

Physician notified? ▮ No ☐ Yes   Name: ___   Time: ___

Treatment provided? ☐ No ▮ Yes   If yes, describe _[redacted]_

Response to Treatment:

_[redacted]_

Disposition: ☐ Population  ☒ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain): ___

Discharge Instructions and Education:

_[redacted]_

Health Care Provider's Signature and Stamp: _C. Sirmans LPN_   C. SIRMANS, SLPN Date/Time: 1/14/12 (4) 8050
                                                               FSP-MEDICAL

Reviewing Physician's Signature and Stamp: ___   Date/Time: ___

**Name** Williams Rashard
**DC#** ▮    Race/Sex ▮
**Date of Birth** ▮
**Institution** ▮

**Inmate Distribution:**   White—Health Record
Canary—Inspector General
Pink—Local Requirements

**Employee Distribution:**   White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 3/22/11)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Exhibit # A-8

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence ___7/9/18___          Time of occurrence ___1855___
Date injury assessed by medical ___7/9/18___   Time injury assessed by medical ___1905___

☐ No injury identified

Description of injury

_____

Staff Signature                C. SIRMANS, SLPN
                               FSP-MEDICAL

Inmate Name Williams Rashad
DC#_____, Race/Sex____
Date of Birth _____
Institution _____ FSP

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)
Incorporated by Reference in Rule 33-602.210, F.A.C.        Exhibit # A-9

Ex. B 023

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☐ Inmate | ☒ Employee | ☐ Visitor |
|---|---|---|---|

☒ Post-Use-of-Force Exam      ☐ Injury      ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _1915_      Time of exam: _1923_

Description of occurrence:

_S/P physical use of force_

Inmate showered without soap (if post-use of chemical agent)?   ☐ Yes   ☐ Refused   ■ N/A

Vital Signs:   Temperature ____   Pulse ____   Respiration ____   Blood Pressure ____

Arrived via:   ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: ____

Condition on arrival (check all that apply):   ☒ Alert   ☒ Oriented x 4 (person, place, time, situation)   ■ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where? ____

Examination summary:

Physician notified?   ☐ No   ☒ Yes   Name: ____   Time: ____

Treatment provided?   ☐ No   ☒ Yes   If yes, describe: ____

Response to Treatment:

Disposition:   ☐ Population   ☐ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☒ Other (explain): _SgT_

Discharge Instructions and Education:

Health Care Provider's Signature and Stamp: ____   D. FINLEY, SLPN   Date/Time: _1-19-12  1923_
FSP - MEDICAL

Reviewing Physician's Signature and Stamp: ____   Date/Time: ____

Name: _Morris, Ronnie_
~~DC#~~ ____   Race/Sex ____
Date of Birth ____
Institution _FSP_

| Inmate Distribution: | White—Health Record |
|---|---|
| | Canary—Inspector General |
| | Pink—Local Requirements |
| Employee Distribution: | White—Safety Officer/Designee |
| | Canary—Employee Copy |
| | Pink—DESTROY |

DC4-701C (Effective 3/22/11)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Exhibit # _A-10_

Ex. B 024

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY

[redacted]

Date of occurrence 1-19-12 Time of occurrence 1915

Date injury assessed by medical 1-19-12 Time injury assessed by medical 1923

☐ No injury identified

Description of injury [redacted]

D. FINLEY, SLPN
FSP - MEDICAL

Staff Signature

Inmate Name Morris, Ronnie

~~DC#~~ [redacted] Race/Sex [redacted]

Date of Birth [redacted]

Institution FSP

This form is not to be amended, revised, or altered without approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Exhibit # A-11

## FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:**   ☐ **Inmate**   ☒ **Employee**   ☐ **Visitor**
    ☒ **Post-Use-of-Force Exam**   ☐ **Injury**   ☐ **Physical Altercation**

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _____1915_____     Time of exam: _____1928_____

Description of occurrence:

_____S/P___USF___OF___FORCE___PHYSICAL___FORCE_____

Inmate showered without soap (if post-use of chemical agent)?   ☐ Yes   ☐ Refused   ☒ N/A

Vital Signs:   Temperature __93.7__   Pulse __78__   Respiration __20__   Blood Pressure __121__ / __77__

Arrived via:   ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other:_____

Condition on arrival (check all that apply): ☒ Alert   ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?_____

Examination summary:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Physician notified? ▮▮▮   Name:_____ Time:_____

Treatment provided? ▮▮▮   If yes, describe:_____

Response to Treatment: ▮▮▮

Disposition: ▮▮ ☐ Population   ☐ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☒ Other (explain):

Discharge Instructions and Education:
▮▮▮▮▮▮▮▮

Health Care Provider's Signature and Stamp: _O.W.b_____   D. BLANDO, SRN   Date/Time: _1-19-12_ _1928_
      MEDICAL - PBP

Reviewing Physician's Signature and Stamp:_____   Date/Time:_____

**Name** _____S - DOUGLASS_____    **Inmate Distribution:**   White—Health Record
~~DC#~~ ▮▮▮▮ **Race/Sex** __u/m__    Canary—Inspector General
**Date of Birth** ▮▮▮    Pink—Local Requirements
**Institution** _____PSP_____    **Employee Distribution:**   White—Safety Officer/Designee
      Canary—Employee Copy
      Pink—DESTROY

DC4-701C (Effective 3/22/11)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Exhibit # 4·12

Ex. B 026

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence _/-/9 - /2_          Time of occurrence _/9/5_
Date injury assessed by medical _/- /9 - / 2_     Time injury assessed by medical _____

☐ No injury identified

Description of injury ___

_____

_____

_____

_____

_0· /5 /_____
**Staff Signature**

**Inmate Name** _S , 00u6 6A5S_
**DC#** _____ **Race/Sex** _u/_
**Date of Birth** _____
**Institution** _____ _P S P_

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Exhibit # _A-13_

APPENDIX - D
## DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## CHAIN OF CUSTODY

Case:_____     Inspector: _K. Snow_____

Offense: _Bwing_____     Subject:_____

Evidence Description: _Uniform Polo shirt - Sgt. / Blood stained_____

Recovered by: _C/o J. Alvarez_____ Date: _1-19-12_____ Time: _8:15_____ a.m./p.m.

Place Evidence Found: _Recovered in clinic from Sgt R. Morris._____

Recovered: _C/o J Alvarez_____ Date: _1-19-12_____

To: _Inspector K. Snow_____ Time: _8:50_____ a.m./p.m.

From:_____     Date:_____
To:_____     Time:_____ a.m./p.m.

From:_____     Date:_____
To:_____     Time:_____ a.m./p.m.

From:_____     Date:_____
To:_____     Time:_____ a.m./p.m.

From:_____     Date:_____
To:_____     Time:_____ a.m./p.m.

From:_____     Date:_____
To:_____     Time:_____ a.m./p.m.

DC1-801 (7/03)          Incorporated by Reference in Rule 33-602.203, F. A. C.          Exhibit # _A-14_

Ex. B 028

APPENDIX - D
# DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## CHAIN OF CUSTODY

Case:_____   Inspector: _SNOW_____

Offense:_____   Subject: _Palmer, Lesamual_____

Evidence Description: _4" pick type weapon sharpend at one end_____
_____

Recovered by: _Sgt Morris_____ Date: _1-19-12_____ Time: _7 15_ a.m./p.m.

Place Evidence Found: _ON inmate Palmer, Lesamual_____

Recovered: _R. Morris_____ Date: _1-19-12_____

To: _inspector K. Snow_____ Time: _845_____ a.m./p.m.

From:_____ Date:_____

To:_____ Time:_____ a.m./p.m.

From:_____ Date:_____

To:_____ Time:_____ a.m./p.m.

From:_____ Date:_____

To:_____ Time:_____ a.m./p.m.

From:_____ Date:_____

To:_____ Time:_____ a.m./p.m.

From:_____ Date:_____

To:_____ Time:_____ a.m./p.m.

DC1-801 (7/03)        Incorporated by Reference in Rule 33-602.203, F. A. C.        Exhibit # _A-14_____

APPENDIX - D
## DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## CHAIN OF CUSTODY

Case:_____   Inspector: _K Snow_____

Offense:_____   Subject: _Bravo Wing_____

Evidence Description: _Uniform Polo shirt - c/o /Blood stained_____

_____

Recovered by: _C/o J. Alvarez_____  Date: _1-19-12___  Time: _813___ a.m./p.m.

Place Evidence Found: _Recovered from c/o Sk. Douglass in FSP M/u clinic._____

Recovered: _C/o J. Alvarez_____  Date: _1-19-12_____

To: _Inspector K. Snow_____  Time: _8:50_____ a.m./p.m.

From:_____   Date:_____

To:_____   Time:_____ a.m./p.m.

From:_____   Date:_____

To:_____   Time:_____ a.m./p.m.

From:_____   Date:_____

To:_____   Time:_____ a.m./p.m.

From:_____   Date:_____

To:_____   Time:_____ a.m./p.m.

From:_____   Date:_____

To:_____   Time:_____ a.m./p.m.

DC1-801 (7/03)              Incorporated by Reference in Rule 33-602.203, F. A. C.

Exhibit # __A-14__

INTERVIEW REFUSAL FORM

Date: 1|19|12

I, Williams, Rashard , DC# K7212| have been advised that
I have an interview with Senior Inspector Vern Snow . I am willfully refusing to be
interviewed, fully understanding that by refusing I do hereby relieve the Department of
Corrections and the State of Florida, and any other persons involved from any
responsibility with regards to the matter of:

IG case 12-20773  Aggravated Battery With a Deadly weapon

Inmate Name: Williams, Rashard DC# K7212|

Inmate Signature Rashard Williams K7212|

Witnessed by: _____ C/O

Note: If inmate refuses to sign, write **"Refused to Sign"** and ensure it is witnessed and
signed in the appropriate space.

Exhibit # A-15

```
DC46 0 L41847                                          04/16/12 10:56:30
.    IISB133               DISCIPLINARY REPORT          DINSKWS      PAGE 07
D.C.NO.  L41847    NAME: PALMER, LESAMUEL               STATUS: ACTIVE
         CUR LOC.: FLORIDA STATE PRISON   TRD: 02/07/2018   PRD: NO CREDITS
     *******VIOLATION*******          DAYS  D.R.  CRD   *****DISPOSITION*****
A   DATE      CODE   NAME        PLEA LOST STATUS RT T REC. BEGAN      ENDED
  09/09/2011 0932 FILE FRIVOLOUS/MALI 2 0000 APPLIED   C 060 10292011 12282011
  10/06/2011 0062 DISOBEY REGULATIONS 3 0000 APPLIED   C 015 12282011 01122012
  10/16/2011 0061 DISOBEYING ORDER    3 0000 APPLIED   C 030 01122012 02112012
  10/16/2011 0115 BATTERY/ATT/CO      3 0000 APPLIED   C 060 02112012 04112012
  10/17/2011 0031 POSS OF WEAPONS     3 0000 APPLIED   C 060 04112012 06102012
  10/22/2011 0118 BATTERY/ATT/INMATE  2 0000 APPLIED   C 060 06102012 08092012
  12/02/2011 0061 DISOBEYING ORDER    3 0000 APPLIED   C 030 08092012 09082012
  01/19/2012 0111 AGVT ASLT/ATT/CO.   2 0000 APPLIED   C 060 09082012 11072012
  01/19/2012 0111 AGVT ASLT/ATT/CO.   2 0000 APPLIED   C 060 11072012 01062013
  01/19/2012 0114 AGVT ASLT/ATT/INMAT 2 0000 APPLIED   C 060 01062013 03072013
  01/19/2012 0933 TAMPER W/SEC. DEVIC 2 0000 APPLIED   C 060 03072013 05062013
  01/19/2012 0031 POSS OF WEAPONS     4 0000 APPLIED   C 060 05062013 07052013
```

Exhibit # 4-16

# PROBABLE CAUSE AFFIDAVIT

| OBTS # | | | | 1. Arrest Affidavit  2. Notice to Appear | 3. Complaint Affidavit  4. Request for Capias  5. Teen Court Referral | 3 | Juvenile | |

| ORI # | FL0012051 | **Florida Department of Corrections** | Report # | 12-2-0770, 12-2-0773 |
|---|---|---|---|---|

| Location of Offense  Florida State Prison 7819 NW 228th street Raiford, Florida 32026 | Date of Offense  January 19, 2012 | Date of Arrest |
|---|---|---|

Name: Lesamuel Palmer DC #L41847 — Alias: G Ali

| Race  W – White  B – Black | 1 – Indian American  O – Oriental Asian | B | Sex  M | DOB or Age  03/06/1980 | Height  5"09" | Weight  172 | Eye Color  Brown | Hair Color  Black | Complexion  Dark | Build  Medium |
|---|---|---|---|---|---|---|---|---|---|---|

| Address (Street, Apt, Number)  Florida State Prison 7819 NW 228th Street | (City)  Raiford | (State)  Florida | Phone  ( ) - |
|---|---|---|---|

| ☐ 1. Parent  ☐ 2. Legal Custodian  ☐ 3. Other   Name of Parent or Custodian (Last, First, Middle) | Residence Phone  ( ) - |
|---|---|

| Address (Street, Apt, Number) | (City) | (State) | Business Phone  ( ) - |
|---|---|---|---|

| Notified By: (Name) | Date | Time | Juvenile Disposition  1. Handled / Processed within Dept and Released | 2. Turned over to DOH/C&F  3. Incarcerated (County Jail  ( ) - |
|---|---|---|---|---|

| Released to: (Name) | Relationship | Date | Time |
|---|---|---|---|

| Activity:  N. N/A  P. Posses | S. Sell  B. Buy  T. Traffic | R. Smuggle  D. Deliver  E. Use | K. Dispense /  Distribute | M. Manufacture /  Produce /  Cultivate | Z. Other | Type:  N. N/A  A. Amphetamine | B. Barbiturate  C. Cocaine  E. Heroine | H. Hallucinogen  M. Marijuana  O. Opium / Deriv | P. Paraphernalia /  Equipment  S. Synthetic | U. Unknown  Z. Other |
|---|---|---|---|---|---|---|---|---|---|---|

| Charge Description  **Aggravated Battery on a Law Enforcement Officer** | Counts  1 | ☒ F.S.  ☐ Ord | State Violation Number:  784.07 | | Violation of Section (ORD) |
|---|---|---|---|---|---|
| Activity | Drug Type | Amount / Unit | State Attorney Number | Court Number | |
| ☐ PC #  ☐ Capias  ☐ AC  ☐ BW  ☐ PW  ☐ Juv. PU  ☐ Citation | | | Date Issued | Writt. Att. # | ☐ Domestic Viol Inj.  ☐ Order of Arrest |

| Charge Description  **Aggravated Battery on a Prison Detainee** | Counts  1 | ☒ F.S.  ☐ Ord | State Violation Number:  784.082 | | Violation of Section (ORD) |
|---|---|---|---|---|---|
| Activity | Drug Type | Amount / Unit | State Attorney Number | Court Number | |
| ☐ PC #  ☐ Capias  ☐ AC  ☐ BW  ☐ PW  ☐ Juv. PU  ☐ Citation | | | Date Issued | Writt. Att. # | ☐ Domestic Viol Inj.  ☐ Order of Arrest |

| Charge Description  **Possession of a Contraband Inside a State Correctional Institution** | Counts  1 | ☐ F.S.  ☐ Ord | State Violation Number:  944.07 (1) (c) | | Violation of Section (ORD) |
|---|---|---|---|---|---|
| Activity | Drug Type | Amount / Unit | State Attorney Number | Court Number | |
| ☐ PC #  ☐ Capias  ☐ AC  ☐ BW  ☐ PW  ☐ Juv. PU  ☐ Citation | | | Date Issued | Writt. Att. # | ☐ Domestic Viol Inj.  ☐ Order of Arrest |

The Undersigned certifies and swears that he has just and reasonable grounds to believe, and does believe that the above named individualcommitted the following violations of the law: two counts of Aggravated Battery on a Law Enforcement Officer; one count of Aggravated Battery on a Prison Detainee, and Possession of Contraband Inside a State Correctional Institution, on the 19th day of January 2012   at 6:55 ☐AM ☒ PM.

Your Affiant is Senior Correctional Officer Inspector Kevin Snow of the Office of Inspector General, Florida Department of Corrections.

Your Affiant has probable cause to believe that on January 19, 2012, at approximately 6:55 PM, Inmate Lesamuel Palmer DC# L41847, an inmate in the custody of the Department, did commit the criminal offenses of Possession of Contraband Inside a State Correctional Institution, in violation of s. 944.07(1)(c), Fla. Stat., Aggravated Battery on a Prison Detainee, in violation of s. 784.082, Fla. Stat., Aggravated Battery on a Law Enforcement Officer, in violation of s. 784.07, Fla. Stat., and Aggravated Assault on a Law Enforcement Officer, in violation of s. 784.07, Fla. Stat., when he did actually and intentionally possess a weapon inside a state correctional institution , to-wit, an ice-pick type weapon, and did, while in the possession of a deadly weapon, actually and intentionally cause bodily harm to Inmate Rashard Williams DC# K72121, an inmate in the custody of the Department, by stabbing him, and did, actually and intentionally cause bodily harm to Sergeant Ronnie Morris, a correctional officer engaged in the lawful performance of his duties, by stabbing him, and did, while in possession of a deadly weapon, threaten to do violence to the person of, and created a well-founded fear that such violence was imminent in, Officer Stephen Douglas, a correctional officer engaged in the lawful performance of his duties, by attempting to stab him, while in the shower area of B-Wing, at Florida State Prison, in Starke, Bradford County, Florida.

On January 19, 2012, at approximately 6:55 PM, Inmate Rashard Williams ("Inmate Williams") was in the shower on the second floor of B-wing. Inmate Lesamuel Palmer ("Inmate Palmer") was restrained and escorted

Exhibit # A-17

to the shower area. As Inmate Palmer crossed the shower entrance threshold, he pulled his right hand free of the right handcuff, retrieved an ice-pick type weapon from his waist area, and struck Inmate Williams in the upper torso area through the open bar stock of the shower door. Sergeant Ronnie Morris ("Sergeant Morris") immediately grasped Inmate Palmer and forced him towards the back wall of the shower. Inmate Palmer then stabbed Sergeant Morris in the middle finger of the left hand. As Officer Stephen Douglass ("Officer Douglas") entered the shower area in an attempt to subdue Inmate Palmer, Inmate Palmer stabbed towards Officer Douglas several times with the ice-pick type weapon. Ultimately, Officer Douglass was able to force the weapon away from Inmate Palmer and Inmate Palmer was subdued.

Inmate Rashard Williams was noted to have a small puncture wound to the left side of the ribcage, a superficial abrasion on the left cheek, a superficial abrasion on the left clavicle, a small abrasion to the right side of the face, lacerations to the bottom and top lips, and two small superficial abrasions on the scapula. Sergeant Morris was noted to have a one-centimeter in length cut to his left middle finger. Officer Douglass was also noted to have a superficial scratch to his right elbow.

Fixed-wing video footage confirmed that Inmates Williams and Palmer, Sergeant Morris, and Officer Douglas were in the shower area at the time of the incident. Photographs were taken of the crime scene area in the shower, the ice pick type weapon removed from Inmate Palmer, and the injuries to Sergeant Ronnie Morris, Officer Stephen Douglass, and Inmate Rashard Williams.

Inmate Rashard Williams refused to give a statement.

In a sworn recorded interview taken on January 19, 2012, Inmate Palmer was read *Miranda*, waived his rights and gave a statement. According to Inmate Palmer, the incident was a set up by staff so that he and Inmate Williams could fight. Inmate Palmer admitted that he snorted crushed Wellbutrin tablets earlier in the day and armed himself with a homemade "knife." Inmate Palmer admitted he had the "knife" hidden in his hand while walking to the shower and that once in the shower area, he swung the "knife" at Inmate Williams several times. Inmate Palmer denied knowing whether he made contact with Inmate Williams when he swung the weapon. Inmate Palmer denied stabbing or attempting to stab Sergeant Morris or Officer Douglas.

Your Affiant respectfully submits that probable cause is established that Inmate Lesamuel Palmer did commit the criminal offenses of Possession of Contraband Inside a State Correctional Institution, in violation of s. 944.47(1)(c), Fla. Stat., Aggravated Battery on a Prison Detainee, in violation of s. 784.082, Fla. Stat., Aggravated Battery on a Law Enforcement Officer, in violation of s. 784.07, Fla. Stat., and Aggravated Assault on a Law Enforcement Officer, in violation of s. 784.07, Fla. Stat., at Florida State Prison, in Starke, Bradford County, Florida.

Your Affiant further respectfully requests that an arrest warrant be issued for Inmate LESAMUEL PALMER, B/M DOB: 03/06/1980 7819 NW 228th Street, Raiford, Florida, for one count a violation of s. 944.47(1)(c), Fla. Stat., the laws relating to Possession of Contraband Inside a State Correctional Institution, one count of a violation of s. 784.082, Fla. Stat., the laws relating to Aggravated Battery on a Prison Detainee, one count of a violation of s. 784.07, Fla. Stat., the laws relating to Aggravated Battery on a Law Enforcement Officer, and one count of a violation of s. 784.07, Fla. Stat., the laws relating ot Aggravated Assault on a Law Enforcement Officer.

| PC. Exists for Charge(s) | | | Judge's Signature | | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Miranda Warning | Hold for Agency Name: | Verified By: | Date: | | | | Bond Charge # | Bond Charge # | Bond Charge # |
| Adults Only Hold for First Appearance ☐ Do not Bond Out Reason: | | | Bond Type 1. ROR 2. Cash | 3. Surety 4. Bail / Bond | 5. Cort 6. Other | | Type | Type | Type |
| I swear/Affirm the above and attached statements are true and correct | | Sworn to And subscribed before me, the undersigned authority this 24 day of Apr 2012 | Returnable Court Date | | | | | Returnable Court Time | ☐ AM ☐ PM |
| Hermin Sur Sr. Inspector Officer's / Complainant's Signature | | Name/Title of Person Authorized to Administer Oath DEL Sr Insp | Release Date | | | | | Release Time | ☐ AM ☐ PM |

Exhibit # A-17

Case Details: 04-2012-CF-000249-A                                    Page 1 of 2

 **ICMS** Eighth Judicial Circuit of Florida
Integrated Case Management System

[ Back ]   [ Help ]

# Bradford County Case

### Case # 04-2012-CF-000249-A

**Judge**     JAMES P NILON
**Status**    SEO: SECURITY ON
**Initial Filing Date** 04/25/2012

*60186*

### Defendant

    Name      PIN  Sex Race   DOB    Age
**PALMER, LESAMUEL** 918494 M  B    03/06/1980 32.2
FLORIDA STATE PRISON
RAIFORD, FL
00000-

### Attorneys

**Prosecution** HELLING BRUCE

### Flags  Case Notes

[ Case Notes/Flags ]   [ Orders ]

### Charges

| Count | Date | Statute | Description | NCIC | Level | Pros. Action | Filing Date | Crt. Action | Disp. Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/19/2012 | §784.(045) | AGGRAVATED BATTERY-DEADLY WEAPON | Assault | 2F | | 05/03/2012 | | |
| 2 | 01/19/2012 | §784.(045) | AGGRAVATED BATTERY-DEADLY WEAPON | Assault | 2F | | 05/03/2012 | | |
| 3 | 01/19/2012 | §944.47 (1a3) | POSSESSION OF A WEAPON BY AN INMATE | Smuggling | 2F | | 05/03/2012 | | |
| 4 | 01/19/2012 | §843.01 | RESISTING OFFICER WITH VIOLENCE | Obstructing Police | 3F | | 05/03/2012 | | |

### Warrants

Date Ordered Judge Status Date
05/08/2012    JPN

### Events

Date Code Desc Judge Time Location

Exhibit #  _A·18_

**Docket Entries**

| Date | Code | Description | Image |
|------|------|-------------|-------|
| 05/10/2012 | | CAPIAS (COPY) | Image |
| 05/09/2012 | a004 | PROSECUTOR: HELLING BRUCE ASSIGNED | |
| 05/08/2012 | a012 | CAPIAS FOR STATE FILED INFO | |
| 05/08/2012 | SEC | SECURE CASE | |
| 05/07/2012 | OTTP | ORDER TO TRANSPORT PRISONER | Image |
| 05/03/2012 | aN | FILED CNT: 1,CNT: 2,CNT: 4,CNT: 3 | |
| 05/03/2012 | aiN | N/A SEQ: 4 | |
| 05/03/2012 | INFO | INFORMATION FILED | Image |
| 05/03/2012 | DEFI | DEFENDANT INFORMATION SHEET | Image |
| 04/27/2012 | a002 | JUDGE JAMES P NILON ASSIGNED | |
| 04/27/2012 | a004 | PROSECUTOR: TRIPLETT DUANE ASSIGNED | |
| 04/25/2012 | a001 | CASE FILED WITH CLERK | |
| 04/25/2012 | aiS | SWORN COMPLAINT SEQ: 1,SEQ: 2,SEQ: 3 | |
| 04/25/2012 | SWNC | SWORN COMPLAINT | Image |

Exhibit #  A-18

Ex. B 036

```
01/23/2012              FLORIDA DEPARTMENT OF CORRECTIONS                PAGE:  1
  MINO101                   MINS INCIDENT REPORT                        TIME 14:12


PREPARED BY:          EVERDEN, JUDITH M.        INCIDENT NUMBER: 0000421729
INCIDENT TYPE: 17L BATTERY OF LAW ENFORCEMENT  STATUS OF INCIDENT: C CASE
REPORT DATE:   01/20/2012                       REPORT TIME:    11:57
INCIDENT DATE: 01/19/2012                       INCIDENT TIME: 18:55
REPORT LOCATION: 205 FLORIDA STATE PRISON       REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 01/19/2012         180 DAY CASE: N
IG NUMBER: 1220770                              UOF NUMBER: 122050015
IG ASSIGNED: SNOW, KEVIN                        DATE IG ASSIGNED: 01/23/2012
INCIDENT LOCATION: 01 HOUSING AREA              DAY CODE: 4     SHIFT CODE: 3
INJURIES: Y         STG/STI INVOLVEMENT: N      PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N     CONFIDENTIAL: N             INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N               CHEMICAL AGENTS USED: N


            NAME                 TITLE         BIRTHDATE  R S   ID NUMBER
-------------------- ----------------------- ---------- - - ----------------
SUBJECT (S)
  PALMER, LESAMUEL  .  ACTIVE INMATE          03/06/1980 2 1 L41847
VICTIMS (S)
  MORRIS, RONNIE L.   CORRECTIONAL OFFICER SE            1 1
WITNESSES (S)
  WILLIAMS, RASHARD L. ACTIVE INMATE                     2 1 K72121
  DOUGLASS, STEPHEN K. CORRECTIONAL OFFICER              1 1


     CONTRABAND RECOVERED          QUANTITY      UNIT OF MEASURE
-------------------------------  ----------    ---------------
```

DESCRIPTION OF INCIDENT:
    SERGEANT MORRIS REPORTS THAT WHILE ASSIGNED AS B-WING HE WAS
    CONDUCTING SHOWER PROCEDURES WHEN INMATE PALMER, SAMUEL
    #L41847, HOUSED IN CELL B1-222S, MANIPULATED HIS HAND
    RESTRAINTS AND BEGAN STABBING INMATE WILLIAMS THROUGH THE
    CELL BARS. SERGEANT MORRIS GRASPED INMATE PALMER AND PULLED
    HIM BACK AND INMATE PALMER RESISTED AND STABBED SERGEANT
    MORRIS IN THE LEFT HAND WITH A HOMEMADE ICE PICK TYPE
    WEAPON. SERGEANT MORRIS WAS EVALUATED BY SLPN FINELY WITH A
    CUT TO THE MIDDLE FINGER NOTED. OPTA COMP SUBMITTED AND
    HEALTH AND SAFETY NOTIFIED. INMATE PALMER RECEIVED A DR FOR
    1-17 AGGRAVATED BATTERY ON A CORRECTIONAL OFFICER. INMATE
    PALMER WAS RE-HOUSED IN CELL Q1-306S.

## Snow, Kevin

| | |
|---|---|
| **Subject:** | 12-20770 FSP (Inmate Palmer Aggravated Battery of Sergeant Ronnie Morris) |
| **Start Date:** | Monday, January 23, 2012 |
| **Due Date:** | Monday, February 20, 2012 |

| | |
|---|---|
| **Status:** | Completed |
| **Percent Complete:** | 100% |
| **Date Completed:** | Monday, May 21, 2012 |

| | |
|---|---|
| **Total Work:** | 0 hours |
| **Actual Work:** | 0 hours |

**Owner:**       Snow, Kevin

**Categories:**   17-L BLEO

*01/23/12*
- *Case assigned for Investigation*
*Plan of Action*
- *Obtain all documentation pertaining to incident*
- *Interview Complainant*
- *Interview Victim*
- *Interview Witnesses*
- *Interview Subject*

SERGEANT MORRIS REPORTS THAT WHILE ASSIGNED AS B-WING HE WAS CONDUCTING SHOWER PROCEDURES WHEN INMATE PALMER, SAMUEL #L41847, HOUSED IN CELL B1-222S, MANIPULATED HIS HAND RESTRAINTS AND BEGAN STABBING INMATE WILLIAMS THROUGH THE CELL BARS. SERGEANT MORRIS GRASPED INMATE PALMER AND PULLED HIM BACK AND INMATE PALMER RESISTED AND STABBED SERGEANT MORRIS IN THE LEFT HAND WITH A HOMEMADE ICE PICK TYPE WEAPON. SERGEANT MORRIS WAS EVALUATED BY SLPN FINELY WITH A CUT TO THE MIDDLE FINGER NOTED. OPTA COMP SUBMITTED AND HEALTH AND SAFETY NOTIFIED. INMATE PALMER RECEIVED A DR FOR 1-17 AGGRAVATED BATTERY ON A CORRECTIONAL OFFICER. INMATE PALMER WAS RE-HOUSED IN CELL Q1-306S.

### Case Introduction:

At approximately 7:42 PM a call was received from Control Room staff at Florida State Prison *(FSP)* with information that Inmate Lesamuel Palmer had slipped his hand restraints upon entering the shower area on the second floor of B-Wing and stabbed Inmate Rashard Williams who was already in the first shower. It was further relayed that Sergeant Ronnie Morris and Officer Stephen Douglass were also stabbed while trying to prevent further attack upon Inmate Williams and re-restrain Inmate Palmer. At 7:47 PM Inspector Supervisor Marilyn Henderson called and also relayed this information.

While in transit to *FSP* contact was made with Captain John Rizer the Shift OIC. Captain Rizer relayed that Inmate Williams, Sergeant Morris, and Officer Douglass were not severely injured and had been treated by on-duty medical staff and returned to their respective housing location and/or assigned duty station. Captain Rizer indicated that photographs of the injuries to both staff members and inmates had been taken, a crime scene log had been started, and photographs had been taken of the crime scene. It was relayed that Inmate Palmer had been re-housed on Q-Wing. He also stated that the weapon used in this crime had been recovered, photographed, and a Chain of Custody form started.

Upon arrival at FSP a briefing was given of this incident and the subsequent use of force by Assistant Warden Donald Jackson, Major Andrew Smith, and Captain Rizer. Sergeant Morris was also in the briefing and photographs were taken of a stab wound to the middle finger of his left hand that appeared to be made from an ice-pick type weapon. Sergeant Morris turned over an ice-pick type weapon that appeared to have been made from fencing material that was sharpened on one end, along with a Chain of Custody form, which was entered into evidence. Also turned over along with Chain of Custody forms and entered into evidence were the shirts that Sergeant Morris and Officer Douglass were wearing that contained blood.

After walking to B-Wing, photographs were taken of the shower area where this incident occurred. The crime scene log was collected and the crime scene was released back to security staff. An attempt was made to interview Inmate Williams and he refused saying that he did not want to give a statement. Inmate Williams signed an interview refusal form. Photographs were taken of the injuries to Inmate Williams' left rib area and upper left collarbone area. The wounds were consistent with him being stabbed with an ice-pick type weapon.

1

Sworn recorded interviews were conducted with the staff victims and witnesses.  Sergeant Morris said that Inmate Williams had already been escorted to the shower and was in the first shower.  He said that as he escorted Inmate Palmer into the shower that Inmate Palmer pulled his right hand free from the handcuffs and stabbed Inmate Williams on his left rib area through the shower cell bars. Inmate Palmer then stabbed towards the upper torso area of Inmate Williams, striking him in the facial and upper collarbone/shoulder area.  Sergeant Morris indicated that he grabbed Inmate Palmer and forced him towards the wall of the shower.  He said that while doing this Inmate Palmer stabbed him on the left middle finger.  Officer Stephen Douglass indicated that he did not see Inmate Palmer stab Inmate Williams or Sergeant Morris.  He saw Sergeant Morris forcing Inmate Palmer towards the wall and heard him say that he *(Palmer)* had a knife.  He immediately entered the struggle and is not sure if he was struck by the knife *(his injuries are consistent with those of Inmate Williams and Sergeant Morris)* because Inmate Palmer was waving it around.  When Sergeant Morris got Inmate Palmer to the wall, he *(Morris)* pinned Inmate Palmer's arm to the wall.  He *(Douglass)* pried the knife from his hand and threw it behind him away from the struggle.  Help was called for over the radio and other staff members arrived to subdue Inmate Palmer who was violently resisting being restrained.  The staff members that arrived after help was called for were interviewed but did not know a weapon was involved or see the weapon until the incident was over.  Captain Rizer was interviewed and stated that Inmate Palmer told him that he had been snorting Wellbutrin all throughout the day and that this whole incident was a set up by staff.  He said he did not stab the staff members and that they must have stabbed themselves to cover up things.

Inmate Palmer was read Miranda Warnings and agreed to give a sworn recorded interview.  Inmate Palmer stated that the whole incident was a set up by staff members.  He said that when he got to the shower Inmate Williams was already there and was not secured in the shower and did not have restraints.  He said that security staff members removed his restraints and when they did, Inmate Williams attacked him. He indicated that he defended himself by stabbing Inmate Williams several times and biting his face *(it should be noted that Inmate Williams did not have a bite mark to his face although Inmate Palmer assured that there would be one present)*.  Inmate Palmer stated that because he got the better of Inmate Williams staff intervened and beat him.  He denied stabbing Sergeant Morris or Officer Stephen Douglass.

All medical documents and incident reports were collected to be entered into evidence.  Fixed wing video does not cover the inside of the shower area but will be downloaded and reviewed to establish time lines and that Inmate Williams and Palmer were the only inmates present in the shower area.

**Summarize Event Timeline:**

- 6:55 PM Inmate Williams, Sergeant Morris, and Officer Douglass are stabbed by Inmate Palmer
- 7:15 PM Assistant Warden Jackson notified of the incident
- 7:20 PM incident reported to EAC
- 7:42 PM Senior Inspector Snow notified of the incident by FSP staff
- 7:47 PM Senior Inspector Snow notified of the incident by Supervisor Henderson
- 8:30 PM Senior inspector Snow arrived at FSP and received a briefing by command staff
- 9:15 PM Crime scene cleared and turned back over to security staff

**Allegations and Subjects:**

The particulars of this case will be submitted to Assistant State Attorney Duane Triplett in hope of charging Inmate Palmer with Aggravated Battery on a Correctional Officer for stabbing Sergeant Morris and Officer Douglass and also Aggravated Battery for stabbing Inmate Williams.

**Staff Work Pending:**

Fixed wing video needs to be downloaded and reviewed and the case needs to be submitted to ASA Triplett to see if the case has prosecutorial merit.

**Projected Conclusion:**

Unknown at what time the case will be completed due to variances in time that it takes prosecutors to review cases and decide whether to file or not file charges.

In an incident report and Report of Force Used submitted on January 19, 2012, Sergeant Ronnie Morris indicated the following:

At approximately 6:55 PM, on Thursday, January 19, 2012, while assigned as B-Wing housing Sergeant, Officer Stephen Douglass and he were conducting shower procedures on the second floor of B-Wing.  Inmate Rashard Williams was placed in hand restraints, removed from his cell, escorted to the shower area by himself and Officer Douglass, and placed in the first shower stall.  He and Officer Douglass then went to Inmate Lesamuel Palmer's cell.  Inmate Palmer was placed in restraints and escorted to the shower.  Upon entering the shower area Inmate Palmer manipulated the restraints freeing his right hand.  Inmate Palmer then stabbed Inmate Williams through the shower bars with what appeared to be an ice-pick type weapon grazing Inmate Williams on the left side of the torso. Inmate Palmer continued to stab towards Inmate Williams striking him in the face and upper torso area.  At this time he placed his left hand on Inmate Palmer's right shoulder and his right hand on Inmate Palmer's left shoulder, which stopped the attack, and forced him towards the rear of the shower area.  Officer Christian Gray utilized the Incident Command System to notify the control room.  Inmate Palmer continued to resist and stabbed towards him and Officer Douglass.  He was struck in the left hand by the weapon.  Officer Douglass rushed forward and grasped Inmate Palmer by the right lower arm with both hands.  Inmate Palmer swung the weapon at Officer Douglass striking him on the right elbow.  They both maintained their grasps on Inmate Palmer in an attempt to place him on the

2

shower floor. Captain Jonathan Rizer, Sergeant William Warner, Sergeant Edward Duncan, Officer Eric Young, and camera operator Daniel Nettles arrived in the area. Sergeants Warner and Duncan entered the shower area. Sergeant Warner grasped Inmate Palmer's right lower arm with both hands and swept Inmate Palmer's right leg rearward with his left foot. With the assistance of Sergeant Warner Inmate Palmer was forced onto the floor of the shower. He re-grasped Inmate Palmer's lower left arm with both hands and forced the arm behind Inmate Palmer's back. Sergeant Warner placed Inmate Palmer's right arm behind his back. Officer Douglass released his grasp and re-applied the hand restraints. Inmate Palmer remained defiant and attempted to kick himself and Sergeant Warner. Sergeant Duncan grasped Inmate Palmer's lower right leg to maintain control. Sergeant Duncan placed leg restraints on Inmate Palmer. Officer Eric Young placed a black box and waist chain on Inmate Palmer. Sergeant Warner grasped Inmate Palmer's right arm and Officer Young grasped his left arm and they assisted him to his feet and physically escorted him to the second floor quarterdeck. At 6:57 PM Officer Nettles initiated videotaping and conducted a self introduction. At 6:58 PM Captain Rizer conducted an opening statement. At approximately 7:00 PM Inmate Palmer was physically escorted to the medical clinic by Sergeant Warner and Officer Young. He was secured in the holding cell outside the clinic. At 7:18 PM Sergeant Warner and Officer Young were relieved by Sergeant Gary Holtom and Officer Jeffrey Wiggins. At 7:18 PM Inmate Palmer was observed lying on the floor of the holding cell in a fetal position. Officer Wiggins grasped Inmate Palmer's right arm with both hands while Sergeant Holtom grasped Inmate Palmer's left arm with both hands and they assisted him to his feet. They escorted Inmate Palmer into the medical clinic where he received a Post Use of Force Physical. At 7:38 PM custodial touch was used by Sergeant Holtom and Officer Wiggins to escort Inmate Palmer to Q-Wing for a housing reassignment. Once on Q-wing Inmate Palmer was placed in the shower, his restraints were removed, he was strip searched with negative results, his restraints were reapplied, and he was placed in cell Q-1306. At 7:57 PM Captain Rizer conducted a closing statement and videotaping ceased. All staff members received Post Use of Force Physicals. Inmate Palmer received five disciplinary reports. Two were for Aggravated Battery on a Correctional Officer, one was for Aggravated Battery on an Inmate, one was for Defeating a Security Device, and the last was for Possession of a Weapon.

In an the Shift Supervisor Comment section of the incident report written by Sergeant Ronnie Morris on January 19, 2012, Captain Jonathan Rizer indicated the following:

Spontaneous physical force was used on Inmate Palmer due to him manipulating his hand restraints and utilizing an ice pick type weapon to stab Inmate Williams, Sergeant Morris, and Officer Douglass. When he approached the clinic holding cell Inmate Palmer was sitting on the floor and appeared to be under the influence of narcotics. He questioned Inmate Palmer about taking drugs and Inmate Palmer stated that he had no taken anything. While getting treated medically Inmate Palmer stated that he had been snorting Wellbutrin all day. He observed a white powder around the nose area of Inmate Palmer. Inmate Palmer stated in a written statement that the B-Wing staff members were letting him and Inmate Williams fight. He wrote that when he got the advantage the staff and Inmate Williams jumped on him. Inmate Williams further stated that Sergeant Morris, Officer Douglass, and Inmate Williams all stabbed themselves. The weapon, Sergeant Morris' shirt, and Officer Douglass' shirt were all tagged as evidence and turned over to Inspector Snow. Inmate Williams received five disciplinary reports. One for Aggravated Battery on an Inmate, two for Aggravated Battery on a Correctional Officer, one for Possession of a Weapon, and the last for Defeating a Security Device.

In a Report of Force Used Staff Supplement submitted on January 19, 2012, Officer Stephen Douglass indicated the following:

He grasped Inmate Palmer's right lower right arm with both hands and assisted in forcing him to the shower floor.

In a Report of Force Used Staff Supplement submitted on January 19, 2012, Sergeant Edward Duncan indicated the following:

He grasped Inmate Palmer's lower right leg with both hands to maintain control and then placed leg restraints on him.

In a Report of Force Used Staff Supplement submitted on January 19, 2012, Sergeant William Warner indicated the following:

He grasped Inmate Palmer's lower right arm with both hands and swept Inmate Palmer's right leg rearward with his left foot while forcing Inmate Palmer to the shower floor. He placed Inmate Palmer's right arm behind his back.

In an incident report submitted on January 19, 2012, Officer Christian Gray indicated the following:

At approximately 6:55 PM on January 19, 2012, while assigned as B-Wing Housing Officer he was operating the control panels on the second floor of B-Wing. He did not witness Inmate Palmer stab Inmate Williams, Sergeant Morris, or Officer Stephen Douglass. He did witness the physical force used on Inmate Palmer. He did not use force.

In an incident report submitted on January 19, 2012, Officer Eric Young indicated the following:

At approximately 6:55 PM on January 19, 2012, while assigned as Internal Security Officer he responded to B-Wing due to a spontaneous use of force on Inmate Palmer. He witnessed Sergeant Warner, Sergeant Morris, Sergeant Duncan, and Officer Douglass use physical force on Inmate Duncan. He placed the black box and waist chain onto Inmate Palmer and assisted him to his feet. He escorted Inmate Palmer to the clinic for medical triage and then to Q-Wing. Once on Q-Wing Inmate Palmer was placed in the third floor shower, his restraints were removed, and a strip search was conducted. The restraints were replaced and Inmate Palmer was placed in cell Q-1306 without incident. He used no force.

3

Ex. B 040

In a Witness Statement submitted on January 19, 2012, Inmate Rashard Williams refused to make a statement.

In a Witness Statement submitted on January 19, 2012, Inmate Lesamuel Palmer indicated the following:

He sent a request form to Captain Normal and spoke to the mental health counselor telling them that his life was in danger on B-Wing. He was asked by the wing sergeant if he wanted to fight the other inmate and he shook his head no. The other inmate was pulled out of his cell by the sergeant and taken to the shower. The sergeant came back and pulled him out about a minute later. He was taken to the shower and when he got there he saw that the other inmate had no cuffs on. The sergeant then took his cuffs off. He was attacked by the other inmate and then the officers too. Four of them started punching him. He never attempted to stab an officer. The officer's had the weapon. He only bit the inmate during this incident. He had written a grievance on the same sergeant because the sergeant had written him a disciplinary report saying that he (sergeant) was hit by him (Palmer) during a use of force on C-Wing.

In an Emergency Room Record and Diagram of Injury submitted on January 19, 2012, Inmate Rashard Williams was noted to have a small puncture wound to the left side of the ribcage, superficial abrasion on the left cheek, superficial abrasion on the left clavicle, small abrasion to the right side of the face, lacerations to the bottom and top lips, and two small superficial abrasions on the scapula.

In an Emergency room Record and Diagram of Injury submitted on January 19, 2012, Sergeant Ronnie Morris was noted to have a cut to the left middle finger that was one centimeter in length.

In an Emergency Room Record and Diagram of Injury submitted on January 19, 2012, Officer Stephen Douglass was noted to have a superficial scratch to the right elbow.

At approximately 7:42 PM a call was received from Control Room staff at Florida State Prison *(FSP)* with information that Inmate Lesamuel Palmer had slipped his hand restraints upon entering the shower area on the second floor of B-Wing and stabbed Inmate Rashard Williams who was already in the first shower. It was further relayed that Sergeant Ronnie Morris and Officer Stephen Douglass were also stabbed while trying to prevent further attack upon Inmate Williams and re-restrain Inmate Palmer. At 7:47 PM Inspector Supervisor Marilyn Henderson called and also relayed this information.

While in transit to *FSP* contact was made with Captain John Rizer the Shift OIC. Captain Rizer relayed that Inmate Williams, Sergeant Morris, and Officer Douglass were not severely injured and had been treated by on-duty medical staff and returned to their respective housing location and/or assigned duty station. Captain Rizer indicated that photographs of the injuries to both staff members and inmates had been taken, a crime scene log had been started, and photographs had been taken of the crime scene. It was relayed that Inmate Palmer had been re-housed on Q-Wing. He also stated that the weapon used in this crime had been recovered, photographed, and a Chain of Custody form started.

Upon arrival at FSP a briefing was given of this incident and the subsequent use of force by Assistant Warden Donald Jackson, Major Andrew Smith, and Captain John Rizer. All reports were turned over for review. Sergeant Morris was in the briefing and photographs were taken of a stab wound to the middle finger of his left hand that appeared to have been made from an ice-pick type weapon. Sergeant Morris turned over an ice-pick type weapon, which was photographed, that appeared to have been made from fencing material that was sharpened on one end, along with a Chain of Custody form, which was entered into evidence. Also turned over along with Chain of Custody forms and entered into evidence were the shirts that Sergeant Morris and Officer Douglass were wearing that contained blood.

After walking to B-Wing, photographs were taken of the shower area where this incident occurred. The crime scene log was collected and the crime scene was released back to security staff. Photographs were taken of the injuries to Inmate Williams' left rib area and upper left collarbone area. The wounds were consistent with him being stabbed with an ice-pick type weapon.

An attempt was made to interview Inmate Williams and he refused saying that he did not want to give a statement. Inmate Williams signed an interview refusal form.

In a sworn recorded interview taken on January 19, 2012, Officer Christian Gray indicated the following:

At approximately 7:00 PM he was standing by the control panel waiting on Sergeant Morris and Officer Douglass to place Inmates Williams and Palmer in the shower. Inmate Williams was placed in the first shower and then they went to get Inmate Palmer to place him in the shower. After they walked Inmate Palmer into the shower he heard noises that sounded like a fight coming from the shower area. He ran around to see what was going on and saw Inmate Williams locked in the first shower and Sergeant Morris and Officer Douglass wrestling with Inmate Palmer against the far wall of the shower. They all were still on their feet and it appeared that Sergeant Morris and Officer Douglass were trying to get Inmate Palmer onto the floor. He could not see much due to the shower area being small and because Sergeant Morris and Officer Douglass are big guys that blocked his view of Inmate Palmer. He could not see the weapon but heard Sergeant Morris say something about Inmate Palmer having a weapon. Sergeant Morris told him to call the Incident Command System, which proceeded to do. He then ran to unlock the front door to the wing and then ran back to the shower area. He had no knowledge of any animosity between Inmates Palmer and Williams.

In a sworn recorded interview taken on January 19, 2012, Officer Stephen Douglass indicated the following:

4

Ex. B 041

They were on the second floor conducting showering procedures. Inmate Williams was searched, pulled out of his cell, escorted to the shower, and placed in the first shower. Inmate Palmer was then searched, pulled out of his cell, and escorted to the shower. Sergeant Morris was directly behind Inmate Palmer and he was behind Sergeant Morris. Inmate Palmer entered the shower area and Sergeant Morris was right behind. He did not know exactly what happened but he saw Sergeant Morris grasp Inmate Palmer and heard him say knife several times. He did not see Sergeant Morris or Inmate Williams struck with the weapon. Sergeant Morris forced Inmate Palmer to the back wall of the shower and grasped his left hand. He then grasped Inmate Palmers right hand which contained the weapon and which was not restrained I any manner. He did not see how Inmate Palmer came to be out of the handcuffs. He eventually pried the weapon from Inmate Palmer which he then threw behind him. He did not know if Inmate Palmer struck him with the weapon but said he had an abrasion on his arm that he did not know how he received. He then tried forcing Inmate Palmer's right hand behind his back but Inmate Palmer was resisting. He ordered Inmate Palmer to quit resisting and he did not comply. Help arrived due to Officer Gray calling on the radio. He did not know of any animosity between Inmates Williams and Palmer.

In a sworn recorded interview taken on January 19, 2012, Sergeant Ronnie Morris indicated the following:

He was conducting shower procedures on the second floor of B-Wing. Inmate Williams was placed in cuffs, escorted to the shower, and placed in the first shower. Inmate Palmer was searched, placed in cuffs, and escorted to the shower area. Inmate Palmer stepped over the threshold step into the shower area and slipped his right hand out of the handcuffs. He grabbed Inmate Williams through the shower door flap. Inmate Palmer then struck Inmate Williams in the ribcage area. As Inmate Palmer pulled back he observed a weapon. Upon thinking back he remembered seeing Inmate Palmer go into his waistband area but did not know if this was where the weapon came from. Inmate Williams then stabbed Inmate Palmer in the upper left shoulder area. He grabbed Inmate Palmer pulling him away from the shower and Inmate Williams. He pushed Inmate Palmer towards the back of the shower and grabbed his left hand. Inmate Palmer then used the weapon to stab him on the middle finger of the left middle finger. He yelled to Officer Gray to get help on the radio. Officer Douglass entered the shower area and grabbed Inmate Palmer's right arm which contained the weapon. Officer Douglass was able to take the weapon from Inmate Douglass and throw it on the shower floor. Inmate Palmer was forced to the floor where he continued to resist by not giving up his right arm so the restraints could be put back on. Sergeant Warner assisted in getting Inmate Palmer's right arm out from underneath his body and the restraints were reapplied. He did not know of any animosity between Inmate Williams and Inmate Palmer. He did not think Officer Gray would have seen the initial incident.

In a sworn recorded interview taken on January 19, 2012, Sergeant William Warner indicated the following:

He was up near the clinic area around 7:00 PM when he heard a call over the radio for assistance on B-Wing. He responded to the shower area of the second floor on B-Wing and observed two staff members struggling with Inmate Palmer. He observed that Inmate Palmer's right hand was not cuffed. He took control of Inmate Palmer's right arm, forced him to the floor by sweeping his leg, and helped get the restraints back on him. He had no knowledge of the weapon until the incident was over. He never heard any statements made by Inmate Palmer. He was present in the clinic when Inmate Palmer was brought in. Inmate Palmer was acting strangely, making outrageous statements, and looked as if he was going to pass out.

In a sworn recorded interview taken on January 19, 2012, Sergeant Edward Duncan indicated the following:

He responded to B-Wing and went to the second floor shower area after hearing a call for assistance on the radio. He observed Inmate Palmer fighting with several staff members. He observed Inmate Palmer being forced to the floor and then start kicking towards staff members. He placed his hands on Inmate Palmer's leg and pinned it to the floor. After Inmate Palmer calmed down he released his grasp, stepped out of the shower, and got additional restraints. He then placed the additional restraints on Inmate Palmer. He never observed a weapon. He heard no statements by Inmate Palmer. He did hear Inmate Williams say, "He got me." He asked Inmate Williams if Inmate Palmer stabbed him and he answered in the affirmative and said he did not know what he got stabbed with. He observed a cut and scratch on Inmate Williams' left rib area. After Inmate Williams was brought to the clinic he observed the injuries to the shoulder area. He remembered seeing the middle finger of Sergeant Morris bleeding. He did not know of any animosity between Inmate Williams and Inmate Palmer.

In a sworn recorded interview taken on January 19, 2012, Captain John Rizer indicated the following:

While conducting showering procedures Inmate Palmer slipped his restraints and stabbed Inmate Williams, Sergeant Morris, and Officer Douglass. He did not witness the stabbing. After Inmate Palmer was brought to the clinic area he observed that Palmer was exhibiting bizarre behavior. He asked Inmate Palmer if he had taken any drugs and Inmate Palmer denied that he had. He observed a white powdery substance under the nose of Inmate Palmer. He again asked Inmate Palmer what he had taken and Inmate Palmer stated that he had snorted Wellbutrin all throughout the day. He stated that Inmate Palmer wrote a statement that the staff members were setting up a fight between him and Inmate Williams. Inmate Palmer further wrote that when he started beating Inmate Williams that the staff members beat him and stabbed themselves. Inmate Williams told him that Inmate Palmer had stabbed him. Inmate Williams also said that he did not really know what happened because it happened so fast. Inmate Williams said that he did not know why Inmate Palmer stabbed him.

In a sworn recorded interview taken on January 19, 2012, Inmate Lesamuel Palmer indicated the following:

He understood his Miranda Rights and wished to waive them by making a statement. Before he was taken out to the shower, the wing Sergeant came around and asked him if he wanted to fight the inmate in the cell next to him. He looked at the Sergeant, shook his head, and told him that he did not want to fight the inmate. He said that he then went back and sat on his bed. He said that a bunch of

5

inmates skipped showers so that the two of them could go to the shower together. He would not normally shower with Inmate Williams because Williams slept in cell B-1218 and he sleeps in cell B-1222. He said Inmate Williams was pulled first and taken to the shower and then the staff members came to get him. As he entered the shower he saw that Inmate Williams was not in cuffs or secured in the shower. He said that the sergeant took the handcuffs off him so that he could fight Inmate Williams. After his handcuffs were off, Inmate Williams attacked him so he had to defend himself. He said that he bit Inmate Williams to defend himself. He said that during the fight the staff members broke them up and then the sergeant started beating him. Four more staff members then started beating him. He said that his injuries were not caused by Inmate Williams; they were caused by the staff members beating him. He said the staff injuries were from them scuffling with him. He denied stabbing any staff member. He admitted that he did have a weapon that he walked to the shower with hidden in his hand. He said that he did not know if he stabbed Inmate Williams. He did admit that when Inmate Williams attacked him he had the knife in his hand and started swinging it at Inmate Williams but he did not know if he made contact with Inmate Williams or not. He denied that when staff members were trying to break up the fight that he might have accidently stabbed one of them.   Inmate Palmer stated that he had problems with the sergeant (Morris) when they were on C-Wing. The sergeant had written him a disciplinary report before for battery. When he was cell moved to B-Wing he sent in requests to the Inspector's Office and Captain Knowles, and talked to his mental health counselor about being in fear of his life. He said that he and the sergeant had talked about their previous problems and they had straightened things out when asked why the sergeant would take the handcuffs off him. Inmate Palmer admitted to taking Wellbutrin twice daily when asked if was currently taking psychological medications. Inmate Palmer denied snorting Wellbutrin and stated that he could not snort them due to them being floated in water by the nurses before they were given to him. He denied getting Wellbutrin from anyone on the wing or from the orderlies.

Fixed wing video was reviewed. When the video first starts staff members are viewed placing the inmate orderlies in their cells. Staff members are then viewed conducting showers procedures. At 6:51 PM Inmate Williams is brought out of his cell and placed in the shower. At 6:53 PM Sergeant Morris is viewed going to Inmate Palmer's cell and getting him out of his cell. Inmate Palmer appears to be wearing blue shorts when he comes out. Sergeant Morris does not appear to strip search Inmate Palmer. Inmate Palmers' clothes are never viewed being checked and Sergeant Morris is not at the cell front long enough to conduct a strip search before the restraints are placed on Inmate Palmer. This violation of procedure was entered in the Management Information Notes System and assigned IG Case number 12-2-2748. Sergeant Morris and Officer Douglass walk Inmate Palmer to the shower. At 6:55 PM Officer Gray walks to the shower and appears to stand in the doorway. At 6:55 PM Officer Gray appears to call on the radio, walk to the front door, and then walk back to the shower where he again appears to be standing in the doorway. At 6:56 PM additional staff members enter through the front door of B-Wing and go to the shower area. Both inmates are eventually brought out of the shower in restraints. It should be noted that the alleged stabbing and subsequent force incident are not captured on fixed wing video. In the hand held video Inmate Palmer is in the shower with staff members around him when the video first starts. He yells that he was jumped on by staff members. Captain Rizer conducts a lead-in statement and says that Sergeant Morris was stabbed in the hand by Inmate Palmer. Inmate Palmer yells that he did not stab anyone. He then says that Sergeant Morris is not "shit." He is escorted out of the shower towards the clinic area holding cells. He says that he told his mental health counselor and wrote a request to Captain Knowles saying that he was in fear of his life on B-Wing. He is escorted into the holding cell and makes some medical complaints. He says that he is going to pass out and sits on the floor. Captain Rizer comes to the holding cell and asks him if he had been snorting something. Inmate Palmer mumbles something that cannot be understood. Captain Rizer leaves and comes back with the nurse who checks Inmate Palmer's eyes. They leave and Inmate Palmer is brought into the Emergency Room. Captain Rizer can be heard through the door asking Inmate Palmer is he took anything. Inmate Palmer's response cannot be heard. Captain Rizer comes out of the room and can be heard telling someone off camera that Inmate Palmer admitted to snorting Wellbutrin. Inmate Palmer is escorted to Q-Wing and placed in a cell.

A check of the Correctional Data Center Disciplinary Report screen revealed that Inmate Palmer received two displinary reports for Aggravated Assault on a Correctional Officer, one for Aggravated Assault on an Inmate, one for Tampering with a Security Device, and one for Possession of a Weapon.  Inmate Palmer was found guilty of all these infractions and received five 60 day consecutive sentences of disciplinary confinement.

**04/16/12**
An email with the facts of the case was forwarded to ASA Triplett to see if a prosecution was warranted.
ASA Triplett replied that he would take the case for prosecution.

**04/17/12**
Probable Cause Affidavit (PCA) prepared and forwarded to Attorney Raina Wallace for edit and approval.

**04/23/12**
PCA approved by Attorney Raina Wallace.

**4/25/12**
PCA taken to ASA Triplett.

**5/10/12**
A check of the Eighth Judicial Circuit Integrated Case Management System revealed that a Capias was issued for the arrest of Inmate Lesamuel Palmer on May 10, 2012, by Assistant State Attorney Bruce Helling for the following F.S.S. violations: 784. (045) *Aggravated Battery with a Deadly Weapon (2 counts),* 944.47(1a3) *Possession of a Weapon by an Inmate,* and 843.01 *Resisting an Officer with Violence.*

**05/18/12**

6

Ex. B 043

Report prepared and forwarded to Supervisor Joseph Aretino for edit and approval.

**05/21/12**
Report approved by Supervisor Joseph Aretino.  Copies made.

Ex. B 044

## Snow, Kevin

| | |
|---|---|
| **From:** | Aretino, Joe |
| **Sent:** | Monday, May 21, 2012 1:37 PM |
| **To:** | Snow, Kevin |
| **Subject:** | FW: IG Case: 12-20770 Cleared Closed by Arrest |
| **Attachments:** | 12-20770.docx |

approved

**From:** Snow, Kevin
**Sent:** Friday, May 18, 2012 3:08 PM
**To:** Aretino, Joe
**Subject:** IG Case: 12-20770 Cleared Closed by Arrest

1

Ex. B 045

```
01/23/2012              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
   MINO101                   MINS INCIDENT REPORT                      TIME 14:12


PREPARED BY:          EVERDEN, JUDITH M.          INCIDENT NUMBER: 0000421734
INCIDENT TYPE: 17L BATTERY OF LAW ENFORCEMENT     STATUS OF INCIDENT: REF. TO MG
REPORT DATE:   01/20/2012                         REPORT TIME:    12:15
INCIDENT DATE: 01/19/2012                         INCIDENT TIME: 18:55
REPORT LOCATION: 205 FLORIDA STATE PRISON         REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 01/19/2012           180 DAY CASE: N
IG NUMBER: ********                               UOF NUMBER:
IG ASSIGNED: SNOW, KEVIN                          DATE IG ASSIGNED: 01/23/2012
INCIDENT LOCATION: 01 HOUSING AREA                DAY CODE: 4     SHIFT CODE: 3
INJURIES: Y       STG/STI INVOLVEMENT: N          PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    CONFIDENTIAL: N                INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N                 CHEMICAL AGENTS USED: N


              NAME              TITLE          BIRTHDATE  R S    ID NUMBER
      ------------------- ----------------------- ---------- - - ---------------
SUBJECT (S)
   PALMER, LESAMUEL  .  ACTIVE INMATE        03/06/1980 2 1 L41847
VICTIMS (S)
   DOUGLASS, STEPHEN K. CORRECTIONAL OFFICER            1 1
WITNESSES (S)
   WILLIAMS, RASHARD L. ACTIVE INMATE                   2 1 K72121
   MORRIS, RONNIE L.   CORRECTIONAL OFFICER SE          1 1
```



```
     CONTRABAND RECOVERED          QUANTITY     UNIT OF MEASURE
   -------------------------------  ---------   ---------------
```

DESCRIPTION OF INCIDENT:
```
     OFFICER DOUGLASS REPORTS THAT WHILE ASSIGNED AS B-WING HE
     WAS CONDUCTING SHOWER PROCEDURES WITH SERGEANT MORRIS WHEN
     INMATE PALMER, SAMUEL #L41847, HOUSED IN CELL  B1-222S,
     MANIPULATED HIS HAND RESTRAINTS AND BEGAN STABBING INMATE
     WILLIAMS THROUGH THE CELL BARS. OFFICER DOUGLASS GRASPED
     INMATE PALMER'S RIGHT LOWER ARM WITH BOTH OF HIS HANDS AND
     INMATE PALMER WAS STABBING AT OFFICER DOUGLASS WITH A
     HOMEMADE ICE PICK TYPE WEAPON. OFFICER DOUGLASS WAS
     EVALUATED BY RN BLANDO WITH A SUPERFICIAL SCRATCH TO THE
     RIGHT ELBOW NOTED. OPTA COMP SUBMITTED AND HEALTH AND
     SAFETY NOTIFIED. INMATE PALMER RECEIVED A DR FOR 1-17
     AGGRAVATED BATTERY ON A CORRECTIONAL OFFICER. INMATE PALMER
    ·WAS RE-HOUSED IN CELL Q1-306S.
```

ACTION TAKEN:
```
     MORE TO MINS #421729  (SNOW).  DJ/RJH
```

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
- CHECKLIST -
USE OF FORCE FILE

**FACILITY:**   Florida State Prison
**IG UOF NUMBER:** _2012_ - _205_ - _0015_     **DATE OF INCIDENT:**    01  / 19 / 12
**INMATE NAME:**   PLAMER, LeSamuel     **DATE WARDEN RECEIVED:**   1/26/12
**DC NUMBER:**   #L41847     **DATE INSPECTOR RECEIVED:** 1/30/12

| LEFT SIDE OF FOLDER: | Warden | Inspector |
|---|---|---|
| 1.  Completed Use of Force File Checklist (*DC1-813*) | X | ✓ |
| 2.  Copy of Use of Force MINS report | X | ✓ |
| 3.  Copy of related MINS reports, with IG Case Numbers, if applicable | X | ✓ |

| RIGHT SIDE OF FOLDER: | Warden | Inspector |
|---|---|---|
| 1.  Two (2) copies of the completed Report of Force Used (*DC6-230*), with each continuation page and Staff Supplement (*DC6-231*), as applicable. | X | ✓ |
| 2.  Original (*typed*) Report of Force Used (*DC6-230*) with signatures | X | ✓ |
| 3.  Original (*typed*) Report of Force Used Staff Supplement (*DC6-231*) | X | ✓ |
| 4.  Original signed work copy (*handwritten*) of the Report of Force Used | X | ✓ |
| 5.  Original signed work copy (*handwritten*) of each Staff Supplement | X | ✓ |
| 6.  Original signed Authorization for Use of Force (*DC6-232*): Warden, Acting Warden, Duty Warden or Physician, as applicable | N/A | N/A |
| 7.  Medical clearance for use of Chemical Agents/ Electronic Immobilization Devices; insert Risk Assessment Form (*DC4-650B*)  (if available) | N/A | N/A |
| 8.  Employee: Emergency Room Record (*DC4-701C*) with attached Diagram of Injury (*DC4-708*) or a Refusal of Health Care Services  (*DC4-782A*) | X | ✓ |
| 9.  Inmate: Emergency Room Record (*DC4-701C*) with attached Diagram of Injury (*DC4-708*) or a  Refusal of Health Care Services (*DC4-711A*) | X | ✓ |
| 10. One (1) copy of each Incident Report (*DC6-210*) of employee witnesses | X | ✓ |
| 11. Original written statement (*DC6-112C*) of inmate subject/ witnesses | X | ✓ |
| 12. One (1) copy of Qualification Card (*Firearms, EID, Chemical Agents*) | N/A | N/A |
| 13. Chemical Agent Use:  One (1) copy of the completed Chemical Agent Accountability Log (*DC6-216*) indicating each canister used, with the beginning and ending weight(s) legibly recorded. | N/A | N/A |
| 14. Chemical Agent Use:  Insert written explanation (*memorandum*) of shift supervisor or the confinement lieutenant/close management lieutenant if not present during application of chemical agent.  If application was spontaneous, check "N/A" | N/A | N/A |
| 15. Number of required handheld and/or fixed VHS/ Digital recordings, labeled as required, with the original Chain of Custody Form attached to each or insert written explanation (*memorandum*) if recording is not available | X | ✓ |

16.  **Other relevant documentation/ information:**  12-205-0191 A portion of  the above mentioned timeframe has been downloaded to CD. A portion recorded on DVD #A-2274  and has been reviewed and forwarded to the Inspector General's Office with  the Use of Force packet.

| IGLOGS ADDITION/ DELETION SECTION: | | | P= Participant S=Subject W=Witness |
|---|---|---|---|
| Name | Social Security/DC # | Add/ Delete | P/S/W |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

_____     _1/26/12_
Signature of Warden     Date

_____     _02/06/12_
Signature of Institutional Inspector     Date
DC1-813 (Revised 9/06)          Incorporated By Reference In Rule 33-602.210, F.A.C.

Ex. B 047

MIN0101                           MINS INCIDENT REPORT                           TIME 13:09

PREPARED BY: [redacted] EVERDEN, JUDITH M.
INCIDENT TYPE: 171 BATTERY OF LAW ENFORCEMENT          INCIDENT NUMBER: 000421729
REPORT DATE:    01/20/2012                             STATUS OF INCIDENT: C CASE
INCIDENT DATE:  01/19/2012                             REPORT TIME:  11:57
REPORT LOCATION: 205 FLORIDA STATE PRISON              INCIDENT TIME: 18:55
DATE REPORTED TO MANAGEMENT: 01/19/2012                REPORT REGION: 2
G NUMBER: 120770                                       180 DAY CASE: N
G ASSIGNED: SNOW, KEVIN                                UOF NUMBERS:122050015
NCIDENT LOCATION: 01 HOUSING AREA                      DATE ASSIGNED: 01/23/2012
NJURIES: Y        STG/STI INVOLVEMENT: N               DAY CODE: 4   SHIFT CODE: 3
SE OF FORCE: N    CONFIDENTIAL: N                      PHYSICAL EVIDENCE RECOVERED: N
LECTRONIC RESTRAINING DEVICES: N                       INCIDENT VIDEO TAPED: N
                                                       CHEMICAL AGENTS USED: N

| NAME | TITLE | BIRTHDATE | R | S | ID NUMBER |
|---|---|---|---|---|---|
| UBJECT (S) | | | | | |
| PALMER, LESAMUEL | ACTIVE INMATE | 03/06/1980 | 2 | 1 | L41847 |
| ICTIMS (S) | | | | | |
| MORRIS, RONNIE L. | CORRECTIONAL OFFICER SE | | 1 | 1 | |
| ITNESSES (S) | | | | | |
| WILLIAMS, RASHARD L. | ACTIVE INMATE | | 2 | 1 | K72121 |
| DOUGLASS, STEPHEN K. | CORRECTIONAL OFFICER | | 1 | 1 | |

| CONTRABAND RECOVERED | QUANTITY | UNIT OF MEASURE |
|---|---|---|
| | | |

ESCRIPTION OF INCIDENT:
SERGEANT MORRIS REPORTS THAT WHILE ASSIGNED AS B-WING HE WAS
CONDUCTING SHOWER PROCEDURES WHEN INMATE PALMER, SAMUEL
#L41947, HOUSED IN CELL B1-229, MANIPULATED HIS HAND
RESTRAINTS AND BEGAN STABBING INMATE WILLIAMS THROUGH THE
CELL BARS. SERGEANT MORRIS GRASPED INMATE PALMER AND PULLED
HIM BACK AND INMATE PALMER RESISTED AND STABBED SERGEANT
MORRIS IN THE LEFT HAND WITH A HOMEMADE ICE PICK TYPE
WEAPON. SERGEANT MORRIS WAS EVALUATED BY SLPN FINELY WITH A
CUT TO THE MIDDLE FINGER NOTED. OPTA COMP SUBMITTED AND
HEALTH AND SAFETY NOTIFIED. INMATE PALMER RECEIVED A DR FOR
1-17 AGGRAVATED BATTERY ON A CORRECTIONAL OFFICER. INMATE
PALMER WAS RE-HOUSED IN CELL Q1-306S.

Ex. B 048

MINS INCIDENT REPORT                                    TIME 13:08

PREPARED BY: [REDACTED] EVERDEN, JUDITH M.
INCIDENT TYPE: 10H EXCESSIVE FORCE                      INCIDENT NUMBER: 000421726
REPORT DATE: 01/20/2012                                 STATUS OF INCIDENT: REF. TO MG
INCIDENT DATE: 01/19/2012                               REPORT TIME: 11:32
REPORT LOCATION: 205 FLORIDA STATE PRISON               INCIDENT TIME: 18:55
DATE REPORTED TO MANAGEMENT: 01/19/2012                 REPORT REGION: 2
NOTICE OF DISCIPLINE DUE: 07/17/2012                    180 DAY CASE: Y
IG NUMBER: 1120763
IG ASSIGNED:                                            UOF NUMBER: 122050015
INCIDENT LOCATION: 01 HOUSING AREA                      DATE IG ASSIGNED: 01/23/2012
INJURIES: N          STG/STI INVOLVEMENT: N             DAY CODE: 4  SHIFT CODE: 3
USE OF FORCE: N      CONFIDENTIAL: N                     PHYSICAL EVIDENCE RECOVERED: N
ELECTRONIC RESTRAINING DEVICES: N                       INCIDENT VIDEO TAPED: N
                                                        CHEMICAL AGENTS USED: N

| NAME | TITLE | BIRTHDATE | R | S | ID NUMBER |
|------|-------|-----------|---|---|-----------|
| COMPLAINANT (S) | | | | | |
| RIZER, JONATHAN D. | CORRECTIONAL OFFICER CA | | 1 | 1 | |
| SUBJECT (S) | | | | | |
| WARNER, WILLIAM M. | CORRECTIONAL OFFICER SE | | 1 | 1 | |
| YOUNG, ERIC S. | CORRECTIONAL OFFICER SE | | 1 | 1 | |
| DUNCAN, EDWARD B. | CORRECTIONAL OFFICER SE | | 2 | 1 | |
| MORRIS, RONNIE L. | CORRECTIONAL OFFICER | | 1 | 1 | |
| DOUGLASS, STEPHEN K. | CORRECTIONAL OFFICER | | 1 | 1 | |
| VICTIMS (S) | | | | | |
| PALMER, LESAMUEL . ACTIVE INMATE | | 03/06/1980 | 2 | 1 | L41847 |

| CONTRABAND RECOVERED | QUANTITY | UNIT OF MEASURE |
|----------------------|----------|-----------------|
| | | |

DESCRIPTION OF INCIDENT:
CAPTAIN RIZER REPORTS THAT INMATE PALMER, SAMUEL #L41847,
HOUSED IN CELL B1-222S, CLAIMED B-WING STAFF WERE LETTING
HIM AND INMATE WILLIAMS FIGHT AND WHEN HE GOT THE BEST OF
INMATE WILLIAMS THEY ALL JUMPED ON HIM.

ACTION TAKEN:
REFERRED TO USE OF FORCE UNIT.            DJ/RJH

PLUS INCIDENT REPORT                                                                    TIME 13:11

PREPARED BY: [REDACTED] EVERDEN, JUDITH M.          INCIDENT NUMBER: 000421734
INCIDENT TYPE: 1/L BATTERY OF LAW ENFORCEMENT      STATUS OF INCIDENT: REF. TO MG
REPORT DATE: 01/20/2012                            REPORT TIME: 12:15
INCIDENT DATE: 01/19/2012                          INCIDENT TIME: 18:55
REPORT LOCATION: 205 FLORIDA STATE PRISON          REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 01/19/2012            180 DAY CASE: N
IG NUMBER: *********                               UOF NUMBER:
IG ASSIGNED: SNOW, KEVIN                            DATE IG ASSIGNED: 01/23/2012
INCIDENT LOCATION: 01 HOUSING AREA                 DAY CODE: 4          SHIFT CODE: 3
INJURIES: Y          STG/STI INVOLVEMENT: N        PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N      CONFIDENTIAL: N               INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N                  CHEMICAL AGENTS USED: N

| NAME | TITLE | BIRTHDATE | R | S | ID NUMBER |
|------|-------|-----------|---|---|-----------|
| SUBJECT (S) | | | | | |
| PALMER, LESAMUEL . | ACTIVE INMATE | 03/06/1980 | 2 | 1 | L41847 |
| VICTIMS (S) | | | | | |
| DOUGLASS, STEPHEN K. | CORRECTIONAL OFFICER | | 1 | 1 | |
| WITNESSES (S) | | | | | |
| WILLIAMS, RASHARD L. | ACTIVE INMATE | | 2 | 1 | K72121 |
| MORRIS, RONNIE L. | CORRECTIONAL OFFICER SE | | 1 | 1 | |

| CONTRABAND RECOVERED | QUANTITY | UNIT OF MEASURE |
|---------------------|----------|-----------------|
| | | |

DESCRIPTION OF INCIDENT:
OFFICER DOUGLASS REPORTS THAT WHILE ASSIGNED AS B-WING HE
WAS CONDUCTING SHOWER PROCEDURES WITH SERGEANT MORRIS WHEN
INMATE PALMER, SAMUEL #L41847, HOUSED IN CELL B1-222S,
MANIPULATED HIS HAND RESTRAINTS AND BEGAN STABBING INMATE
WILLIAMS THROUGH THE CELL BARS. OFFICER DOUGLASS GRASPED
INMATE PALMER'S RIGHT LOWER ARM WITH BOTH OF HIS HANDS AND
INMATE PALMER WAS STABBING AT OFFICER DOUGLASS WITH A
HOMEMADE ICE PICK TYPE WEAPON. OFFICER DOUGLASS WAS
STABBED THREE TIMES WITH A SUPERFICIAL SCRATCH TO THE
RIGHT ELBOW NOTED.INMATE PALMER RECEIVED A DR FOR 1.417
SAFETY NOTIFIED.INMATE PALMER RECEIVED A DR FOR 1.417
AGGRAVATED BATTERY ON A CORRECTIONAL OFFICER. INMATE PALMER
WAS RE-HOUSED IN CELL Q1-306S.

ACTION TAKEN:
MORE TO MINS #421729    (SNOW).    DJ/RJH

```
MINO101                        MINS INCIDENT REPORT                          TIME 13:11

PREPARED BY: [REDACTED] EVERDEN, JUDITH M.       INCIDENT NUMBER: 000421741
INCIDENT TYPE: I/D AGGRAVATED ASSAULT            STATUS OF INCIDENT: C CASE
REPORT DATE: 01/20/2012                          REPORT TIME: 12:46
INCIDENT DATE: 01/19/2012                        INCIDENT TIME: 18:55
REPORT LOCATION: 205 FLORIDA STATE PRISON        REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 01/19/2012          180 DAY CASE: N
IG NUMBER: 12017                                 UOF NUMBER: 122050015
IG ASSIGNED: SNOW, KEVIN                         DATE ASSIGNED: 01/23/2012
INCIDENT LOCATION: 01 HOUSING AREA               DAY CODE: 4  SHIFT CODE: 3
INJURIES: Y            STG/STI INVOLVEMENT: N    PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N        CONFIDENTIAL: N           INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N                CHEMICAL AGENTS USED: N

         NAME                    TITLE              BIRTHDATE   R  S    ID NUMBER
--------------------------  -------------------    ----------  -- --  ---------
COMPLAINANT (S)
MORRIS, RONNIE L.           CORRECTIONAL OFFICER SE             1  1
SUBJECT (S)
PALMER, LESAMUEL            ACTIVE INMATE          03/06/1980   2  1  L41847
VICTIMS (S)
WILLIAMS, RASHARD L.        ACTIVE INMATE                       2  1  K72121
WITNESSES (S)
DOUGLASS, STEPHEN K.        CORRECTIONAL OFFICER                1  1

CONTRABAND RECOVERED                     QUANTITY         UNIT OF MEASURE
-------------------                      --------         ---------------

DESCRIPTION OF INCIDENT:
SERGEANT MORRIS REPORTS THAT WHILE ASSIGNED AS B-WING HE WAS
CONDUCTING SHOWER PROCEDURES WHEN INMATE PALMER, SAMUEL
#L41847 HOUSED IN CELL B1-225, MANIPULATED HIS HAND
RESTRAINTS AND BEGAN STABBING INMATE WILLIAMS, RASHARD
#K72121. HOUSED IN CELL B1-218S THROUGH THE CELL
BARS OF THE SHOWER WITH A HOMEMADE ICE PICK TYPE WEAPON.
INMATE WILLIAMS WAS EVALUATED IN THE CLINIC BY SLPN SIRMANS
WITH THE FOLLOWING INJURIES NOTED: MULTIPLE SUPERFICIAL
ABRASIONS OVER SEVEN AREAS NOTED IN THE UPPER PORTIONS OF
HIS BODY. INMATE PALMER RECEIVED A DISCIPLINARY REPORT FOR
1-10 AGGRAVATED BATTERY ON AN INMATE. REPORT OF INJURY
COMPLETED AND HEALTH AND SAFETY NOTIFIED. INMATE PALMER WAS
RE-HOUSED IN CELL Q1-306S.
```

Ex. B 051

```
........                    PLINS INCIDENT REPORT                              TIME 13:12

PREPARED BY:                          EVERDEN, JUDITH M.        INCIDENT NUMBER: 000421742
INCIDENT TYPE: 23D RECOVERY/POSSESSION                         STATUS OF INCIDENT: REF. TO MG
REPORT DATE: 01/20/2012                                        INCIDENT TIME: 12:56
INCIDENT DATE: 01/19/2012                                      REPORT TIME: 18:55
INCIDENT LOCATION: 405 FLORIDA STATE PRISON                    MEMORY REGION: 2
DATE REPORTED TO MANAGEMENT: 01/19/2012                        180 DAY PASS: N
IG NUMBER: ********                                            UOF NUMBER: 120050115
IG ASSIGNED:                                                   DATE IG ASSIGNED: 01/23/2012
INCIDENT LOCATION: 01 HOUSING AREA                             DAY CODE: 4         SHIFT CODE: 3
INJURIES: N           STG/STI INVOLVEMENT: N                   PHYSICAL EVIDENCE RECOVERED: Y
USE OF FORCE: N       CONFIDENTIAL: N                          INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N                              CHEMICAL AGENTS USED: N

-------------------------------------------------------------------------------------------
           NAME                    TITLE              BIRTHDATE    R  S     ID NUMBER
-------------------------------------------------------------------------------------------
COMPLAINANT (S)
  MORRIS, RONNIE L.          CORRECTIONAL OFFICER SE              1  1
SUBJECT (S)
  PALMER, LESAMUEL           ACTIVE INMATE            03/06/1980  2  1  141847
WITNESSES (S)
  DOUGLASS, STEPHEN K.       CORRECTIONAL OFFICER                 1  1

-------------------------------------------------------------------------------------------
           CONTRABAND RECOVERED                  QUANTITY       UNIT OF MEASURE
-------------------------------------------------------------------------------------------


DESCRIPTION OF INCIDENT:
  SERGEANT MORRIS REPORTS THAT WHILE ASSIGNED AS B-WING
  SUPERVISOR, HE WAS CONDUCTING SHOWER PROCEDURES WHEN INMATE
  PALMER, SAMUEL #141847 HOUSED IN CELL B1-222S, WAS PLACED
  IN THE SHOWER AND MANIPULATED HIS RESTRAINTS AND BEGAN
  STABBING AN INMATE WHO WAS IN THE SHOWER BESIDE HIM.
  OFFICER DOUGLASS AND SERGEANT MORRIS RECOVERED A HOMEMADE
  ICE PICK-TYPE WEAPON APPROXIMATELY FOUR INCHES IN LENGTH,
  FASHIONED OUT OF FENCE WIRE, SHARPENED TO A POINT ON ONE END
  AND A CLOTH ON THE OTHER END FOR A HANDLE. INMATE PALMER
  RECEIVED A DISCIPLINARY REPORT FOR 3-1 POSSESSION OF A
  WEAPON. THE HOMEMADE WEAPON WAS PLACED IN THE DR
  INVESTIGATORS BOX.


ACTION TAKEN:
  MORE TO IG #12-2-0773, SNOW.    DJ/RJH
```



Bureau of State Investigation

Use Of Force

Case Number: 2012-205-0015

---

**Incident Number:** 2012-205-0015　　　　　　　　**Facility:** FSP - MAIN UNIT
**Class Code:** In Self Defense
**Housing:　Location:** Confinement　**Dorm:** B　**Cell:** 1222S

---

**Reported Date:** 1/20/12　　　　　　　　　**Incident Date:** 1/19/12 6:55:00 PM
**Referred for Investigation:**　　　　　　　**Investigation Received:**
**Region Code:** 2　　　　　　　　　　　　　**Case Type:**
**Force Type:　Physical:** Yes　**Chemical:** N/A　**Medical Restraint:** N/A
**IG Number:**

---

**Received at Force Unit Date:　by:**　　　　　　**Approval Date:　by:**
**Disapproval Date:**　　　　　　　　　　　**Disapproval Reason:**

---

**EID:** No　　　　　　　　　　　　　　　　**Discrepancy Memo:** No
**Video:** Yes　**None:** N/A　**Hand:** Yes　**Wing:** Yes　　**Injuries:** Yes
**Spontaneous:** Yes　　　　　　　　　　　**Upgraded from RM:** N/A
**CIT Involved?:** N/A

**Chemical Agents:　None:** None　Yes　**CS:** No　**OC:** No　**Unknown:** No

**Description of Injuries:**
STAFF: Morris--cut to left middle finger; Douglass--superficial scratch to right elbow. No other injuries to staff
noted. INMATES: Palmer--small abrasion to left eyebrow; abrasions to both knees; scratch to right elbow; small
laceration to right heel; redness to left shoulder; redness to bridge of nose, with white powder around nose and
mouth. Williams--multiple superficial abrasions (7+) over upper portion of body. rjh

**Narrative:**
SERGEANT MORRIS REPORTS THAT WHILE CONDUCTING SHOWER PROCEDURES ON B-WING WITH
OFFICER DOUGLASS THEY PLACED INMATE PALMER, SAMUEL #L41847, HOUSED IN CELL B1-222S IN
THE SHOWER STALL NEXT TO INMATE WILLIAMS, RASHARD #K72121. INMATE PALMER MANIPULATED
THE HAND RESTRAINTS, FREEING HIS RIGHT HAND AND THEN STABBED INMATE WILLIAMS THROUGH
THE SHOWER BARS WITH WHAT APPEARED TO BE AN ICE PICK-TYPE WEAPON. SERGEANT MORRIS
PLACED HIS LEFT HAND ON INMATE PALMER'S LEFT SHOULDER STOPPING THE ATTACK AND WITH
THE ASSISTANCE OF SERGEANT DUNCAN, OFFICER DOUGLASS, SERGEANT WARNER AND OFFICER
YOUNG FORCE WAS UTILIZED ON INMATE PALMER TO PREVENT FURTHER ASSAULT ON INMATE
WILLIAMS AND STAFF. INMATE PALMER RECEIVED A POST-USE OF FORCE PHYSICAL BY SLPN
SIRMANS WITH INJURIES NOTED. SERGEANT WARNER RECEIVED A POST-USE OF FORCE PHYSICAL
BY RN BLANDO WITH NO INJURIES NOTED. OFFICER DOUGLASS RECEIVED A POST-USE OF FORCE
PHYSICAL WITH INJURIES NOTED. OFFICER YOUNG RECEIVED A POST-USE OF FORCE PHYSICAL BY
RN BLANDO WITH NO INJURIES NOTED. SERGEANT DUNCAN RECEIVED A POST-USE OF FORCE
PHYSICAL BY SLPN FINLEY WITH NO INJURIES NOTED. SERGEANT MORRIS RECEIVED A POST-USE OF
FORCE PHYSICAL WITH INJURIES NOTED. EAC OFFICER WYNN WAS NOTIFIED AND GAVE UOF #871.
DUTY WARDEN NOTIFIED. INMATE PALMER RECEIVED DR'S FOR 1-7 AGGRAVATED BATTERY ON AN
OFFICER, 1-10 AGGRAVATED BATTERY ON AN INMATE, 3-1, POSSESSION OF A WEAPON AND 9-33
DEFEATING A SECURITY DEVICE. (MINS #421710 rjh)

---

**Subject(s)**　　　　　　　　　　　　　　　**Participant(s)**
PALMER, LESAMUEL (Active) - L41847　　　　WARNER, WILLIAM (CORRECTION) -
　　　　　　　　　　　　　　　　　　　YOUNG, ERIC (CORRECTION) -
　　　　　　　　　　　　　　　　　　　DUNCAN, EDWARD (CORRECTION) -
　　　　　　　　　　　　　　　　　　　MORRIS, RONNIE (CORRECTION) -
　　　　　　　　　　　　　　　　　　　DOUGLASS, STEPHEN (CORRECTION) -

**Witness(es)**　　　　　　　　　　　　　　　**Complainant(s)**
GRAY, CHRISTIAN (CORRECTION) -
WILLIAMS, RASHARD (Active) - K72121

```
01/23/2012              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
  MINO101                    MINS INCIDENT REPORT                   TIME 11:00


PREPARED BY:          EVERDEN, JUDITH M.         INCIDENT NUMBER: 0000421710
INCIDENT TYPE: 27A IN SELF DEFENSE               STATUS OF INCIDENT: USE OF FOR
REPORT DATE:   01/20/2012                        REPORT TIME:   10:29
INCIDENT DATE: 01/19/2012                        INCIDENT TIME: 18:55
REPORT LOCATION: 205 FLORIDA STATE PRISON        REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 01/19/2012          180 DAY CASE: N
IG NUMBER:                                       UOF NUMBER: 122050015
IG ASSIGNED:                                     DATE IG ASSIGNED: 01/23/2012
INCIDENT LOCATION: 63 CONFINEMENT                DAY CODE: 4      SHIFT CODE: 3
INJURIES: Y        STG/STI INVOLVEMENT: N        PHYSICAL EVIDENCE RECOVERED: Y
USE OF FORCE: Y    CONFIDENTIAL: N               INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N                CHEMICAL AGENTS USED: N
DORM/WING/FLOOR/CELL/BED: B-1-2-22-S             SPONTANEOUS UOF: Y
FORCE TYPE: PHY: Y   CHM: N   MED RSTR: N        VIDEO: HANDHELD: Y   WING: Y


              NAME                TITLE          BIRTHDATE  R S   ID NUMBER
    -------------------- ----------------------- ---------- - - ----------------
PARTICIPANT (S)
   WARNER, WILLIAM M.   CORRECTIONAL OFFICER SE             1 1
   YOUNG, ERIC S.       CORRECTIONAL OFFICER                1 1
   DUNCAN, EDWARD B.    CORRECTIONAL OFFICER SE             2 1
   MORRIS, RONNIE L.    CORRECTIONAL OFFICER SE             1 1
   DOUGLASS, STEPHEN K. CORRECTIONAL OFFICER                1 1
SUBJECT (S)
   PALMER, LESAMUEL  .  ACTIVE INMATE           03/06/1980 2 1 L41847
WITNESSES (S)
   WILLIAMS, RASHARD L. ACTIVE INMATE                      2 1 K72121
   GRAY, CHRISTIAN B.   CORRECTIONAL OFFICER               1 1
```




```
    CONTRABAND RECOVERED            QUANTITY     UNIT OF MEASURE
 -------------------------------   ---------     ---------------


DESCRIPTION OF PHYSICAL EVIDENCE:
      HOMEMADE ICE-PICK TYPE WEAPON FASHIONED OUT OF FENCE WIRE
      APPROXIMATELY FOUR INCHES LONG, SHARPENED TO A POINT ON ONE
      END AND WRAPPED WITH A CLOTHE FOR A HANDLE AT THE OTHER END.


MEDICAL DEPT. DESCRIPTION OF INJURIES:
      INMATE PALMER RECEIVED A POST USE OF FORCE PHYSICAL BY SRN
      BOUGHNER WITH THE FOLLOWING INJURIES NOTED: SMALL ABRASION
      TO THE LEFT EYBROW, LEFT AND RIGHT KNEE ABRASION, RIGHT
      ELBOW SCRATCH, TOP OF RIGHT HEAL SMALL LACERATION, LEFT
      SHOULDER REDNESS, REDNESS AT NASAL BRIDGE AND WHITE POWDER
      AROUND NOSE AND MOUTH.  OFFICER DOUGLASS RECEIVED A POST USE
      OF FORCE PHYSICAL BY RN BLANDO WITH THE FOLLOWING INJURIES
      NOTED: SUPERFICIAL SCRATCH TO RIGHT ELBOW. SERGEANT MORRIS
      RECEIVED A POST USE OF FORCE PHYSICAL BY SLPN FINLEY WITH
```

```
01/23/2012              FLORIDA DEPARTMENT OF CORRECTIONS            PAGE:  2
   MINO101                  MINS INCIDENT REPORT                   TIME 11:00
```
THE FOLLOWING INJURIES NOTED: ONE CUT TO THE LEFT MIDDLE
FINGER.  INMATE WILLIAMS RECEIVED A POST ASSAULT PHYSICAL BY
SLPN SIRMANS WITH THE FOLLOWING INJURIES NOTED: MULTIPLE
SUPERFICIAL ABRASIONS OVER SEVEN NOTED ABOVE AREA TO HIS
UPPER PORTIONS OF HIS BODY.


DESCRIPTION OF INCIDENT:
    SERGEANT MORRIS REPORTS THAT WHILE CONDUCTING SHOWER
PROCEDURES ON B-WING WITH OFFICER DOUGLASS THEY PLACED
INMATE PALMER, SAMUEL #L41847, HOUSED IN CELL B1-222S IN THE
SHOWER STALL NEXT TO INMATE WILLIAMS, RASHARD
#K72121. INMATE PALMER MANIPULATED THE HAND RESTRAINTS,
FREEING HIS RIGHT HAND AND THEN STABBED INMATE WILLIAMS
THROUGH THE SHOWER BARS WITH WHAT APPEARED TO BE AN ICE
PICK-TYPE WEAPON. SERGEANT MORRIS PLACED HIS LEFT HAND ON
INMATE PALMER'S LEFT SHOULDER STOPPING THE ATTACK AND WITH
THE ASSISTANCE OF SERGEANT DUNCAN, OFFICER DOUGLASS,
SERGEANT WARNER AND OFFICER YOUNG FORCE WAS UTILIZED ON
INMATE PALMER TO PREVENT FURTHER ASSAULT ON INMATE WILLIAMS
AND STAFF.  INMATE PALMER RECEIVED A POST-USE OF FORCE
PHYSICAL BY SLPN SIRMANS WITH INJURIES NOTED. SERGEANT
WARNER RECEIVED A POST-USE OF FORCE PHYSICAL BY RN BLANDO
WITH NO INJURIES NOTED.  OFFICER DOUGLASS RECEIVED A
POST-USE OF FORCE PHYSICAL WITH INJURIES NOTED. OFFICER
YOUNG RECEIVED A POST-USE OF FORCE PHYSICAL BY RN BLANDO
WITH NO INJURIES NOTED. SERGEANT DUNCAN RECEIVED A POST-USE
OF FORCE PHYSICAL BY SLPN FINLEY WITH NO INJURIES NOTED.
SERGEANT MORRIS RECEIVED A POST-USE OF FORCE PHYSICAL WITH
INJURIES NOTED. EAC OFFICER WYNN WAS NOTIFIED AND GAVE UOF
#871. DUTY WARDEN NOTIFIED. INMATE PALMER RECEIVED DR'S
FOR 1-7 AGGRAVATED BATTERY ON AN OFFICER, 1-10 AGGRAVATED
BATTERY ON AN INMATE, 3-1, POSSESSION OF A WEAPON AND 9-33
DEFEATING A SECURITY DEVICE.

Ex. B 055

APPENDIX - D
## DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## CHAIN OF CUSTODY

Case: _2012-205-0015_  Inspector: _T. Boone_

Offense: _UOF_  Subject: _Palmer (Sammie) C41845_

Evidence Description: _DVR_

_____

Recovered by: _____ Date: _01-019-12_ Time: _____ a.m./p.m.

Place Evidence Found: _____

Recovered: _____ Date: _____
To: _____ Time: _____ a.m./p.m.

From: _T. Boone_ Date: _2-6-12_
To: _UOF_ Time: _10:00 a_ a.m./p.m.

From: _USmad_ Date: _____
To: _UOF_ Time: _____ a.m./p.m.

RECEIVED
Use of Force Unit

FEB 14 2012

Sam Pacchioli
Inspector

From: _____ Date: _____
To: _____ Time: _____ a.m./p.m.

From: _____ Date: _____
To: _____ Time: _____ a.m./p.m.

From: _____ Date: _____
To: _____ Time: _____ a.m./p.m.

DCI-801 (7/03)

APPENDIX - D
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**CHAIN OF CUSTODY**

2012-205-0015
Case: ~~12-205-0191~~                              Inspector: _J. Forze_

Offense: Use of Face                               Subject: Palmer, LeSamuel #L41847

Evidence Description: Digital Video Recording

Recovered by: % D. Nettles          Date: 01-19-2012     Time: 6:57     a.m./(p.m.)

Place Evidence Found: B-Wing 2nd Floor Shower Area.

Recovered: % D. Nettles             Date: 01-19-2012

To: Video Drop Box                   Time: 11:00                a.m./(p.m.)

From: AC Jun                         Date: 1/20/12

To:                                  Time: 9:05               (a.m.)/p.m.

From: AC Turner                      Date: 1/24/12

To: D. Jackson                       Time: 3:30               a.m./(p.m.)

From: D. Jachsn                      Date: 1/26/12

To: SI Singen                        Time: 3:00               a.m./(p.m.)

From: SI Singer                      Date: 1/26/12

To: AC Turner                        Time: 400               a.m./(p.m.)

From: AC Ju                          Date: 1/30/12
                                     RECEIVED
To: ITb 9/                           Time: Use of Force Unit   (a.m.)/p.m.
        USman                                FEB ... 2012
        UOF.                                 Sun Pen Hall
                                             inspector

DC1 801 (7/02)

APPENDIX - D
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**
**CHAIN OF CUSTODY**

Case: _2012 - 205 - 0015_          Inspector: _____

Offense: _____          Subject: _Palmer Le Samuel # L41849_

Evidence Description: _12.205 - 0191   1/19/12   CP_

Recovered by: _AC Turner_     Date: _1/23/12_   Time: _2:00_   a.m./p.m.

Place Evidence Found: _Fixed Wing Camera_

Recovered: _A C Turner_     Date: _1/24/12_

To: _D. Jackson_     Time: _3:30_     a.m./p.m.

From: _D. Jackson_     Date: _1/26/12_

To: _SF Singen_     Time: _3:00_     a.m./p.m.

From: _SF Singen_     Date: _1/26/12_

To: _AC Turner_     Time: _400_     a.m./p.m.

From: _AC Turner_     Date: _1/30/12_

To: _____     Time: _1000_     a.m./p.m.

From: _T. foor_     Date: _2/6/12_

To: _____     Time: _10_     a.m./p.m.

From: _____ USM a_     Date: _____

To: _____ UOF_     Time: _____

RECEIVED
Use of Force Unit
FEB 14 2012

a.m./p.m.

DC1-801 (7/03)

Ex. B 058

'se of Force #:    12-205-0191F

### STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

### (INSTITUTIONS)
### REPORT OF FORCE USED

Institution/Office:  FLORIDA STATE PRISON                Date:  January 19, 2012

Inmate Name:   PALMER, LeSamuel                Number:   L41847

**I.    REPORT OF PERSON(S) USING FORCE**

Statement of Facts (State fully the exact circumstances leading to use of force):

At approximately 6:55 PM, on Thursday, January 19, 2012, while assigned as B-Wing Housing Sergeant, Officer Stephen Douglass and I were conducting shower procedures on the second floor of B-Wing.  Inmate WILLIAMS, Rashard, DC# K72121, housed in cell B1218S,  was placed in hand restraints, removed from his cell, and escorted to the shower area by Officer Stephen Douglass and myself.  Upon arriving at the shower inmate WILLIAMS was secured in the first shower stall. Officer Stephen Douglass and myself then proceed to cell front of cell B1222S, which houses inmate PALMER, LeSamuel, DC# L41847.  Inmate PALMER was placed in hand restraints and Officer Stephen Douglass and myself escorted him to the shower area. Upon entering the shower area, inmate PALMER manipulated the hand restraints, freeing his right hand.  Inmate PALMER then stabbed inmate WILLIAMS through the shower bars, with what appeared to be an ice-pick style weapon grazing

**Type and amount of force used:** At this time I placed my left hand on inmate PALMER's right shoulder and my right hand on inmate PALMER's left shoulder stopping the attack and forced inmate PALMER toward the rear of the shower area.  I maintained my grasp on inmate PALMER in an attempt to place him on the shower floor.

Date:  January 19, 2012                Signature: Ronnie Morris    Sergeant
                                       Officer Using Force          Title

**II.    WARDEN'S SUMMARY**

This report has been reviewed with all appropriate documentation being in place. A portion of the above mentioned timeframe has been downloaded to CD from the fixed wing camera system, and a portion recorded on DVD #A-2274; and has been reviewed and forwarded with the Use of Force to the Inspector General's Office. Sergeant Ronnie Morris received a Post Use of Force/Assault Physical with a cut to the middle finger noted. Officer Stephen Douglass received a Post Use of Force/Assault Physical with a superficial scratch to right elbow area noted. Sergeants Edward Duncan and William Warner received a Post Use of Force Physical with no injuries noted. Inmate PALMER received a Post Use of Force Physical by SRN Carol Boughner with the following injuries noted: small abrasions to eyebrow, left and right knee, and right heel, redness to left shoulder area and bridge of nose, and white powder around the nostril and mouth area noted (cont on pg 2).

Date:  _____1/26/12_____        Signature: _____

                                                   Warden

**III.    INSTITUTIONAL INSPECTOR'S REVIEW**

*The packet appears to be in compliance with current policies. MINS # 421742 was entered to (23D Recovery) and assigned to IG Case # 12-2-0773. MINS # 421729 are entered in (17L BLED) and also assigned IG Case # 12-2-0773, Forward to the IG if I am that for further review.*

Date:  ___2/6/12___            Signature: _____

                                           Inspector

RECEIVED
Use of Force Unit

FEB

Sam Pacchioli
Inspector

**IV.    INSPECTOR GENERAL'S REVIEW**

☑ Approved                ☐ Disapproved

(Reason for Disapproval) -

Date:  ___2-14-12___            Signature: _____
                                           Inspector General's Office

If additional space is needed for any section, attach supplemental sheets.
**Distribution:** Listed on back.

DC6-230 (Revised 8/03)          Incorporated by Reference in Rule, 33-602.210, F.A.C.

Ex. B 059

**12-205-0191**
**PALMER, LeSamuel #L41847**

**WARDEN'S SUMMARY (cont):**

Inmate PALMER received a Disciplinary Report for (9-33) Tampering with a Security Device, (1-10) Aggravated Battery on an Inmate, (3-1) Possession of a Weapon, and (2) two for (1-7) Aggravated Battery on an Officer. Inmate PALMER was re-housed in cell Q1306S without further incident. It should be noted Inmate PALMER made allegations of staff misconduct in his written statement (see MINS Report #421726). **NOTE:** Due to this incident taking place inside the shower area it was not captured by the fixed wing camera system. **NOTE:** Inmate WILLIAMS received a Post Assault Physical by SLPN Cathy Sirmans with multiple superficial abrasions over upper body area noted.

Ex. B 060

Inmate PALMER, Lesamuel                                                    12-205-0191F
DC# L41847

Inmate WILLIAMS on the left side of his torso. Inmate PALMER then continued to stab towards
inmate WILLIAMS striking him in the face and upper torso area. At this time I placed my left
hand on inmate PALMER's right shoulder and my right hand on inmate PALMER's left shoulder
stopping the attack and forced inmate PALMER toward the rear of the shower area. Officer
Christian Gray utilized the Incident Command System to notify the Control Room.  Inmate
PALMER continued to resist and stabbed towards myself and Officer Stephen Douglass, striking
me in my left hand.  Officer Stephen Douglass then rushed forward and grasped inmate
PALMERS's right lower arm with both of his hand.  Inmate PALMER then swung the weapon at
Officer Stephen Douglass striking him with the weapon on his right elbow.  Officer Stephen
Douglass and I maintained our grasps on inmate PALMER in an attempt to place him on the
shower floor. At approximately 6:53 PM, Captain Jonathan Rizer, Sergeant William Warner,
Sergeant Edward Duncan, Officer Eric Young, and Camera Operator Officer Daniel Nettles
arrived on B-Wing and Sergeant William Warner and Sergeant Edward Duncan entered the
shower area. Sergeant William Warner then grasped inmate PALMER's right lower arm with
both of his hands and swept inmate PALMER's right leg rearward with his left foot and with the
assistance of Sergeant William Warner, we forced inmate PALMER onto the shower floor.  I then
re-grasped inmate PALMERS left lower arm with both of my hands and placed inmate
PALMER's left arm behind his back, while Sergeant William Warner placed inmate PALMERS
right arm behind his back.  Officer Stephen Douglass then released his grasp and reapplied the
hand restraints. Inmate PALMER continued to remain defiant and attempted to kick myself and
Sergeant William Warner.  Sergeant Edward Duncan then grasped inmate PALMERS lower right
leg to maintain control.  Sergeant Edward Duncan then placed leg restraints onto inmate
PALMER. Officer Eric young then placed a black box and a waist chain onto inmate PALMER.
Sergeant William Warner then grasped inmate PALMER's right arm and Officer Eric Young
grasped inmate PALMER's left arm and together they assisted inmate PALMER to his feet and
physically escorted Inmate PALMER to the second floor quarterdeck.
At approximately 6:57 PM Camera Operator Officer Daniel Nettles initiated videotaping and
conducted a self introduction.  At approximately 6:58 PM Captain Jonathan Rizer conducted an
opening statement.
At approximately 7:00 PM inmate PALMER was physically escorted from B-Wing to the Florida
State Prison Medical Clinic by Sergeant William Warner and Officer Eric Young.  At
approximately 7:05 PM, Inmate PALMER arrived in the Florida State Prison Medical and was
secured in the holding cells outside of the clinic.
Sergeant William Warner and Officer Eric Young were then relieved by Sergeant Gary Holtom
and Officer Jeffrey Wiggins.  At approximately 7:18 PM, inmate PALMER was observed laying
on the floor of the holding cell in a fetal position. Officer Jeffery Wiggins then grasped inmate
PALMER's right arm with both of his hands and Sergeant Gary Holtom grasped inmate
PALMERS left arm with both of his hand and assisted inmate PALMER to his feet.  Sergeant
Gary Holtom and Officer Jeffrey Wiggins escorted Inmate PALMER to the Medical Triage to
receive a post use of force physical.

                                                    Sergeant Ronnie Morris

Inmate PALMER, Lesamuel                                        12-205-0191F
DC# L41847

At approximately 7:20 PM Inmate PALMER then received a post use of force physical conducted
by SRN Carol Boughner with the following injuries noted: left eye brow small abrasion; left knee
abrasion; right knee abrasion; right elbow scratch; right heal at top small laceration; left shoulder
redness; white powder around nostrils and mouth.  Redness on nasal bridge, no deformities, no
masses, no swelling left collar bone.
At approximately 7:38 PM, Sergeant Gary Holtom and Officer Jeffrey Wiggins escorted inmate
PALMER to Q-Wing utilizing a custodial touch to be re-housed in cell Q1306S.  At
approximately 7:46 PM inmate PALMER arrived on Q-Wing and was escorted to cell Q1306S.
Inmate PALMER was then escorted to the third floor shower on Q-Wing to be strip searched.
Upon arriving at the third floor shower, Officer Eric Young removed the leg restraints, black box,
and waist chain.  Inmate PALMER was then secured inside the shower and Officer Eric Young
removed the hand restraints, Officer Eric Young then conducted a strip search of inmate
PALMER with no contraband found.  At approximately 7:54 PM inmate PALMER was placed
back in hand restraints by Officer Eric Young and inmate PALMER exited the shower and
Officer Eric Young applied a black box, a waist chain, and leg restraints to inmate PALMER.
Inmate PALMER was then escorted to cell Q1306S where Officer Eric Young removed the black
box, waist chain, and leg restraints.  The cell door was secured and Officer Eric Young removed
the hand restraints. At approximately 7:57 PM, Captain Jonathan Rizer conducted a closing
statement and videotaping ceased.

Sergeant William Warner received a post use of force physical by RN Dennis Blando with no
injuries noted. Officer Stephen Douglass received a post use of force physical by RN Dennis
Blando the following injuries noted: superficial scratch to right elbow. Sergeant Edward Duncan
received a post use of force physical by SLPN Dana Finley with no injuries noted.  I received a
post use of force physical by SLPN Dana Finely with the following injuries noted: 1-cut to left
middle finger.  Inmate WILLIAMS received a post assault physical by SLPN Cathy Sirmans with
the following injuries noted: multiple superficial abrasions over seven noted above area to his
upper portions of his body. Inmate PALMER received five (5) disciplinary reports one (1) for 1-7
(Aggravated Battery on a Correctional Officer) written by Officer Stephen Douglass, one (1) 1-7
(Aggravated Battery on a Correctional Officer) , one(1) 1-10 (Aggravated Battery on an inmate),
one (1) 9-33 (Defeating a Security Device, and one (1) 3-1 (possession of a weapon) written by
myself.

                                                   Sergeant Ronnie Morris

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

## REPORT OF FORCE USED WORK COPY

**Institution:** Florida State Prison          **Date:** January 19, 2012

**Inmate Name:** Palmer, Lesamuel          **DC#:** L41847

### I. Report of person using force (State fully the exact circumstances leading up to the Use of Force)

At approximately 655 pm, on Thursday January 19, 2012 while assigned as B-wing Housing Sergeant, officer Stephen Douglass and I were conducting shower procedures on the second floor of B-wing. Inmate Williams, Rashard DC# K72121, housed in cell B1218S, was placed in hand restraints, removed from his cell and escorted to the shower area by officer Stephen Douglass and myself upon arriving at the shower inmate Williams was secured in the first shower stall. Officer Stephen Douglass and myself then proceed to cell front of cell B1222S, which houses inmate Palmer, Lesamuel DC# L41847. inmate Palmer was placed in hand restraints and Officer Stephen Douglass and myself escorted him to the shower area. upon entering the shower area, inmate Palmer manipulated the hand restraints, freeing his right hand. Inmate Palmer then stabbed inmate Williams through the shower bars, with what appeared to be an ice pick style weapon grazing inmate Williams on the left side of his torso. Inmate Palmer then continued to stab towards inmate Williams striking him in the face and upper torso area. At this time I placed my left hand on inmate palmer's right shoulder and my right hand on inmate Palmer's left

### Type and amount of force used: (State exactly where and how you touched the person)

At this time I placed my left hand on inmate Palmer's right shoulder and my right hand on inmate Palmer's left shoulder stopping the attack and forced inmate Palmer toward the rear of the shower area. I maintained my grasp on inmate Palmer in an attempt to place him on the shower floor.

**Signature of Reporting Officer:** _____          **Date:** 1/19/2012

Page 1

Ex. B 063

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REPORT OF FORCE USED WORK COPY**

**Institution:** Florida State Prison      **Date:** 1-19-12

**Inmate Name:** Palmer, Lesamuel      **DC#:** L41847

**I. Report of person using force (State fully the exact circumstances leading up to the Use of Force)**

**Continuation from Page 1:**

Shoulder stopping the attack and forced inmate Palmer toward the rear of the shower area. Officer Christian Gray utilized the incident Command System to Notify the Control Room. Inmate Palmer continued to resist and stabbed towards myself and Officer Stephen Douglass, striking me in my left hand. Officer Stephen Douglass then rushed forward and grasped inmate Palmer's right lower arm with both of his hands. Inmate Palmer then swung the weapon at Officer Stephen Douglass striking him with the weapon on his right elbow. Officer Stephen Douglass and I maintained our grasps on inmate Palmer in an attempt to place him on the shower floor. At approximately 6:53pm Captain Johnathan Rizer, Sergeant William Warner, Sergeant Edward Duncan, Officer Eric Young and Camera Operator Officer Daniel Nettles arrived on B-wing and Sergeant William Warner then grasped inmate Palmer's right lower arm with both of his hands and swept inmate Palmer's right leg rearward with his left foot and with the assistance of Sergeant William Warner. We forced inmate Palmer onto the shower floor. I then re-grasped inmate Palmer's left lower arm with both of my hands and placed inmate Palmer's left arm behind his back, while Sergeant William Warner placed inmate Palmer's right arm behind his back. Officer Stephen Douglass then released his grasp and reapplied the hand restraints. Inmate Palmer continued to remain defiant and attempted to kick myself and Sergeant William Warner. Sergeant Edward Duncan then grasped inmate Palmer's lower right

**Signature of Reporting Officer:** _(signature)_      **Date:** 1-19-12

Ex. B 064

**FLORIDA STATE PRISON**
Amount and Type of Force Used Work Copy
(Page 2)

CONTINUATION: leg to Maintain control. Sergeant Edward Duncan then placed leg restraints onto inmate Palmer. Officer Eric Young then placed a black box and a waist chain onto inmate Palmer. Sergeant William Warner then grasped inmate Palmer's right arm and Officer Eric Young grasped inmate Palmer's left arm and together they assisted inmate Palmer to his feet and Physically escorted Inmate Palmer to the second floor quarterdeck. At approximately 6:57pm Camera Operator Officer Daniel Nettles initiated videotaping and conducted a self introduction. At approximately 6:58pm Captain Jonathan Rizer conducted an opening statement. At approximately 7:00pm inmate Palmer was physically escorted from B-Wing to the Florida State Prison Medical Clinic by Sergeant William Warner and Officer Eric Young. At approximately 7:05pm inmate Palmer arrived in the Florida State Prison Medical and was secured in the holding cell outside of the clinic. Sergeant William Warner and Officer Eric Young were then relieved by Sergeant Gary Holton and Office Jeffery Wiggins. At approximately 7:18pm inmate Palmer was observed laying on the floor of the holding cell in the fetal position. Officer Jeffery Wiggins then grasped inmate Palmer's right arm with both of his hands and Sergeant Gary Holton grasped inmate Palmer's left arm with both of his hands and assisted inmate Palmer to his feet. Sergeant Gary Holton and officer Jeffery Wiggins escorted inmate Palmer to the Medical triage to recieve a post use of force physical. At approximately 7:20 pm inmate Palmer then recieved a post use of force physical conducted by SRN Carol Boughover with the following injuries noted: left eye brow small ebrasion, left knee abrasion, right knee abrasion, right elbow scratch, right heal at top small laceration, left shoulder redness, white powder around nostrils and mouth. Redness on nasel bridge. No deformities. No masses. No swelling, left collar bone. At approximately 7:38 pm Sergeant Gary Holton and Officer Jeffery Wiggins escorted inmate Palmer to Q Wing utilizing a custodial touch to be re-housed in cell Q1306S. At Approximately 7:46 pm inmate Palmer arrived on Q-wing and was escorted to cell Q1306S. Inmate Palmer was then escorted to the third floor shower on Q wing to be strip searched. Upon arriving at the third floor shower Officer Eric Young removed the leg restraints black box and waist chain. Inmate Palmer was then secured inside the shower and officer Eric Young removed the hand restraints. Officer Eric Young then conducted a strip search of inmate Palmer with no contraband found. At approximately 7:54 pm inmate Palmer was placed back in hand restraints by Officer Eric Young and inmate Palmer exited the shower and Officer Eric Young

Officer's Signature: _____   Date: 1-19-12

**FLORIDA STATE PRISON**
Amount and Type of Force Used Work Copy
(Page 2)

CONTINUATION: applied a black box, a waist chain and leg irons to inmate Palmer. Inmate Palmer was then escorted to cell Q1306 where Officer Eric Young removed the black box, waist chain and leg restraints. the cell door was secured and officer Eric Young removed the hand restraints. At approximately 7:57pm Captain Jonathan Rizer conducted a closing statement and video taping ceased.

Sergent William Warner recieved a post use of force physical by RN Dennis Blando the following injuries noted, Super ficial scratch to right elbow Sergeant Edward Duncan recieved a post use of force physical by SLPN Dana Finley with no injuries noted I recieved a post use of force physical by SLPN Dan finely with the following injuries noted 1 cut to left middle finger inmate Williams recieved a post use of force assault physical by SLPN Cathy Sirmans with the following injuries noted Multiple superficial abrasions over seven noted above area to his upper portions of his body, Inmate Palmer recieved five (5) disciplinary Reports two (2) for 1-7 (Aggravated Battery on a Correctional Officer) one (1) (Aggravated Battery on an inmate) one (1) 9-33 (Defeating a Security Device and one (1) 3-1 (Possesion of a weapon) written by myself

Officer's Signature: _____     Date: 1-19-12

STATE OF FLORIDA
PARTMENT OF CORRECTIONS

(INSTITUTIONS)
R E P O R T   O F   F O R C E   U S E D

STAFF SUPPLEMENT

**Institution:** Florida State Prison        **Date:** January 19, 2012
**Inmate's Name:** PALMER, LeSamuel        **DC#:** L41847

1. **TYPE AND AMOUNT OF FORCE USED:**
I grasped Inmate PALMER's right lower arm with both of my hands and assisted forcing Inmate PALMER onto the shower floor.

Date: January 19, 2012        Signature: Stephen Douglass        Officer
                                          Officer Using Force        Title

2. **TYPE AND AMOUNT OF FORCE USED:**
I grasped Inmate PALMER's lower right leg with both of my hands to maintain control, I then placed leg restraints on Inmate PALMER.

Date: January 19, 2012        Signature: Edward Duncan        Sergeant
                                          Officer Using Force        Title

3. **TYPE AND AMOUNT OF FORCE USED:**
I grasped Inmate PALMER's right lower arm with both my hands and swept Inmate PALMER's right leg rearward with my left foot and forced Inmate PALMER onto the shower floor. I then placed Inmate PALMER's right arm behind his back.

Date:  January19, 2012        Signature:  William Warner        Sergeant
                                          Officer Using Force        Title

4. **TYPE AND AMOUNT OF FORCE USED:**

Date:__        Signature:____
                                          Officer Using Force        Title

5. **TYPE AND AMOUNT OF FORCE USED:**

Date:____        Signature:____
                                          Officer Using Force        Title

**Distribution:** Listed on back.

**DISTRIBUTION:**

DC6-231 (Revised 8/03)        Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 067

STATE OF FLORIDA

DF  RTMENT OF CORRECTIONS

(INSTITUTIONS)

R E P O R T   O F   F O R C E   U S E D

**STAFF SUPPLEMENT**

**Institution:** Florida State Prison      **Date:** January 19, 2012

**Inmate's Name:** PALMER, LeSamuel      **DC#:** L41847

**1. TYPE AND AMOUNT OF FORCE USED:**
I grasped Inmate PALMER's right lower arm with both of my hands and assisted forcing Inmate PALMER
onto the shower floor.

Date: January 19, 2012      Signature: Stephen Douglass      Officer
                                              Officer Using Force      Title

**2. TYPE AND AMOUNT OF FORCE USED:**
I grasped Inmate PALMER's lower right leg with both of my hands to maintain control, I then placed leg
restraints on Inmate PALMER.

Date: January 19, 2012      Signature: Edward Duncan      Sergeant
                                              Officer Using Force      Title

**3. TYPE AND AMOUNT OF FORCE USED:**
I grasped Inmate PALMER's right lower arm with both my hands and swept Inmate PALMER's right leg
rearward with my left foot and forced Inmate PALMER onto the shower floor. I then placed Inmate PALMER's
right arm behind his back.

Date: January 19, 2012      Signature: William Warner      Sergeant
                                              Officer Using Force      Title

**4. TYPE AND AMOUNT OF FORCE USED:**

Date:      Signature: 
                                              Officer Using Force      Title

**5. TYPE AND AMOUNT OF FORCE USED:**

Date:      Signature: 
                                              Officer Using Force      Title

**Distribution:** Listed on back.

**DISTRIBUTION:**

DC6-231 (Revised 8/03)      Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 068

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(INSTITUTIONS)
REPORT OF FORCE USED

STAFF SUPPLEMENT

**Institution:** Florida State Prison        **Date:** January 19, 2012
**Inmate's Name:** PALMER, LeSamuel        **DC#:** L41847

**1.  TYPE AND AMOUNT OF FORCE USED:**
I grasped Inmate PALMER's right lower arm with both of my hands and assisted forcing Inmate PALMER onto the shower floor.

Date: January 19, 2012          Signature:  Stephen Douglass          Officer
                                            Officer Using Force          Title

**2.  TYPE AND AMOUNT OF FORCE USED:**
I grasped Inmate PALMER's lower right leg with both of my hands to maintain control, I then placed leg restraints on Inmate PALMER.

Date: January 19, 2012          Signature: Edward Duncan          Sergeant
                                            Officer Using Force          Title

**3.  TYPE AND AMOUNT OF FORCE USED:**
I grasped Inmate PALMER's right lower arm with both my hands and swept Inmate PALMER's right leg rearward with my left foot and forced Inmate PALMER onto the shower floor. I then placed Inmate PALMER's right arm behind his back.

Date:  January19, 2012          Signature:   William Warner          Sergeant
                                            Officer Using Force          Title

**4.  TYPE AND AMOUNT OF FORCE USED:**

Date:          Signature:
                                            Officer Using Force          Title

**5.  TYPE AND AMOUNT OF FORCE USED:**

Date:          Signature:
                                            Officer Using Force          Title

**Distribution:**  Listed on back.

**DISTRIBUTION:**

DC6-231 (Revised 8/03)          Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 069

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(INSTITUTIONS)
REPORT OF FORCE USED

STAFF SUPPLEMENT

Institution: _Florida State Prison_          Date: _January 19, 2012_
Inmate's Name: _Palmer, Emanuel_          DC#: _L 71847_

1. TYPE AND AMOUNT OF FORCE USED:
_I grasped Inmate Palmer's right lower arm with both of my hands and assisted lowering Inmate Palmer onto the shower floor_

Date: _January 19, 2012_          Signature: _____  C.C.
                                            Officer Using Force          Title

2. TYPE AND AMOUNT OF FORCE USED:

Date:_____          Signature:_____
                                            Officer Using Force          Title

3. TYPE AND AMOUNT OF FORCE USED:

Date:_____          Signature:_____
                                            Officer Using Force          Title

4. TYPE AND AMOUNT OF FORCE USED:

Date:_____          Signature:_____
                                            Officer Using Force          Title

**Distribution:** Listed on back.

DC6-231 (Revised 8/03)          Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 070

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(INSTITUTIONS)
REPORT OF FORCE USED

STAFF SUPPLEMENT

Institution: _FSP_                              Date: _1-19-12_
Inmate's Name: _Palmier, Samuel_               DC#: _L41869_

1.  **TYPE AND AMOUNT OF FORCE USED:**

_____
_____
_____
_____
_____
_____
_____

Date:_____     Signature:_____
                                            Officer Using Force      Title

2.  **TYPE AND AMOUNT OF FORCE USED:**

_I grasped inmate Palmer's right lower right leg with both of my hands to maintain_
_control, I then placed leg restraints on Inmate Palmer._
_____
_____
_____
_____
_____

Date:_1/19/2012_                 Signature:_Edward Drum_    _Sgt_
                                            Officer Using Force      Title

3.  **TYPE AND AMOUNT OF FORCE USED:**

_____
_____
_____
_____
_____
_____
_____

Date:_____     Signature:_____
                                            Officer Using Force      Title

4.  **TYPE AND AMOUNT OF FORCE USED:**

_____
_____
_____
_____
_____
_____

Date:_____     Signature:_____
                                            Officer Using Force      Title

**Distribution:** Listed on back.

DC6-231 (Revised 8/03)          Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 071

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### (INSTITUTIONS)
# REPORT OF FORCE USED

### STAFF SUPPLEMENT

**Institution:** _FLORIDA STATE PRISON_    **Date:** _01·19·12_
**Inmate's Name:** _PALMER, LE SAMUEL_    **DC#:** _L41847_

1. **TYPE AND AMOUNT OF FORCE USED:**

Date:_____ Signature:_____
                              Officer Using Force      Title

2. **TYPE AND AMOUNT OF FORCE USED:**

Date:_____ Signature:_____
                              Officer Using Force      Title

3. **TYPE AND AMOUNT OF FORCE USED:**

_I GRASPED INMATE PALMER'S RIGHT LOWER ARM WITH BOTH MY HANDS AND SWEPT INMATE PALMER'S RIGHT LEG REARWARD WITH MY LEFT FOOT AND FORCED INMATE PALMER ONTO THE SHOWER FLOOR. I THAN PLACED INMATE PALMER'S RIGHT ARM BEHIND HIS BACK._

Date:_01-19-2012_ Signature:_____ 55
                              Officer Using Force      Title

4. **TYPE AND AMOUNT OF FORCE USED:**

Date:_____ Signature:_____
                              Officer Using Force      Title

**Distribution:** Listed on back.

DC6-231 (Revised 8/03)      Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 072

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:** ☐ Inmate ☒ Employee ☐ Visitor
☒ Post-Use-of-Force Exam ☐ Injury ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.
Time of occurrence: _1915_      Time of exam: _1923_
Description of occurrence:

_S/P Physical use of force_

Inmate showered without soap (if post-use of chemical agent)?  ☐ Yes  ☐ Refused  ☒ N/A

Vital Signs: Temperature ▮▮      Pulse ▮▮      Respiration ▮▮      Blood Pressure ▮▮

Arrived via: ▮▮ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: ___

Condition on arrival (check all that apply): ▮▮ Alert ▮▮ Oriented x 4 (person, place, time, situation) ▮▮ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where? ___

Examination summary:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Physician notified?  ▮▮ No   ▮▮ Yes   Name: ▮▮▮▮

Treatment provided?  ▮▮ No   ▮▮ Yes   If yes, describe: ▮▮▮▮
_applied_

Response to Treatment:
▮▮▮▮▮▮

Disposition:  ☐ Population   ☐ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ▮▮ Other (explain):

Discharge Instructions and Education:
▮▮▮▮▮▮

D. FINLEY, SLPN
FSP - MEDICAL
Health Care Provider's Signature and Stamp: _D. Finley SLPN_      Date/Time: _1-19-12   1923_

Reviewing Physician's Signature and Stamp: ___      Date/Time: ___

**Name** _Morris, Ronnie_
~~DC#~~ ▮▮      **Race/Sex** ▮▮
**Date of Birth** ▮▮
**Institution** _FSP_

**Inmate Distribution:**      White—Health Record
Canary—Inspector General
Pink—Local Requirements

**Employee Distribution:**   White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 3/22/11)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 073

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence _1-19-12_          Time of occurrence _1915_

Date injury assessed by medical _1-19-12_     Time injury assessed by medical _1923_

☐ No injury identified

Description of injury:

Staff Signature

Inmate Name _Morris, Ronnie_

DC# _____  Race/Sex _WM_

Date of Birth _____

Institution _FSP_

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

| Check all that apply: | ☐ Inmate | ☒ Employee | ☐ Visitor | |
|---|---|---|---|---|
| | ☒ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Altercation | |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _19 15_      Time of exam: _19 28_

Description of occurrence:

_S/P  USE  OF  FORCE  PHYSICAL  FORCE_

Inmate showered without soap (if post-use of chemical agent)? ☐ Yes   ☐ Refused   ☒ N/A

Vital Signs: Temperature ▓▓▓   Pulse ▓▓▓   Respiration ▓▓▓   Blood Pressure ▓▓▓

Arrived via: ▓ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: _____

Condition on arrival (check all that apply) ▓ Alert ▓ riented x 4 (person, place, time, situation) ▓ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where? _____

Examination summary:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Physician notified? ▓ No ▓ Yes   Name: _____ Time: _____

Treatment provided? ▓ No ▓ Yes   If yes, describe: _____

Respon ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Disposition: ☐ Population   ☐ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☒ Other (explain):
_C/O_

Discharge Instructions and Education:
_F/U  ⲧ  PCP  AS  NEEDED_

Health Care Provider's Signature and Stamp: _D. Blando_   **D. BLANDO, SRN**   **MEDICAL - FSP**   Date/Time: _1-19-12  1928_

Reviewing Physician's Signature and Stamp: _____   Date/Time: _____

| Name | _S - DOUGLASS_ | **Inmate Distribution:** | White—Health Record |
|---|---|---|---|
| DC# | ▓▓▓ Race/Sex ▓▓▓ | | Canary—Inspector General |
| Date of Birth | _____ | | Pink—Local Requirements |
| Institution | _FSP_ | **Employee Distribution:** | White—Safety Officer/Designee |
| | | | Canary—Employee Copy |
| | | | Pink—DESTROY |

DC4-701C (Effective 3/22/11)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence _1−19 − 12_                Time of occurrence _1915_
Date injury assessed by medical _1− 19 − 12_   Time injury assessed by medical _____

☐ No injury identified

Description of injury _____

_D. 15 knny_
**Staff Signature**

**Inmate Name** _S , DOUGLASS_
**DC#**_____ **Race/Sex**_____
**Date of Birth** _____
**Institution**_____ _PSP_

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

**DC4-708 (Revised 10/07)**

Incorporated by Reference in Rule 33-602.210, F.A.C.

## FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:**   ☐ Inmate   ☒ Employee   ☐ Visitor
☒ Post-Use-of-Force Exam   ☐ Injury   ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _1915_   Time of exam: _2030_

Description of occurrence:

_S/p use of physical force._

Inmate showered without soap (if post-use of chemical agent)?   ☐ Yes   ☐ Refused   ▮N/A

Vital Signs:

Arrived via:

Condition on a___
☐ Other (req___
☐ C/O pain? If checked, where? _____

Physician notified?   ▮o   ▮'es   Name: _____   Time: _____

Treatment provided?   ▮o   ▮'es   If yes, describe: _____

Response to Treatment:

Disposition:   _____   ␣er (explain): _____

Discharge Instructions and Education:

Health Care Provider's Signature and Stamp: _D. Gyler SPN_   D. FINLEY, SLPN   FSP - MEDICAL   Date/Time: _1-19-12  2030_

Reviewing Physician's Signature and Stamp: _____   Date/Time: _____

**Name** _Duncan Edward_
~~**DC#**~~   Race/Sex ▮
**Date of Birth**
**Institution** _FSP_

**Inmate Distribution:**   White—Health Record
Canary—Inspector General
Pink—Local Requirements

**Employee Distribution:**   White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 3/22/11)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 077

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence _1-19-12_    Time of occurrence _1915_
Date injury assessed by medical _1-19-12_    Time injury assessed by medical _2030_

☑ No injury identified

Description of injury

Staff Signature

Inmate Name _Duncan, Edward_
DC# _    Race/Sex_
Date of Birth _
Institution_ _FSP_

This form is not to be amended, revised, or altered without
approval by the Office of Health Services Administration.

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 078

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check all that apply: | ☐ Inmate | ☒ Employee | ☐ Visitor | |
|---|---|---|---|---|
| | ☒ Post-Use-of-Force Exam | | ☐ Injury | ☐ Physical Altercation |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence:_____  Time of exam:_____ *19 25*_____

Description of occurrence:

_S/P   USE   OF   FORCE ,  PHYSICAL   FORCE_

Inmate showered without soap (if post-use of chemical agent)?   ☐ Yes   ☐ Refused   ▮ N/A

Vital Signs: ▮

Arrived via: ▮

Condition on arrival (check all that apply): ▮
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?_____

Examination summary:
▮

Physician notified?  ▮o  ▮Yes   Name:_____   Time:_____

Treatment provided?  ▮o  ▮Yes   If yes, describe:_____

Response to Treatment: ▮

Disposition:   ☐ Population   ☐ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain): ▮

Discharge Instructions and Education: ▮

Health Care Provider's Signature and Stamp:  _D. Blun_   **D. BLANDO, SRN MEDICAL - FSP**   Date/Time: _1-19-12_

Reviewing Physician's Signature and Stamp:_____   Date/Time:_____

| | | |
|---|---|---|
| **Name** _M. WARNER_ | **Inmate Distribution:** | White—Health Record |
| ~~DC#~~ ▮ **Race/Sex** ▮ | | Canary—Inspector General |
| **Date of Birth** ▮ | | Pink—Local Requirements |
| **Institution** _FSP_ | **Employee Distribution:** | White—Safety Officer/Designee |
| | | Canary—Employee Copy |
| | | Pink—DESTROY |

DC4-701C (Effective 3/22/11)

Incorporated by Reference in Rule 33-602.210, F.A.C.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence _1-19-12_        Time of occurrence _____
Date injury assessed by medical _1-19-12_   Time injury assessed by medical _1915_

☒ No injury identified

Description of injury _____

D. BLANDO, SRN
~~MEDICAL - FSP~~
Staff Signature

Inmate Name _M WARNER_
DC#_____   Race/Sex _____
Date of Birth _____
Institution _____FSP_____

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 080

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

| Check all that apply: | ☒ Inmate | ☐ Employee | ☐ Visitor |
| | ☒ Post-Use-of-Force Exam | ☐ Injury | ☐ Physical Altercation |

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: _1855_  Time of exam: _1919_

Description of occurrence:

_SPUOf_

Inmate showered without soap (if post-use of chemical agent)?  ☐ Yes   ☐ Refused   ☒ N/A  *error*

Vital Signs:  Temperature _96.0_  Pulse _80_  Respiration _21_  Blood Pressure _~~67/41~~_   manual BP 110/70 @ 1936

Arrived via:  ☒ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other:_____

Condition on arrival (check all that apply): ☒ Alert ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?___

Examination summary:
L. eye-brow small abrasion, L. knee abrasion, R. knee abrasion, R. elbow scratch, R. top of heal small laceration, white powder of unknown around both nostrils and mouth, Pupils equal and reactive to light. L. shoulder redness ; EKG is normal. no deformity, no masses, no swelling L. collar bone , Redness on Nasal bridge.

Physician notified? ☒ No ☐ Yes  Name:_____ Time:_____

Treatment provided? ☒ No ☐ Yes  If yes, describe:_____
no Treatment needed

Response to Treatment:
no Treatment needed

Disposition:  ☐ Population  ☒ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):_____

Discharge Instructions and Education:
f/u with sick call PRN

Health Care Provider's Signature and Stamp: _C. Boughner SRN_ C. BOUGHNER, SRN  Date/Time: _1-19-12  1919_
~~FSP MEDICAL~~

Reviewing Physician's Signature and Stamp:_____ Date/Time:_____

| | | |
|---|---|---|
| **Name** Palmer, Lesamichael | **Inmate Distribution:** | White—Health Record |
| **DC#** L 41847  **Race/Sex** B/M | | Canary—Inspector General |
| **Date of Birth** 3-6-85 | | Pink—Local Requirements |
| **Institution** FSP | **Employee Distribution:** | White—Safety Officer/Designee |
| | | Canary—Employee Copy |
| | | Pink—DESTROY |

DC4-701C (Effective 3/22/11)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLO   )A DEPARTMENT OF CORREC   )NS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence   _1-19-12_          Time of occurrence   _1855_
Date injury assessed by medical   _1-19-12_   Time injury assessed by medical   _1919_

☐ No injury identified

Description of injury _L. eye brow small abrasion; L. knee abrasion;_
_R. knee abrasion; R. elbow scratch; R. heal at top_
_small laceration; L. shoulder reddness; white powder_
_around nostrils and mouth, reddness on nasal bridge,_
_no deformitges, no masses, no swelling L. collar bone_

_C. Boughner SRN_   **C. BOUGHNER, SRN**
                     **FSP-MEDICAL**
Staff Signature

Inmate Name _Palmer, Lesamuel_
DC# _L41847_     Race/Sex _B/M_
Date of Birth   _3-6-85_
Institution      _FSP_

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 082

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:** ☒ **Inmate**   ☐ **Employee**   ☐ **Visitor**
☐ **Post-Use-of-Force Exam**   ☒ **Injury**   ☐ **Physical Altercation**

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1855     Time of exam: 1935

Description of occurrence:

Inmate showered without soap (if post-use of chemical agent)?   ☐ Yes   ☐ Refused   N/A

Vital Signs:

Arrived via:

Condition on
☐ Other (re
☐ C/O pain

Physician notified?          Name:_____          Time:

Treatment provided?        If yes, describe:

Response to Treatment:

Disposition:

Discharge Instructions and Education:

Health Care Provider's Signature and Stamp: _____   C. SIRMANS, SLPN   Date/Time: 1/19/12 (4) 2050
                                                                      FSP-MEDICAL

Reviewing Physician's Signature and Stamp: _____   Date/Time: _____

| | | | |
|---|---|---|---|
| **Name** | Williams Rashard | **Inmate Distribution:** | White—Health Record |
| **DC#** | K19212   Race/Sex | | Canary—Inspector General |
| **Date of Birth** | | | Pink—Local Requirements |
| **Institution** | | **Employee Distribution:** | White—Safety Officer/Designee |
| | | | Canary—Employee Copy |
| | | | Pink—DESTROY |

DC4-701C (Effective 3/22/11)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 083

**FLC   DA DEPARTMENT OF CORREC   )NS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**

Date of occurrence  7/19/16          Time of occurrence  1855
Date injury assessed by medical  7/19/16      Time injury assessed by medical  1935

☐ No injury identified

Description of injury

Staff Signature

C. SIRMANS, SLPN
FSP-MEDICAL

Inmate Name  Williams Rashard
DC#  KM212      Race/Sex
Date of Birth
Institution  FSP

DC4-708 (Revised 10/07)

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. B 084

## L  ?ARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | |
|---|---|---|
| **Reporting Institution:** | Florida State Prison | **Incident Report Number:** 12-205-0191F |
| **Reporting Employee:** | Sergeant Ronnie Morris | **PREA Number:** |
| **Employee ID Number:** | ▇▇▇▇ | **Date of incident:** January 19, 2012 |
| **Person(s) Involved:** | I/M PALMER, Lesamuel DC#L41847 | **Time of incident:** 6:55 PM |
| | | **Witness(es):** |

Control Room Log Entry Made: ☒ Yes ☐ No     Disciplinary Report Initiated: ☒ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☒ No     Work Order Initiated: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No Time: 7:15p     MINS Initiated: ☐ Yes ☒ No
EAC Notified: ☒ Yes ☐ No Time: 7:20p     Duty Officer Name: Wynn
Supporting Documents Attached

**DETAILS OF INCIDENT**: At approximately 6:55 PM, on Thursday, January 19, 2012, while assigned as B-Wing Housing Sergeant, Officer Stephen Douglass and I were conducting shower procedures on the second floor of B-Wing. Inmate WILLIAMS, Rashard, DC# K72121, housed in cell B1218S, was placed in hand restraints, removed from his cell, and escorted to the shower area by Officer Stephen Douglass and myself. Upon arriving at the shower inmate WILLIAMS was secured in the first shower stall. Officer Stephen Douglass and myself then proceed to cell front of cell B1222S, which houses inmate PALMER, Lesamuel, DC# L41847. Inmate PALMER was placed in hand restraints and Officer Stephen Douglass and myself escorted him to the shower area. Upon entering the shower area, inmate PALMER manipulated the hand restraints, freeing his right hand. Inmate PALMER then stabbed inmate WILLIAMS through the shower bars, with what appeared to be an ice-pick style weapon grazing Inmate WILLIAMS on the left side of his torso. Inmate PALMER then continued to stab towards inmate WILLIAMS striking him in the face and upper torso area. At this time I placed my left hand on inmate PALMER's right shoulder and my right hand on inmate PALMER's left shoulder stopping the attack and forced inmate PALMER toward the rear of the shower area. Officer Christian Gray utilized the Incident Command System to notify the Control Room. Inmate PALMER continued to resist and stabbed towards myself and Officer Stephen Douglass, striking me in my left hand. Officer Stephen Douglass then rushed forward and grasped inmate PALMERS's right lower arm with both of his hands. Inmate PALMER then swung the weapon at Officer Stephen Douglass striking him with the weapon on his right elbow. Officer Stephen Douglass and I maintained our grasps on inmate PALMER in an attempt to place him on the shower floor.

Sergeant Ronnie Morris     _(signature)_     January 19, 2012
**Reporting Employee's Name (Print)**     **Reporting Employee's Signature**     **Date**

**Shift Supervisor/ Department Head**
**COMMENT:** Spontaneous physical force was utilized on Inmate PALMER due to him manipulating his hand restraints and utilizing an ice pick style weapon to stab inmate WILLIAMS, Sergeant Ronnie Morris and Officer Stephen Douglass. DVD # A-2274 and DC6-801 Chain of Custody Evidence Disposition form was placed in the DVD drop box located in the Colonel's area. Mins reportable. Duty Warden Assistant Warden was notified at approximately 7:15 PM. At approximately 7:20 PM, EAC Officer Wynn was notified of the pertinent information and gave UOF # EAC-2012-1-871. Inmate PALMER received five (5) disciplinary reports one (1) for 1-7 (Aggravated Battery on a Correctional Officer) written by Officer Stephen Douglass, one (1) 1-7 (Aggravated Battery on a Correctional Officer) , one(1) 1-10 (Aggravated Battery on an inmate), one(1) 9-33 (Defeating a Security Device, and one (1) 3-1 (possession of a weapon) written by Sergeant Ronnie Morris.

Captain Jonathan Rizer     _(signature)_     January 19, 2012
**Shift Supervisor's/ Department Head's Name (Print)**     **Shift Supervisor's Signature**     **Date**

REVIEW: Spontaneous physical force was utilized to prevent further inmate and staff aggravated Battery. Injuries to both staff and inmates. Allegations of staff misconduct contained in the written report as well as the Handwritten Statement of the inmate. Fixed wing video appears consistent with the written report. Heightened Security Authorized ⟶

MAJOR ANDREW P. SMITH     _(signature)_     1-23-12
**Correctional Officer Chief's Name (Print)**     **Correctional Officer Chief's Signature**     **Date**

REVIEW: A review of this use of force will be Conducted.

D. JACKSON     _(signature)_     1-23-12
**Warden's Name (Print)**     **Warden's Signature**     **Date**

DC6-210 (Effective )     Incorporated by Reference in Rule 33-602.210, F.A.C.     Page 1 of 2

**DETAILS OF INCIDENT (cont.):** At approximately 6:53 PM, Captain Jonathan Rizer, Sergeant William Warner, Sergeant Edward Duncan, Officer Eric Young, and Camera Operator Officer Daniel Nettles arrived on B-Wing and Sergeant William Warner and Sergeant Edward Duncan entered the shower area. Sergeant William Warner then grasped inmate PALMER's right lower arm with both of his hands and swept inmate PALMER's right leg rearward with his left foot and with the assistance of Sergeant William Warner, we forced inmate PALMER onto the shower floor. I then re-grasped inmate PALMERS left lower arm with both of my hands and placed inmate PALMER's left arm behind his back, while Sergeant William Warner placed inmate PALMERS right arm behind his back. Officer Stephen Douglass then released his grasp and reapplied the hand restraints. Inmate PALMER continued to remain defiant and attempted to kick myself and Sergeant William Warner. Sergeant Edward Duncan then grasped inmate PALMERS lower right leg to maintain control. Sergeant Edward Duncan then placed leg restraints onto inmate PALMER. Officer Eric young then placed a black box and a waist chain onto inmate PALMER. Sergeant William Warner then grasped inmate PALMER's right arm and Officer Eric Young grasped inmate PALMER's left arm and together they assisted inmate PALMER to his feet and physically escorted Inmate PALMER to the second floor quarterdeck. At approximately 6:57 PM Camera Operator Officer Daniel Nettles initiated videotaping and conducted a self introduction. At approximately 6:58 PM Captain Jonathan Rizer conducted an opening statement. At approximately 7:00 PM inmate PALMER was physically escorted from B-Wing to the Florida State Prison Medical Clinic by Sergeant William Warner and Officer Eric Young. At approximately 7:05 PM, Inmate PALMER arrived in the Florida State Prison Medical and was secured in the holding cells outside of the clinic. Sergeant William Warner and Officer Eric Young were then relieved by Sergeant Gary Holtom and Officer Jeffrey Wiggins. At approximately 7:18 PM, inmate PALMER was observed laying on the floor of the holding cell in a fetal position. Officer Jeffry Wiggins then grasped inmate PALMER's right arm with both of his hands and Sergeant Gary Holtom grasped inmate PALMERS left arm with both of his hand and assisted inmate PALMER to his feet. Sergeant Gary Holtom and Officer Jeffrey Wiggins escorted Inmate PALMER to the Medical Triage to receive a post use of force physical. At approximately 7:20 PM Inmate PALMER then received a post use of force physical conducted by SRN Carol Boughner with the following injuries noted: left eye brow small abrasion; left knee abrasion; right knee abrasion; right elbow scratch; right heal at top small laceration; left shoulder redness; white powder around nostrils and mouth. Redness on nasal bridge, no deformities, no masses, no swelling left collar bone. At approximately 7:38 PM, Sergeant Gary Holtom and Officer Jeffrey Wiggins escorted inmate PALMER to Q-Wing utilizing a custodial touch to be re-housed in cell Q1306S. At approximately 7:46 PM inmate PALMER arrived on Q-Wing and was escorted to cell Q1306S. Inmate PALMER was then escorted to the third floor shower on Q-Wing to be strip searched. Upon arriving at the third floor shower, Officer Eric Young removed the leg restraints, black box, and waist chain. Inmate PALMER was then secured inside the shower and Officer Eric Young removed the hand restraints, Officer Eric Young then conducted a strip search of inmate PALMER with no contraband found. At approximately 7:54 PM inmate PALMER was placed back in hand restraints by Officer Eric Young and inmate PALMER exited the shower and Officer Eric Young applied a black box, a waist chain, and leg restraints to inmate PALMER. Inmate PALMER was then escorted to cell Q1306S where Officer Eric Young removed the black box, waist chain, and leg restraints. The cell door was secured and Officer Eric Young removed the hand restraints. At approximately 7:57 PM, Captain Jonathan Rizer conducted a closing statement and videotaping ceased. Sergeant William Warner received a post use of force physical by RN Dennis Blando with no injuries noted. Officer Stephen Douglass received a post use of force physical by RN Dennis Blando the following injuries noted: superficial scratch to right elbow. Sergeant Edward Duncan received a post use of force physical by SLPN Dana Finley with no injuries noted. I received a post use of force physical by SLPN Dana Finely with the following injuries noted: 1-cut to left middle finger. Inmate WILLIAMS received a post assault physical by SLPN Cathy Sirmans with the following injuries noted: multiple superficial abrasions over seven noted above area to his upper portions of his body. Inmate PALMER received five (5) disciplinary reports one (1) for 1-7 (Aggravated Battery on a Correctional Officer) written by Officer Stephen Douglass, one (1) 1-7 (Aggravated Battery on a Correctional Officer) , one(1) 1-10 (Aggravated Battery on an inmate), one(1) 9-33 (Defeating a Security Device, and one (1) 3-1 (possession of a weapon) written by myself.

**SHIFT Supervisor/ Department Head**
**COMMENT (cont.):** A review of the fixed wing camera appears to be consistent with staff's reports, however the advent camera system is unable to see inside the shower area. Upon approaching the clinic holding cell, inmate PALMER was sitting on the floor of the holding cell and appeared to be under the influence of narcotics. I questioned inmate PALMER if he had taken anything to which he stated no, however while in the Medical Triage he stated to me that he had snorted Welbuterin and had been snorting it all day. I also observed a white powder around inmate PALMER's nose. Inmate PALMER was escorted to Q-Wing where he was re-housed in cell Q1306S. After being placed in his cell, inmate PALMER complained that his left shoulder was in pain. Inmate PALMER was later removed from his cell and escorted to the Colonel Area to be seen by Inspector Kevin Snow. After speaking with Inspector Kevin Snow, inmate PALMER was escorted to the Florida State Prison Medical Clinic to receive another evaluation by CMTC R. McCall, at which time inmate PALMER stated that he did not have any shoulder pain. Inmate PALMER stated on his written statement that B-Wing Staff were letting him and inmate WILLIAMS fight and when he got the advantage they all jumped him. Inmate PALMER further stated that inmate WILLIAMS, Sergeant Ronnie Morris, and Officer Stephen Douglass stabbed themselves. The weapon, Sergeant Ronnie Morris' Shirt, and Officer Stephen Douglass' shirt were tagged as evidence and turned over to Inspector Kevin Snow. UPDATE: Sergeant Ronnie Morris was treated in Shands at Starke and released back to full duty.EAC Duty Officer Snow was updated and advised of Sergeant Ronnie Morris seeking outside medical treatment.

**REVIEW (cont.):** *Copy Institutional Inspector*
*M+WS #421710   #421741   #421742*
*BLEO #_____   #_____   Allegations #_____*

**REVIEW (cont.):**_____

Ex. B 086

## ˙PARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | |
|---|---|
| **Reporting Institution:** | Florida State Prison |
| **Reporting Employee:** | Officer Daniel Nettles |
| **Employee ID Number:** | ███ |
| **Person(s) Involved:** | I/M PALMER, LeSamuel DC# L41847 |

| | |
|---|---|
| **Incident Report Number:** | 12-205-0191Fa |
| **PREA Number:** | |
| **Date of incident:** | January 19, 2012 |
| **Time of incident:** | 6:55 PM |
| **Witness(es):** | |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | [X] Yes [ ] No | Disciplinary Report Initiated: | [X] Yes [ ]No |
| Inmate Placed in Confinement: | [X] Yes [ ] No | Work Order Initiated: | [ ] Yes [X] No |
| Duty Warden Notified: | [X] Yes [ ] No  Time: 7:15 p | MINS Initiated: | [X] Yes [ ]No |
| EAC Notified: | [X] Yes [ ] No  Time: 7:20p | Duty Officer Name:  Wynn | |

Supporting Documents Attached: Yes

**DETAILS OF INCIDENT:** At approximately 6:57 PM, on Thursday, January 19, 2012, I was summoned to B-Wing as Camera Operator #1. I utilized the D1 area camera breaking seal #0195456. At approximately 6:57 PM, I arrived on B-Wing and proceeded to the second floor shower area, where I began videotaping and conducted a self introduction prior to digitally video recording Inmate PALMER, LeSamuel DC#L41847, housed in cell B1222S due to a spontaneous physical use of force. Videotaping was continuous to include Inmate PALMER being physically escorted to the Florida State Prison Medical Clinic by Sergeant William Warner and Officer Eric Young, Captain Jonathan Rizer's opening statement. Inmate PALMER receiving a post use of force physical by SRN Carol Boughner, Inmate PALMER being escorted to Q-Wing and secured in cell Q1306S and Captain Jonathan Rizer's closing statement. The D1 area Digital Video Camera seal was resealed with seal #0195459. I completed the DC1-801 form and downloaded the use of force to DVD A-2274. No force was used by this writer.

| | | |
|---|---|---|
| Officer Daniel Nettles | _[signature]_ | January 19, 2012 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/ Department Head**

**COMMENT:** See Incident Report #12-205-0191F.

| | | |
|---|---|---|
| Captain Jonathan Rizer | _[signature]_ | January 7, 2012 |
| **Shift Supervisor's/ Department Head's Name (Print)** | **Shift Supervisor's Signature** | **Date** |

**REVIEW:** _noted_

| | | |
|---|---|---|
| MAJOR ANDREW P. SMITH | _[signature]_ | 1-23-12 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:** _Refer to IR # 12-205 - 0191F._

| | | |
|---|---|---|
| D. Jackson | _[signature]_ | 1-23-12 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

| | | |
|---|---|---|
| DC6-210 (Effective  ) | Incorporated by Reference in Rule 33-602.210, F.A.C. | Page 1 of 2 |

Ex. B 087

## ᴅEPARTMENT OF CORRECTIONꜱ

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Florida State Prison | **Incident Report Number:** | 12-205-0191Fb |
| **Reporting Employee:** | Officer Christian Gray | **PREA Number:** | |
| **Employee ID Number:** | ▮▮▮▮ | **Date of incident:** | January 19, 2012 |
| **Person(s) Involved:** | I/M PALMER, LeSamuel DC# L41847 | **Time of incident:** | 6:55 PM |
| | | **Witness(es):** | |

Control Room Log Entry Made: ☐ Yes ☐ No       Disciplinary Report Initiated: ☐ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☐ No       Work Order Initiated: ☐ Yes ☐ No
Duty Warden Notified: ☐ Yes ☐ No  Time: 7:15 p       MINS Initiated: ☐ Yes ☐ No
EAC Notified: ☐ Yes ☐ No  Time: 7:30 P       Duty Officer Name: Wynn
Supporting Documents Attached _____

**DETAILS OF INCIDENT:**  At approximately 6:55 PM on Thursday January 19, 2012 while assigned as B-Wing Housing Officer, I was operating the control panel on the second floor of B-Wing. I did not witness inmate PALMER, LeSamuel DC#L41847 stab Sergeant Ronnie Morris, Officer Stephen Douglass, or inmate WILLIAMS, Rashard DC#K72121. I did however witness the physical use of force being utilized on Inmate PALMER.  No force was used by this writer.

_Officer Christian Gray_                      _[signature]_                      January 19, 2012
**Reporting Employee's Name (Print)**       **Reporting Employee's Signature**       **Date**

**Shift Supervisor/ Department Head**
**COMMENT:**  Refer to Incident Report # 12-205-0191F.

_Captain Jonathan Rizer_                      _[signature]_                      January 19, 2012
**Shift Supervisor's/ Department Head's Name (Print)**       **Shift Supervisor's Signature**       **Date**

**REVIEW:** _noted—_

MAJOR ANDREW P. SMITH                      _[signature]_                      1-23-12
**Correctional Officer Chief's Name (Print)**       **Correctional Officer Chief's Signature**       **Date**

**REVIEW:** Refer to IR #12-205-0191F.

DONALD JACKSON
ASSISTANT WARDEN                      _[signature]_                      1-23-12
**Warden's Name (Print)**       **Warden's Signature**       **Date**

DC6-210 (Effective )       Incorporated by Reference in Rule 33-602.210, F.A.C.       Page 1 of 2

Ex. B 089

# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

**Reporting Institution:** Florida State Prison

**Reporting Employee:** Officer Eric Young

**Employee ID Number:** ▮▮▮▮

**Person(s) Involved:** I/M PALMER, LeSamuel DC# L41847

**Incident Report Number:** 12-205-0191Fc

**PREA Number:**

**Date of incident:** January 19, 2012

**Time of incident:** 6:55 PM

**Witness(es):**

Control Room Log Entry Made: ☐ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☐ No
Duty Warden Notified: ☐ Yes ☐ No  Time: 7:15 p
EAC Notified: ☐ Yes ☐ No  Time: 7:30 p
Supporting Documents Attached

Disciplinary Report Initiated: ☐ Yes ☐ No
Work Order Initiated: ☐ Yes ☐ No
MINS Initiated: ☐ Yes ☐ No
Duty Officer Name: Wynn

**DETAILS OF INCIDENT:** At approximately 6:55 PM on Thursday, January 19, 2012 while assigned as Internal Security, I responded to B-Wing due to a spontaneous physical use of force on Inmate PALMER, LeSamuel DC# L41847. I witnessed Sergeant William Warner, Sergeant Ronnie Morris, Sergeant Edward Duncan and Officer Stephen Douglass use physical force on Inmate PALMER. I placed a black box and waist chain onto inmate PALMER and assisted Inmate PALMER to his feet and escorted Inmate PALMER to medical triage. I then escorted Inmate PALMER to Q1306S. I then escorted inmate PALMER to the third floor shower where I removed the restraints and conducted a strip search, I then replaced the restraints and escorted Inmate PALMER to cell Q1306S without incident. No Force was utilized by this writer.

Officer Eric Young
**Reporting Employee's Name (Print)**

**Reporting Employee's Signature**

January 19, 2012
**Date**

**Shift Supervisor/ Department Head**
**COMMENT:** Refer to Incident Report # 12-205-0191F.

Captain Jonathan Rizer
**Shift Supervisor's/ Department Head's Name (Print)**

**Shift Supervisor's Signature**

January 19, 2012
**Date**

**REVIEW:** noted

MAJOR ANDREW P. SMITH
**Correctional Officer Chief's Name (Print)**

**Correctional Officer Chief's Signature**

1-23-12
**Date**

**REVIEW:** Refer to IR # 12-205-0191F.

DONALD JACKSON
ASSISTANT WARDEN
**Warden's Name (Print)**

**Warden's Signature**

1-23-12
**Date**

DC6-210 (Effective )   Incorporated by Reference in Rule 33-602.210, F.A.C.   Page 1 of 2

Ex. B 090

# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

**Reporting Institution:** Florida State Prison

**Incident Report Number:** 12-205-0191Fd

**Reporting Employee:** Sergeant Gary Holtom

**PREA Number:**

**Employee ID Number:** ▮▮▮

**Date of incident:** January 19, 2012

**Person(s) Involved:** I/M PALMER, LeSamuel DC# L41847

**Time of incident:** 6:55 PM

**Witness(es):**

Control Room Log Entry Made: ☐ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☐ No
Duty Warden Notified: ☐ Yes ☐ No  Time: 7:15 p
EAC Notified: ☐ Yes ☐ No  Time: 7:30 p
Supporting Documents Attached ____

Disciplinary Report Initiated: ☐ Yes ☐ No
Work Order Initiated: ☐ Yes ☐ No
MINS Initiated: ☐ Yes ☐ No
Duty Officer Name: Wynn

**DETAILS OF INCIDENT:**  At approximately 7:00 PM on Thursday, January 19, 2012 while H-Wing housing supervisor, I was summoned to the Florida State Prison Medical Clinic due to a spontaneous physical use of force on Inmate PALMER, LeSamuel DC# L41847. At approximately 7:18 PM Inmate PALMER was observed lying on the Clinic holding cell floor. I then grasped Inmate PALMER'S left arm with both of my hands utilizing a custodial touch, Officer Jeffery Wiggins and I assisted Inmate PALMER to his feet and physically escorted Inmate PALMER to the Medical Triage, to receive a post use of force physical. At approximately 7:38 PM Officer Jeffery Wiggins and myself escorted Inmate PALMER from the Medical triage to Q-Wing cell Q1306S utilizing a custodial touch.  No Force was utilized by this writer.

Sergeant Gary Holtom
**Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | January 19, 2012 **Date**

**Shift Supervisor/ Department Head**
**COMMENT:** Refer to Incident Report # 12-205-0191F.

Captain Jonathan Rizer
**Shift Supervisor's/ Department Head's Name (Print)** | **Shift Supervisor's Signature** | January 19, 2012 **Date**

**REVIEW:** noted

MAJOR ANDREW P. SMITH
**Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | 1-23-12 **Date**

**REVIEW:** Refer to IR #12-205-0191F.

DONALD JACKSON
ASSISTANT WARDEN
**Warden's Name (Print)** | **Warden's Signature** | 1-23-12 **Date**

DC6-210 (Effective )    Incorporated by Reference in Rule 33-602.210, F.A.C.    Page 1 of 2

Ex. B 091

DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Florida State Prison | **Incident Report Number:** | 12-205-0191Fe |
| **Reporting Employee:** | Officer Jeffery Wiggins | **PREA Number:** | |
| **Employee ID Number:** | ▆▆▆ | **Date of incident:** | January 19, 2012 |
| **Person(s) Involved:** | I/M PALMER, LeSamuel DC# L41847 | **Time of incident:** | 6:55 PM |
| | | **Witness(es):** | |

Control Room Log Entry Made: ☐ Yes ☐ No    Disciplinary Report Initiated: ☐ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☐ No    Work Order Initiated: ☐ Yes ☐ No
Duty Warden Notified: ☐ Yes ☐ No  Time: 7:15 p   MINS Initiated: ☐ Yes ☐ No
EAC Notified: ☐ Yes ☐ No  Time: 7:30 p   Duty Officer Name: Wynn
Supporting Documents Attached ____

**DETAILS OF INCIDENT:**  At approximately 7:00 PM on Thursday, January 19, 2012 while assigned as Internal Security, I was summoned to the Florida State Prison Medical Clinic due to a spontaneous physical use of force on Inmate PALMER, LeSamuel DC# L41847. At approximately 7:18 PM Inmate PALMER was observed lying on the Clinic holding cell floor. I then grasped Inmate PALMER'S right arm with both of my hands utilizing a custodial touch, Sergeant Gary Holtom and I assisted Inmate PALMER to his feet and physically escorted Inmate PALMER to the Medical Triage, to receive a post use of force physical. At approximately 7:38 PM Sergeant Gary Holtom and myself escorted Inmate PALMER from the Medical triage to Q-Wing cell Q1306S utilizing a custodial touch.  No Force was utilized by this writer.

Officer Jeffery Wiggins
**Reporting Employee's Name (Print)**       **Reporting Employee's Signature**      January 19, 2012  **Date**

**Shift Supervisor/ Department Head**
**COMMENT:**  Refer to Incident Report # 12-205-0191F.

Captain Jonathan Rizer
**Shift Supervisor's/ Department Head's Name (Print)**   **Shift Supervisor's Signature**   January 19, 2012 **Date**

**REVIEW:** noted —

MAJOR ANDREW P. SMITH
**Correctional Officer Chief's Name (Print)**   **Correctional Officer Chief's Signature**   1-23-12 **Date**

**REVIEW:** Refer to IR #12-205-0191F

DONALD JACKSON
ASSISTANT WARDEN
**Warden's Name (Print)**   **Warden's Signature**   1-23-12 **Date**

Ex. B 092

# Witness Statement

| State of Florida | Log # | Department of Corrections |
|---|---|---|

## I. Identifying Inmate Information

DC # L41847    Inmate Name Palmer, Lesamuel B/M

Violation Code and Short Title Use of Force

Use of Force # _____

Date Report Written 1-19-12

## II. Witness

- [ ] Staff Member: Name and Position _____
- [ ] Other Individual: Name _____
- [✓] Inmate: DC # L41847   Name Palmer, Lesamuel B/M

## III. Voluntary Refusal

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____ Date _____

Signature of Investigating Officer _____ Date _____

## IV. Statement

IT First should be noted that I sent Request Form to cpt Normal and spoke to my mental health counsel about my life was threaten by being on B-wing.

I was asked by the sgt do i want to fight the I/m I shook my head no. The sgt then pull the I/m out and took him to the shower. That Sgt on my back like in min five later to pull me out which can be seen by the wing camer. When I reach the shower I notice the I/m had no cuff on. Then the sgt took the cuffs off of me. Then I was attack by the I/m, I defended myself then the officer attacked

me about 4 start punching me Etc. At no Time did i Attempt to stab an officer they had what ever weapon it was. The g cars come from all 4 of them Trying to get hits in on me.

It also should be noted that I had wrote 303 form concerning that Some Sgt He had wrote me an PR stating that I Reach hit him doing an Use of Force on me on O C-wing. I was Attacked by the I/m with the Assist of Tw officers I defended myself. I only bite the Inmate

Witness Signature _____ Date 1/18/12

Signature of Investigating Officer _____ Date 1-19-12

DC6-112C (Revised 8/06)    Original: Inmate File    Copy: Central Office

Ex. B 093

Witness Statement

| State of Florida | Log # | Department of Corrections |

## I.   Identifying Inmate Information

DC # L41847          Inmate Name Palmer Lasamuel B/M

Violation Code and Short Title   Use of Force

Use of Force # _____

Date Report Written   1-19-12

## II.   Witness

☐ Staff Member:  Name and Position_____

☐ Other Individual:  Name_____

☐ Inmate:   DC # R72124          Name Williams, Rashard

## III.   Voluntary Refusal

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____   Date_____

Signature of Investigating Officer_____   Date_____

## IV.   Statement

Refused to make Statement

Witness Signature Refused          Date 1-19-12

Signature of Investigating Officer          Date 1-19-12

DC6-112C (Revised 8/06)          Original:  Inmate File          Copy:  Central Office

Ex. B 094

```
01/20/2012           FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
MINO101                MINS INCIDENT REPORT                    TIME 11:43
```

```
PREPARED BY: ████  EVERDEN, JUDITH M.       INCIDENT NUMBER: 0000421710
INCIDENT TYPE: 27A IN SELF DEFENSE          STATUS OF INCIDENT: USE OF FOR
REPORT DATE:  01/20/2012                     REPORT TIME:   10:29
INCIDENT DATE: 01/19/2012                    INCIDENT TIME: 18:55
REPORT LOCATION: 205 FLORIDA STATE PRISON    REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 01/19/2012      180 DAY CASE: N
IG NUMBER:                                   UOF NUMBER:
IG ASSIGNED:                                 DATE IG ASSIGNED:
INCIDENT LOCATION: 63 CONFINEMENT            DAY CODE: 4     SHIFT CODE: 3
INJURIES: Y       STG/STI INVOLVEMENT: N     PHYSICAL EVIDENCE RECOVERED: Y
USE OF FORCE: Y    CONFIDENTIAL: N           INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N            CHEMICAL AGENTS USED: N
DORM/WING/FLOOR/CELL/BED: B-1-2-22-S         SPONTANEOUS UOF: Y
FORCE TYPE: PHY: Y  CHM: N  MED RSTR: N      VIDEO: HANDHELD: Y   WING: Y
```

```
            NAME              TITLE              BIRTHDATE  R S   ID NUMBER
   --------------------  ----------------------  ---------- - - ----------------
PARTICIPANT (S)
   WARNER, WILLIAM M.    CORRECTIONAL OFFICER SE            1 1  ██
   YOUNG, ERIC S.        CORRECTIONAL OFFICER               1 1  ██
   DUNCAN, EDWARD B.     CORRECTIONAL OFFICER SE            2 1  ██
   MORRIS, RONNIE L.     CORRECTIONAL OFFICER SE            1 1  ██
   DOUGLASS, STEPHEN K.  CORRECTIONAL OFFICER               1 1  ██
SUBJECT (S)
   PALMER, LESAMUEL   .  ACTIVE INMATE          03/06/1980 2 1 L41847
WITNESSES (S)
   WILLIAMS, RASHARD L.  ACTIVE INMATE                     2 1 K72121
   GRAY, CHRISTIAN B.    CORRECTIONAL OFFICER
```



```
   CONTRABAND RECOVERED            QUANTITY     UNIT OF MEASURE
   -------------------------------  ---------    ---------------
```

```
DESCRIPTION OF PHYSICAL EVIDENCE:
      HOMEMADE ICE-PICK TYPE WEAPON FASHIONED OUT OF FENCE WIRE
      APPROXIMATELY FOUR INCHES LONG, SHARPENED TO A POINT ON ONE
      END AND WRAPPED WITH A CLOTHE FOR A HANDLE AT THE OTHER END.
```

```
MEDICAL DEPT. DESCRIPTION OF INJURIES:
      INMATE PALMER RECEIVED A POST USE OF FORCE PHYSICAL BY SRN
      BOUGHNER WITH THE FOLLOWING INJURIES NOTED: SMALL ABRASION
      TO THE LEFT EYBROW, LEFT AND RIGHT KNEE ABRASION, RIGHT
      ELBOW SCRATCH, TOP OF RIGHT HEAL SMALL LACERATION, LEFT
      SHOULDER REDNESS, REDNESS AT NASAL BRIDGE AND WHITE POWDER
      AROUND NOSE AND MOUTH.  OFFICER DOUGLASS RECEIVED A POST USE
      OF FORCE PHYSICAL BY RN BLANDO WITH THE FOLLOWING INJURIES
      NOTED: SUPERFICIAL SCRATCH TO RIGHT ELBOW. SERGEANT MORRIS
      RECEIVED A POST USE OF FORCE PHYSICAL BY SLPN FINLEY WITH
```

01/20/2012          FLORIDA DEPARTMENT OF CORRECTIONS        PAGE:  2
MINO101              MINS INCIDENT REPORT          TIME 11:43
THE FOLLOWING INJURIES NOTED: ONE CUT TO THE LEFT MIDDLE
FINGER.   INMATE WILLIAMS RECEIVED A POST ASSAULT PHYSICAL BY
SLPN SIRMANS WITH THE FOLLOWING INJURIES NOTED: MULTIPLE
SUPERFICIAL ABRASIONS OVER SEVEN NOTED ABOVE AREA TO HIS
UPPER PORTIONS OF HIS BODY.

DESCRIPTION OF INCIDENT:
SERGEANT MORRIS REPORTS THAT WHILE CONDUCTING SHOWER
PROCEDURES ON B-WING WITH OFFICER DOUGLASS THEY PLACED
INMATE PALMER, SAMUEL #L41847, HOUSED IN CELL B1-222S IN THE
SHOWER STALL NEXT TO INMATE WILLIAMS, RASHARD
#K72121. INMATE PALMER MANIPULATED THE HAND RESTRAINTS,
FREEING HIS RIGHT HAND AND THEN STABBED INMATE WILLIAMS
THROUGH THE SHOWER BARS WITH WHAT APPEARED TO BE AN ICE PICK
TYPE WEAPON. SERGEANT MORRIS PLACED HIS LEFT HAND ON INMATE
PALMER'S LEFT SHOULDER STOPPING THE ATTACK AND WITH THE
ASSISTANCE OF SERGEANT DUNCAN, OFFICER DOUGLASS, SERGEANT
WARNER AND OFFICER YOUNG FORCE WAS UTILIZED ON INMATE PALMER
TO PREVENT FURTHER ASSAULT ON INMATE WILLIAMS AND STAFF.
INMATE PALMER RECEIVED A POST USE OF FORCE PHYSICAL BY SLPN
SIRMANS WITH INJURIES NOTED. SERGEANT WARNER RECEIVED A POST
USE OF FORCE PHYSICAL BY RN BLANDO WITH NO INJURIES NOTED.
OFFICER DOUGLASS RECEIVED A POST USE OF FORCE PHYSICAL WITH
INJURIES NOTED. OFFICER YOUNG RECEIVED A POST USE OF FORCE
PHYSICAL BY RN BLANDO WITH NO INJURIES NOTED. SERGEANT
DUNCANRECEIVED A POST USE OF FORCE PHYSICAL BY SLPN FINELEY
WITH NO INJURIES NOTED. SERGEANT MORRIS RECEIVED A POST USE
OF FORCE PHYSICAL WITH INJURIES NOTED. EAC OFFICER WYNN WAS
NOTIFIED AND GAVE UOF #871. DUTY WARDEN NOTIFIED. INMATE
PALMER RECEIVED DR'S FOR 1-7 AGGRAVATED BATTERY ON AN
OFFICER, 1-10 AGGRAVATED BATTERY ON AN INMATE, 3-1
POSSESSION OF A WEAPON AND 9-33 DEFEATING A SECURITY DEVICE.

```
01/20/2012            FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
  MINO101                 MINS INCIDENT REPORT                     TIME 11:39


PREPARED BY:         EVERDEN, JUDITH M.        INCIDENT NUMBER: 0000421726
INCIDENT TYPE: 10H EXCESSIVE FORCE            STATUS OF INCIDENT: ENTERED
REPORT DATE:   01/20/2012                     REPORT TIME:    11:32
INCIDENT DATE: 01/19/2012                     INCIDENT TIME: 18:55
REPORT LOCATION: 205 FLORIDA STATE PRISON     REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 01/19/2012       180 DAY CASE: N
IG NUMBER:                                    UOF NUMBER:
IG ASSIGNED:                                  DATE IG ASSIGNED:
INCIDENT LOCATION: 01 HOUSING AREA            DAY CODE: 4    SHIFT CODE: 3
INJURIES: N      STG/STI INVOLVEMENT: N       PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    CONFIDENTIAL: N            INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N             CHEMICAL AGENTS USED: N


        NAME               TITLE        BIRTHDATE  R S   ID NUMBER
-------------------- ---------------------- ---------- - - ----------------
COMPLAINANT (S)
  RIZER, JONATHAN D.  CORRECTIONAL OFFICER CA            1 1
SUBJECT (S)
  WARNER, WILLIAM M.  CORRECTIONAL OFFICER SE            1 1
  YOUNG, ERIC S.      CORRECTIONAL OFFICER              1 1
  DUNCAN, EDWARD B.   CORRECTIONAL OFFICER SE            2 1
  MORRIS, RONNIE L.   CORRECTIONAL OFFICER SE            1 1
  DOUGLASS, STEPHEN K. CORRECTIONAL OFFICER             1 1
VICTIMS (S)
  PALMER, LESAMUEL  . ACTIVE INMATE       03/06/1980 2 1 L41847


   CONTRABAND RECOVERED        QUANTITY     UNIT OF MEASURE
-------------------------------  ---------   ---------------


DESCRIPTION OF INCIDENT:
     CAPTAIN RIZER REPORTS THAT INMATE PALMER, SAMUEL #L41847,
     HOUSED IN CELL B1-222S, CLAIMED B-WING STAFF WERE LETTING
     HIM AND INMATE WILLIAMS FIGHT AND WHEN HE GOT THE BEST OF
     INMATE WILLIAMS THEY ALL JUMPED ON HIM.
```



```
01/20/2012           FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
  MINO101                  MINS INCIDENT REPORT                    TIME 12:15


PREPARED BY:          EVERDEN, JUDITH M.         INCIDENT NUMBER: 0000421729
INCIDENT TYPE: 17L BATTERY OF LAW ENFORCEMENT    STATUS OF INCIDENT: ENTERED
REPORT DATE:   01/20/2012                        REPORT TIME:    11:57
INCIDENT DATE: 01/19/2012                        INCIDENT TIME: 18:55
REPORT LOCATION: 205 FLORIDA STATE PRISON        REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 01/19/2012          180 DAY CASE: N
IG NUMBER:                                       UOF NUMBER:
IG ASSIGNED:                                     DATE IG ASSIGNED:
INCIDENT LOCATION: 01 HOUSING AREA               DAY CODE: 4      SHIFT CODE: 3
INJURIES: Y       STG/STI INVOLVEMENT: N         PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    CONFIDENTIAL: N               INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N                CHEMICAL AGENTS USED: N



        NAME                    TITLE           BIRTHDATE  R S    ID NUMBER
-------------------- ---------------------- ---------- - - ----------------
SUBJECT (S)
  PALMER, LESAMUEL  .  ACTIVE INMATE          03/06/1980 2 1 L41847
VICTIMS (S)
  MORRIS, RONNIE L.    CORRECTIONAL OFFICER SE              1 1
WITNESSES (S)
  WILLIAMS, RASHARD L. ACTIVE INMATE                        2 1 K72121
  DOUGLASS, STEPHEN K. CORRECTIONAL OFFICER                 1 1
```



```
    CONTRABAND RECOVERED           QUANTITY     UNIT OF MEASURE
------------------------------    ---------    ---------------


DESCRIPTION OF INCIDENT:
     SERGEANT MORRIS REPORTS THAT WHILE ASSIGNED AS B-WING HE WAS
     CONDUCTING SHOWER PROCEDURES WHEN INMATE PALMER, SAMUEL
     #L41847, HOUSED IN CELL B1-222S, MANIPULATED HIS HAND
     RESTRAINTS AND BEGAN STABBING INMATE WILLIAMS THROUGH THE
     CELL BARS. SERGEANT MORRIS GRASPED INMATE PALMER AND PULLED
     HIM BACK AND INMATE PALMER RESISTED AND STABBED SERGEANT
     MORRIS IN THE LEFT HAND WITH A HOMEMADE ICE PICK TYPE
     WEAPON. SERGEANT MORRIS WAS EVALUATED BY SLPN FINELY WITH A
     CUT TO THE MIDDLE FINGER NOTED. OPTA COMP SUBMITTED AND
     HEALTH AND SAFETY NOTIFIED. INMATE PALMER RECEIVED A DR FOR
     1-17 AGGRAVATED BATTERY ON A CORRECTIONAL OFFICER. INMATE
     PALMER WAS RE-HOUSED IN CELL Q1-306S.
```

Ex. B 098

```
  01/20/2012            FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
   MINO101                   MINS INCIDENT REPORT                     TIME 12:45


  PREPARED BY:          EVERDEN, JUDITH M.     INCIDENT NUMBER: 0000421734
  INCIDENT TYPE: 17L BATTERY OF LAW ENFORCEMENT  STATUS OF INCIDENT: ENTERED
  REPORT DATE:   01/20/2012                     REPORT TIME:    12:15
  INCIDENT DATE: 01/19/2012                     INCIDENT TIME: 18:55
  REPORT LOCATION: 205 FLORIDA STATE PRISON     REPORT REGION: 2
  DATE REPORTED TO MANAGEMENT: 01/19/2012       180 DAY CASE: N
  IG NUMBER:                                    UOF NUMBER:
  IG ASSIGNED:                                  DATE IG ASSIGNED:
  INCIDENT LOCATION: 01 HOUSING AREA            DAY CODE: 4      SHIFT CODE: 3
  INJURIES: Y        STG/STI INVOLVEMENT: N     PHYSICAL EVIDENCE RECOVERED: N
  USE OF FORCE: N    CONFIDENTIAL: N            INCIDENT VIDEO TAPED: N
  ELECTRONIC RESTRAINING DEVICES: N             CHEMICAL AGENTS USED: N



           NAME                 TITLE        BIRTHDATE  R S    ID NUMBER
  -------------------- ---------------------- ---------- - - ---------------
  SUBJECT (S)
    PALMER, LESAMUEL  .  ACTIVE INMATE        03/06/1980 2 1 L41847
  VICTIMS (S)
    DOUGLASS, STEPHEN K. CORRECTIONAL OFFICER            1 1
  WITNESSES (S)
    WILLIAMS, RASHARD L. ACTIVE INMATE                   2 1 K72121
    MORRIS, RONNIE L.    CORRECTIONAL OFFICER SE         1 1
```



```
     CONTRABAND RECOVERED        QUANTITY     UNIT OF MEASURE
  ------------------------------ ---------    ---------------
```

DESCRIPTION OF INCIDENT:
    OFFICER DOUGLASS REPORTS THAT WHILE ASSIGNED AS B-WING HE
    WAS CONDUCTING SHOWER PROCEDURES WITH SERGEANT MORRIS WHEN
    INMATE PALMER, SAMUEL #L41847, HOUSED IN CELL  B1-222S,
    MANIPULATED HIS HAND RESTRAINTS AND BEGAN STABBING INMATE
    WILLIAMS THROUGH THE CELL BARS. OFFICER DOUGLASS GRASPED
    INMATE PALMER'S RIGHT LOWER ARM WITH BOTH OF HIS HANDS AND
    INMATE PALMER WAS STABBING AT OFFICER DOUGLASS WITH A
    HOMEMADE ICE PICK TYPE WEAPON. OFFICER DOUGLASS WAS
    EVALUATED BY RN BLANDO WITH A SUPERFICIAL SCRATCH TO THE
    RIGHT ELBOW NOTED. OPTA COMP SUBMITTED AND HEALTH AND
    SAFETY NOTIFIED. INMATE PALMER RECEIVED A DR FOR 1-17
    AGGRAVATED BATTERY ON A CORRECTIONAL OFFICER. INMATE PALMER
    WAS RE-HOUSED IN CELL Q1-306S.

Ex. B 099

```
01/20/2012              FLORIDA DEPARTMENT OF CORRECTIONS                PAGE:  1
  MINO101                    MINS INCIDENT REPORT                       TIME 12:56


PREPARED BY: ███████ EVERDEN, JUDITH M.        INCIDENT NUMBER: 0000421741
INCIDENT TYPE: 17D AGGRAVATED ASSAULT          STATUS OF INCIDENT: ENTERED
REPORT DATE:   01/20/2012                      REPORT TIME:    12:46
INCIDENT DATE: 01/19/2012                      INCIDENT TIME: 18:55
REPORT LOCATION: 205 FLORIDA STATE PRISON      REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 01/19/2012        180 DAY CASE: N
IG NUMBER:                                     UOF NUMBER:
IG ASSIGNED:                                   DATE IG ASSIGNED:
INCIDENT LOCATION: 01 HOUSING AREA             DAY CODE: 4       SHIFT CODE: 3
INJURIES: Y        STG/STI INVOLVEMENT: N      PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    CONFIDENTIAL: N             INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N              CHEMICAL AGENTS USED: N


             NAME                 TITLE         BIRTHDATE  R S   ID NUMBER
   -------------------- ----------------------- ---------- - - ----------------
COMPLAINANT (S)
  MORRIS, RONNIE L.    CORRECTIONAL OFFICER SE ███████████  1 1 ██████
SUBJECT (S)
  PALMER, LESAMUEL  .  ACTIVE INMATE           03/06/1980 2 1 L41847
VICTIMS (S)
  WILLIAMS, RASHARD L. ACTIVE INMATE           ██████████ 2 1 K72121
WITNESSES (S)
  DOUGLASS, STEPHEN K. CORRECTIONAL OFFICER    ██████████  1 1 ██████


     CONTRABAND RECOVERED        QUANTITY     UNIT OF MEASURE
   ------------------------------- ---------   ---------------
```

DESCRIPTION OF INCIDENT:
     SERGEANT MORRIS REPORTS THAT WHILE ASSIGNED AS B-WING HE WAS
     CONDUCTING SHOWER PROCEDURES WHEN INMATE PALMER, SAMUEL
     #L41847, HOUSED IN CELL B1-222S, MANIPULATED HIS HAND
     RESTRAINTS AND BEGAN STABBING INMATE WILLIAMS, RASHARD
     #K72121, HOUSED IN CELL B1-218S THROUGH THE CELL
     BARS OF THE SHOWER WITH A HOMEMADE ICE PICK TYPE WEAPON.
     INMATE WILLIAMS WAS EVALUATED IN THE CLINIC BY SLPN SIRMANS
     WITH THE FOLLOWING INJURIES NOTED: MULTIPLE SUPERFICIAL
     ABRASIONS OVER SEVEN AREAS NOTED IN THE UPPER PORTIONS OF
     HIS BODY. INMATE PALMER RECEIVED A DISCIPLINARY REPORT FOR
     1-10 AGGRAVATED BATTERY ON AN INMATE. REPORT OF INJURY
     COMPLETED AND HEALTH AND SAFETY NOTIFIED. INMATE PALMER WAS
     RE-HOUSED IN CELL Q1-306S.

```
01/20/2012              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
  MINO101                   MINS INCIDENT REPORT                     TIME 13:04


PREPARED BY:          EVERDEN, JUDITH M.       INCIDENT NUMBER: 0000421742
INCIDENT TYPE: 23D RECOVERY/POSSESSION         STATUS OF INCIDENT: ENTERED
REPORT DATE:   01/20/2012                      REPORT TIME:   12:56
INCIDENT DATE: 01/19/2012                      INCIDENT TIME: 18:55
REPORT LOCATION: 205 FLORIDA STATE PRISON      REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 01/19/2012        180 DAY CASE: N
IG NUMBER:                                     UOF NUMBER:
IG ASSIGNED:                                   DATE IG ASSIGNED:
INCIDENT LOCATION: 01 HOUSING AREA             DAY CODE: 4      SHIFT CODE: 3
INJURIES: N       STG/STI INVOLVEMENT: N       PHYSICAL EVIDENCE RECOVERED: Y
USE OF FORCE: N   CONFIDENTIAL: N              INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N              CHEMICAL AGENTS USED: N


          NAME               TITLE        BIRTHDATE  R S   ID NUMBER
-------------------- ----------------------- ---------- - - ----------------
COMPLAINANT (S)
  MORRIS, RONNIE L.   CORRECTIONAL OFFICER SE            1 1
SUBJECT (S)
  PALMER, LESAMUEL  .  ACTIVE INMATE          03/06/1980 2 1 L41847
WITNESSES (S)
  DOUGLASS, STEPHEN K. CORRECTIONAL OFFICER                1 1


     CONTRABAND RECOVERED         QUANTITY    UNIT OF MEASURE
-------------------------------   ---------   ---------------


DESCRIPTION OF INCIDENT:
     SERGEANT MORRIS REPORTS THAT WHILE ASSIGNED AS B-WING
     SUPERVISOR, HE WAS CONDUCTING SHOWER PROCEDURES WHEN INMATE
     PALMER, SAMUEL #L41847, HOUSED IN CELL B1-222S, WAS PLACED
     IN THE SHOWER AND MANIPULATED HIS RESTRAINTS AND BEGAN
     STABBING AN INMATE THAT WAS IN THE SHOWER BESIDE HIM.
     OFFICER DOUGLASS AND SERGEANT MORRIS RECOVERED A HOMEMADE
     ICE-PICK TYPE WEAPON APPROXIMATELY FOUR INCHES IN LENGTH,
     FASHIONED OUT OF FENCE WIRE, SHARPENED TO A POINT ON ONE END
     AND A CLOTHE ON THE OTHER END FOR A HANDLE. INMATE PALMER
     RECEIVED A DISCIPLINARY REPORT FOR 3-1 POSSESSION OF A
     WEAPON. THE HOMEMADE WEAPON WAS PLACED IN THE DR
     INVESTIGATORS BOX.
```

Ex. B 101