UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LESAMUEL PALMER,

    Plaintiff,

v.                                Case No. 3:14-cv-362-J-20JBT

RONNIE L. MORRIS, et al.,

    Defendants.
_____/

## DECLARATION OF ALBERT CARL MAIER, M.D.

    I, **Albert Carl Maier**, pursuant to 28 U.S.C. § 1746, make this unsworn declaration under penalty of perjury, declare that the statements made below are true and state:

    1. My name is Albert Carl Maier. Since 1978, I have been licensed to practice Medicine in the State of Florida. I have been employed with the Florida Department of Corrections ("FDC") since April 2015. I serve as Senior Physician for the FDC in Central Office. Prior to becoming a Senior Physician for the FDC, I was the Medical Director of Reception and Medical Center.

    2. As part of my regular duties I am an employee familiar with the manner and process in which inmate medical records are created and maintained by virtue of my duties and responsibilities.

    3. I was asked by the Office of the Attorney General to review the medical records attached to this declaration, which total 3 pages.

    4. The medical documents attached to this declaration are true and correct copies of documents contained in the official records of the FDC.

    5. These documents were made at or near the time of the occurrences of the matters set forth by, or from information transmitted by, people with knowledge of those matters.

    6. These documents are kept in the course of regularly conducted business activity within the medical file of Lesamuel Palmer

    7. It is the regular practice of the FDC to make, keep, and maintain these medical records during the course of regularly conducted business.

    8. The foregoing facts are known by me to be true and correct based upon my

review of the record. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

*[signature]*                        2.6.2017
**ALBERT CARL MAIER, M.D.**        **Date**
**Declarant**

Ex. C 002

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**FRACTURE/DISLOCATION/SPRAIN PROTOCOL**

**SUBJECTIVE:** Date: 1-19-12  Time: 2310  Age: 31  ☐ Sick Call  ☒ EMID
Allergies: NKDA
Current Medications: Wellbutrin, Lisinopril, Atenolol
Date of last Tetanus Toxoid: ~~to to it~~ error
Chief Complaint: ① Shoulder pain
Mechanism of injury (MOI): SPUOF
Hx of previous dislocations? ☒ No ☐ Yes → Joint/s involved: ___ When? ___
Location of pain: ① shoulder   Pain level: ☐0 ☐1 ☐2 ☐3 ☐4 ☒5 ☐6 ☐7 ☐8 ☐9 ☐10

**OBJECTIVE:** Temp: 97.0  Pulse: 102  Resp: 18  Blood Pressure: 141/83  O2 sat: 100%  Weight: ___
Pulse distal to injury: ☒ Present ☐ Absent ☐ N/A (fingers/toes)  Quality: ☒ Strong ☐ Moderate ☐ Weak
Pallor: Color of skin around the injury site: ☒ Pink ☐ Pale ☐ White ☐ Ecchymotic ☐ Hematoma
  Temperature of skin around the injury site: ☐ Warm ☐ Cool ☐ Cold
  Capillary refill (blanching) test: ☒ Less than 2 seconds ☐ Greater than 2 seconds
Paresthesia: Extremity numbness? ☒ No ☐ Yes   Extremity tingling? ☒ No ☐ Yes
Paralysis: Is patient able to move affected extremity (i.e., pt. is able to bend elbow, wiggle fingers, etc.)? ☐ No ☒ Yes
Swelling: ☒ None ☐ Mild ☐ Moderate ☐ Severe
Deformity present: ☒ No ☐ Yes If yes, describe: ___
Skin intact: ☐ No ☒ Yes → ☐ Abrasion ☐ Laceration → Use also "Abrasion/laceration Protocol," DC4-683V/ for appropriate care.
Bleeding: ☒ N/A ☐ No ☐ Yes → Use also "Abrasion/Laceration Protocol," DC4-683V for appropriate care.
Additional comments/findings: ___

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Patient has possible fracture and/or dislocation
☐ Patient has poor color, temperature, or sensation of affected limb.
☐ Bleeding not controlled with 10 minutes of direct pressure.

**PLAN**
☐ Clinician notified: ___  Time: ___
☐ Orders from clinician: ___
☐ EMS activated as ordered.
☐ Control bleeding with direct pressure for 10 minutes to bleeding site.
☐ Splint joint above and below suspected fracture/dislocation site.
☐ Apply arm sling
☐ Elevate affected limb.
☐ Apply covered ice pack to affected area for 15 – 20 minutes.
☒ Give ibuprofen 200mg 2-3 tablets by mouth for pain OR ☐ acetaminophen 325mg 2 tablets by mouth for pain now
☐ Give T-Dap 0.5mg IM if last tetanus injection was greater than 5 years ago and skin has been broken.
☐ Apply ace wrap PRN (wrap distal to proximal, i.e., wrap up toward the heart)
☐ Provide crutches PRN
☐ Recheck affected distal pulse prior to discharge: ☐ Strong ☐ Moderate ☐ Weak
☐ Issue Pass: ___  ☐ Other: ___

**EDUCATION**
☒ Inmate instructed to report any skin discoloration (i.e., increasing paleness), coolness, tingling, numbness, or increase in pain (severe) in affected extremity IMMEDIATELY.
☐ Inmate instructed to keep extremity elevated as much as possible for the next 48-72 hours.
☐ Inmate instructed to apply covered ice pack to injury site for 15-20 minutes 3-4 times a day for the first 48 – 72 hours.
☐ Inmate instructed to apply warm, moist towel to injury site for 15-20 minutes 3-4 times a day for comfort after 72 hours.
☐ Inmate instructed on the use of crutches or other assistive devices when applicable.
☐ Inmate instructed on cast care when applicable.
☐ Inmate instructed on the proper way to apply ace wrap.
☐ Other: ___

INMATE NAME: Palmer, LeSamuel
DC#: L4184  RACE: B  SEX: M
DATE OF BIRTH: 3-6-80
INSTITUTION: ESP

Signature: R. McCall
R. McCALL, CMT-C
ESP-MEDICAL
SIGNATURE AND STAMP/ PRINT

DC4-683J (Revised 1/27/11)                        Page 1 of 1

Ex. C 003

# FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:**  ☒ Inmate  ☐ Employee  ☐ Visitor
☒ Post-Use-of-Force Exam  ☐ Injury  ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1855  Time of exam: 1919
Description of occurrence:

_____SPUOF_____

Inmate showered without soap (if post-use of chemical agent)?  ☐ Yes  ☐ Refused  ☒ N/A  error
Vital Signs: Temperature 96.0  Pulse 80  Respiration 21  Blood Pressure #67/41
manual BP 110/70 @ 1936
Arrived via: ☒ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other:_____
Condition on arrival (check all that apply): ☒ Alert  ☒ Oriented x 4 (person, place, time, situation)  ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked where?

Examination summary:
L. eye brow small abrasion, L. knee abrasion, R. knee abrasion, R. elbow scratch, R. top of heal small laceration, white powder of unknown around both nostrils and mouth. Pupils equal and reactive to light. L. shoulder redness; EKG is normal. no deformity, no masses, no swelling L. collar bone. Redness on Nasal bridge.

Physician notified? ☒ No  ☐ Yes  Name:_____  Time:_____
Treatment provided? ☒ No  ☐ Yes  If yes, describe:_____
no treatment needed

Response to Treatment:
no treatment needed

Disposition: ☐ Population  ☒ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☐ Other (explain):

Discharge Instructions and Education:
F/U with sick call PRN

Health Care Provider's Signature and Stamp: C. Boughner SRN  C. BOUGHNER, SRN  Date/Time: 1-19-12 1919
FSP-MEDICAL
Reviewing Physician's Signature and Stamp:_____  Date/Time:_____

Name: Palmer, Lesamichael  Inmate Distribution: White—Health Record
DC#: L41847  Race/Sex: B/M  Canary—Inspector General
Date of Birth: 3-6-85  Pink—Local Requirements
Institution: FSP  Employee Distribution: White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 3/22/11)

Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. C 004

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence  1-19-12
Date injury assessed by medical  1-19-12
Time of occurrence  1855
Time injury assessed by medical  1919

☐ No injury identified

Description of injury  L. eye brow small abrasion; L. knee abrasion; R. knee abrasion; R. elbow scratch; R. heal at top small laceration; L. shoulder redness; white powder around nostrils and mouth, redness on nasal bridge, no deformities, no masses, no swelling L. collar bone

C. Boughner SRN      C. BOUGHNER, SRN
                     FSP-MEDICAL
Staff Signature

Inmate Name  Palmer, Lasamuel
DC#  L41847        Race/Sex  B/M
Date of Birth  3-6-85
Institution  FSP

DC4-708 (Revised 10/07)

This form is not to be amended, revised, or altered without approval by the Office of Health Services- Administration

Incorporated by Reference in Rule 33-602.210, F.A.C.

Ex. C 005