```
              INMATE MOVEMENT/TRANSFER HISTORY AS OF 02/10/17            TIME: 11:15
NAME: PALMER, LESAMUEL                    DOC NO: L41847      STATUS: ACTIVE

THE FOLLOWING ENTRIES REFLECT MOVEMENT BY THE INMATE BETWEEN DEPARTMENT
FACILITIES AS WELL AS RELEASES AND RETURNS FROM OUTSIDE AGENCIES.


                    ---  CURRENT INCARCERATION ---
    DATE      MOVEMENT TYPE          DESTINATION/LOCATION          FROM
 --------   ---------------------   ---------------------   ---------------------
 06/08/04   NEW COMMITMENT          S.F.R.C.                BROWARD
 11/10/04   TRANSFERRED TO          FSP WEST UNIT           S.F.R.C.
 11/10/04   IN TRANSIT AT           R.M.C.- WEST UNIT       S.F.R.C.
 11/12/04   TRANSFERRED TO          FSP WEST UNIT           R.M.C.- WEST UNIT
 07/09/05   OUT TO COURT            BREVARD                 FSP WEST UNIT
 09/20/05   RET.FM.CRT.NO N/S       FSP WEST UNIT           BREVARD
 10/13/05   TRANSFERRED TO          UNION C.I.              FSP WEST UNIT
 10/19/05   OUT TO COURT            BREVARD                 UNION C.I.
 11/04/05   RET.FM.CRT.NO N/S       UNION C.I.              BREVARD
 04/17/07   TRANSFERRED TO          R.M.C.- MAIN UNIT       UNION C.I.
 05/10/07   TRANSFERRED TO          UNION C.I.              R.M.C.- MAIN UNIT
 06/02/08   TRANSFERRED TO          CHARLOTTE C.I.          UNION C.I.
 10/15/09   TRANSFERRED TO          S.F.R.C.                CHARLOTTE C.I.
 12/23/09   TRANSFERRED TO          CHARLOTTE C.I.          S.F.R.C.
```

```
              INMATE MOVEMENT/TRANSFER HISTORY AS OF 02/10/17            TIME: 11:15
NAME: PALMER, LESAMUEL                    DOC NO: L41847      STATUS: ACTIVE

THE FOLLOWING ENTRIES REFLECT MOVEMENT BY THE INMATE BETWEEN DEPARTMENT
FACILITIES AS WELL AS RELEASES AND RETURNS FROM OUTSIDE AGENCIES.


                    ---  CURRENT INCARCERATION ---
    DATE      MOVEMENT TYPE          DESTINATION/LOCATION          FROM
 --------   ---------------------   ---------------------   ---------------------
```

```
 01/19/11   TRANSFERRED TO          R.M.C.- MAIN UNIT       CHARLOTTE C.I.
 01/19/11   IN TRANSIT AT           S.F.R.C.                CHARLOTTE C.I.
 01/20/11   TRANSFERRED TO          R.M.C.- MAIN UNIT       S.F.R.C.
 02/16/11   TRANSFERRED TO          SUWANNEE C.I            R.M.C.- MAIN UNIT
 06/24/11   TRANSFERRED TO          FLORIDA STATE PRISON    SUWANNEE C.I
 12/26/12   TRANSFERRED TO          UNION C.I.              FLORIDA STATE PRISON
 12/27/12   TRANSFERRED TO          FLORIDA STATE PRISON    UNION C.I.
 01/17/13   TRANSFERRED TO          UNION C.I.              FLORIDA STATE PRISON
 09/09/13   TRANSFERRED TO          SANTA ROSA ANNEX        UNION C.I.
 10/08/13   TRANSFERRED TO          UNION C.I.              SANTA ROSA ANNEX
 11/20/13   TRANSFERRED TO          R.M.C.- MAIN UNIT       UNION C.I.
 11/20/13   TRANSFERRED TO          UNION C.I.              R.M.C.- MAIN UNIT
 11/27/13   TRANSFERRED TO          R.M.C.- MAIN UNIT       UNION C.I.
 01/07/14   TRANSFERRED TO          UNION C.I.              R.M.C.- MAIN UNIT
```

Ex. D 001

```
          ▮         ▮    INMATE MOVEMENT/TRANSFER HISTORY AS OF 02/10/17      ▮          ▮    TIME: 11:15
NAME: PALMER, LESAMUEL                       DOC NO: L41847         STATUS: ACTIVE

THE FOLLOWING ENTRIES REFLECT MOVEMENT BY THE INMATE BETWEEN DEPARTMENT
FACILITIES AS WELL AS RELEASES AND RETURNS FROM OUTSIDE AGENCIES.


                         --- CURRENT INCARCERATION ---
   DATE        MOVEMENT TYPE          DESTINATION/LOCATION          FROM
 --------    ---------------------    --------------------    --------------------
 10/14/14    TRANSFERRED TO           SANTA ROSA ANNEX        UNION C.I.
 10/14/14    IN TRANSIT AT            NWFRC ANNEX.            UNION C.I.
 10/21/14    TRANSFERRED TO           SANTA ROSA ANNEX        NWFRC ANNEX.
 10/21/14    TRANSFERRED TO           SANTA ROSA C.I.         SANTA ROSA ANNEX
 02/07/17    TRANSFERRED TO           SANTA ROSA ANNEX        SANTA ROSA C.I.
 02/07/17    TRANSFERRED TO           APALACHEE EAST UNIT     SANTA ROSA ANNEX
 02/07/17    IN TRANSIT AT            NWFRC ANNEX.            SANTA ROSA ANNEX
 02/09/17    TRANSFERRED TO           APALACHEE EAST UNIT     NWFRC ANNEX.
```