

Florida Department of Corrections
Julie L. Jones, Secretary

Home | About Us | Contact Us

Rick Scott, Governor

## Corrections Offender Network
*Inmate Population Information Detail*

(This information was current as of 2/9/2017)



| | |
|---|---|
| DC Number: | L41847 |
| Name: | PALMER, LESAMUEL |
| Race: | BLACK |
| Sex: | MALE |
| Hair Color: | BLACK |
| Eye Color: | BROWN |
| Height: | 5'09" |
| Weight: | 185 lbs. |
| Birth Date: | |
| Initial Receipt Date: | 06/08/2004 |
| Current Facility: | APALACHEE EAST UNIT |
| Current Custody: | CLOSE |
| Current Release Date: | 06/06/2043 |

(Release Date subject to change pending gain time award, gain time forfeiture, or review. A 'TO BE SET' Release Date is to be established pending review.)

VINELink CLICK HERE for Custody Status Updates

**Send money to this inmate.**

**Special Note:**
**See Detainer Section**

| Aliases: | |
|---|---|
| G ALI | LESAMUEL PALMER |

| Scars, Marks, and Tattoos: | | |
|---|---|---|
| Type | Location | Description |
| TATTOO | LEFT ARM | LEROY/ASP/TJ |
| TATTOO | RIGHT ARM | 2 KNIEF/SP/TM |
| TATTOO | RIGHT CHEST | LINJ |

| Current Prison Sentence History: | | | | | |
|---|---|---|---|---|---|
| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
| 05/03/2000 | L/L MOLEST V<12 OFF 18+ | 05/28/2004 | BROWARD | 0019181 | 15Y 0M 0D |
| 01/19/2012 | AGG.BATT.BY DETAINEE | 10/23/2013 | BRADFORD | 1200249 | 30Y 0M 0D |
| 01/19/2012 | BATT.LEO/FIRFGT/EMS/ETC. | 10/23/2013 | BRADFORD | 1200249 | 1Y 0M 1D |
| 01/19/2012 | RESISTING OFFICER W/VIOLEN. | 10/23/2013 | BRADFORD | 1200249 | 5Y 0M 0D |
| 01/19/2012 | CONSTRUC.POSSESS CONTRAB. | 10/23/2013 | BRADFORD | 1200249 | 15Y 0M 0D |

*Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.*

| Detainers: (Further information may be obtained by contacting the detaining agency | | | |
|---|---|---|---|
| Detainer Date | Agency | Type | Date Canceled |
| 05/14/2012 | BRADFORD CO SO | DETAIN | |
| 09/23/2004 | STATESBORO PD | DETAIN | |
| 09/23/2004 | STATESBORO, GA | DETAIN | |
| 09/23/2004 | PH 912-764-1542 | DETAIN | |

| Incarceration History: | |
|---|---|
| Date In-Custody | Date Out-Custody |
| 06/08/2004 | Currently Incarcerated |

[First] [Previous] [Next] [Last]   [Return to List]        [New Search]          Record: 1 of 1

*The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate. This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.*
*For questions and comments, you may contact the Department of Corrections, Bureau of Classification and Central Records, at (850) 488-9859 or go to Frequently Asked Questions About Inmates for more information. This information is made available to the public and law enforcement in the interest of public safety.*

**Search Criteria:** Last Name: palmer First Name: lesamuel Search Aliases: YES Offense Category: ALL County of Commitment: ALL Current Location: ALL

Return to Corrections Offender Information Network