IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR BRADFORD COUNTY, FLORIDA

STATE OF FLORIDA
    Plaintiff,

vs.

LESAMUEL PALMER
    Defendant.

Case Number: 04-2012-CF-000249-A

FELONY DIVISION

## VERDICT

WE THE JURY, find as follows as to the defendant LESAMUEL PALMER in this case:

AS TO COUNT I:

__✓__ 1. The defendant is guilty of Aggravated Battery by Detainee upon Detainee, as charged in Count I of the Information.

_____ 2. The defendant is guilty of the lesser included crime of Aggravated Battery.

_____ 3. The defendant is guilty of the lesser included crime of Battery by Detainee upon Detainee.

_____ 4. The defendant is guilty of the lesser included crime of Battery.

_____ 5. The defendant is not guilty.

AS TO COUNT II:

_____ 1. The defendant is guilty of Aggravated Battery on a Correctional Officer, as charged in Count II of the Information.

_____ 2. The defendant is guilty of the lesser included crime of Aggravated Battery.

__✓__ 3. The defendant is guilty of the lesser included crime of Battery on a Law Enforcement Officer.

_____ 4. The defendant is guilty of the lesser included crime of Battery.

_____ 5. The defendant is not guilty.

Ex. F 001

STATE OF FLORIDA
VS.
LESAMUEL PALMER
04-2012-CF-249-A

**VERDICT (PAGE 2)**

AS TO COUNT III:

__✓__ 1.  The defendant is guilty of Resisting an Officer with violence, as charged in Count III of the Information.

_____ 2.  The defendant is guilty of the lesser included crime of Resisting an Officer without violence.

_____ 3.  The defendant is not guilty.

AS TO COUNT IV:

__✓__ 1.  The defendant is guilty of Possession of a weapon by State Prisoner, as charged in Count IV of the Information.

_____ 2.  The defendant is not guilty.

So say we all, this __23rd__ day of October, 2013, at STARKE, BRADFORD COUNTY, FLORIDA.

███████████████
Foreperson

Ex. F 002