UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LESAMUEL PALMER, A/K/A
KING ZULU M. ALI SHABAZZ,

    Plaintiff,

v.                                      Case No. 3:14-cv-362-J-20JBT

RONNIE L. MORRIS, et al.,

    Defendants.

_____

## ORDER

Plaintiff, an inmate of the Florida penal system, initiated this action by filing a pro se Civil Rights Complaint (Complaint) (Doc. 1) pursuant to 42 U.S.C. § 1983. Plaintiff names as defendants Stephen K. Douglas, Ronnie L. Morris, and Eric Young. Defendants filed a motion for partial summary judgment. Doc. 31 The Court granted in part and denied in part Defendants' motion for partial summary judgment. Doc. 49. The Court dismissed Plaintiff's (1) claims for compensatory and punitive damages claims, (2) claims for injunctive and declaratory relief, and (2) due process and equal protection claims. Id. Further, the Court dismissed the conspiracy claim against Defendant Eric Young. Id. Plaintiff's remaining claims are the (1) excessive force claims against all Defendants, (2) failure to protect claims against all Defendants, and (3) conspiracy claim against Defendants Douglas and Morris.

Now that the motion for partial summary judgment has been resolved, the Court finds that a settlement conference would be beneficial in this action. Therefore, the case is **referred** to the Honorable Joel B. Toomey, United States Magistrate Judge, to

conduct a settlement conference. Defense counsel must contact the chambers of Judge Toomey with proposed dates that they are available for a settlement conference.

The Court will administratively close the case until Judge Toomey either reports settlement or impasse. The Clerk is directed to administratively close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 26 day of March, 2018.

HARVEY E. SCHLESINGER
United States District Judge

sflc

c: LeSamuel Palmer, #L41847
Sean William Gellis, Esq.
David Welch, Esq.