UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LESAMUEL PALMER, A/K/A
KING ZULU M. ALI SHABAZZ,

    Plaintiff,

v.                              Case No. 3:14-cv-362-J-20JBT

RONNIE L. MORRIS, et al.,

    Defendants.
_____

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

1. A settlement conference is set before the undersigned on **Monday**, **May 14, 2018**, **at 10:00 a.m.**, at the United States Courthouse, Courtroom No. 5A, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida.[1] Plaintiff, trial counsel for all parties, and a representative of the division of risk management with full settlement authority shall personally attend the settlement conference. Defendants need not appear in person but must be available telephonically throughout the conference in the event the Court needs to talk about settlement matters.

---

[1] Anyone entering the courthouse must have photo identification. Only lawyers with either a Florida Bar identification card or a pro hac vice order may enter the courthouse with electronic devices. See General Order (Doc. 1), Case No. 6:13-mc-94-Orl-22 (M.D. Fla. 2013).

2. The Department of Corrections is hereby ordered to deliver Plaintiff **Lesamuel Palmer**, Inmate Number L41847, (who is currently incarcerated at Union Correctional Institution) to the United States Courthouse, Courtroom No. 5A, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida, no later than **9:30 a.m. on Monday, May 14, 2018**.

3. Lead counsel must bring a draft settlement agreement that omits any to-be-negotiated terms. The participants should be mindful of the Court's time, but also must be prepared to stay until all settlement possibilities have been exhausted.

4. No later than **May 7, 2018**, each party shall submit for the Court's consideration a memorandum setting forth a brief summary of that party's contentions and position on settlement. These memoranda should not be filed with the Clerk of Court. Defendants may either hand-deliver, fax (904-549-1967), or email (chambers_flmd_toomey@flmd.uscourts.gov) their memorandum directly to the undersigned's chambers. Plaintiff should mail his memorandum to the Clerk for delivery directly to the chambers of the undersigned. Each party may provide a copy to the opposing party at its option. At the conclusion of the settlement conference, whether or not settlement is reached, these memoranda will be destroyed by the Court.

5.  If the parties settle this case at any time prior to the settlement conference, they shall immediately notify the Court by filing the appropriate documentation.

6.  The **Clerk** shall provide a copy of this Order to the United States Marshal's Office, the Court Security Office, the Correctional Services Consultant of the Florida Department of Corrections, as well as the other offices and individuals listed below.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of April, 2018.

*Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

caw 4/5
c:
LeSamuel Palmer, a/k/a King Zulu M. Ali Shabazz, #L41847
Counsel of Record
Division of Risk Management
FDOC Correctional Services Consultant
Warden, Union Correctional Institution
United States Marshal
Court Security Office