UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LESAMUEL PALMER, A/K/A
KING ZULU M. ALI SHABAZZ,

    Plaintiff,

v.                        Case No. 3:14-cv-362-J-20JBT

RONNIE L. MORRIS, et al.,

    Defendants.
_____

**ORDER**

Plaintiff's unopposed Motion for Leave to Take Video Depositions of Prisoner (Docs. 78, 82) is **GRANTED.** Plaintiff's counsel must contact the Warden of Inmate Rashard Williams' (#K72121) institution to arrange an appropriate time and place for the deposition.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of January, 2019.

_____
JOEL B. TOOMEY
United States Magistrate Judge

caw 1/14
c:
Counsel of Record