**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LESAMUEL PALMER,

      Plaintiff,

v.                                                      CASE NO. 3:14-cv-362-J-20JBT

RONNIE L. MORRIS, et al,

      Defendants.

_____

## JOINT STATUS REPORT/ RESPONSE TO COURT ORDER

The Plaintiff, **LeSamuel Palmer DC# L41847**, and the Defendants, **Morris and Douglass**

hereby file this joint status report pursuant to this Court's Order dated 5 June 2019 (ECF No. 86):

1. The parties have conferred about the posture of the case, settlement and trial, generally.

2. Both parties agree that another settlement conference may be fruitful in this case. Counsel for the Plaintiff would ask for an in-person settlement conference to ensure that the parties are fully engaged in the settlement process. Counsel for the Defendants is of the opinion that the it would be more efficient to hold such a proceeding as a telephonic conference due to the travel time to Jacksonville.

3. Both parties would recommend setting a trial date contemporaneous with the future settlement conference in the interests of expediting resolution of this case.

4. Counsel for the Plaintiff, Mr. James V. Cook conferred with the undersigned and both desire the Court to accept this Report as jointly filed by both the Plaintiff and the Defendants, in compliance with said Order.

*LeSamuel Palmer v. Ronnie L. Morris, et al*
Case No. 3:14-cv-362-J-20JBT (M.D. Fla.)

DATED: 1 July 2019

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

/s/ Jeremy A. Mutz
Jeremy A. Mutz
Senior Assistant Attorney General
Florida Bar No.: 0721026
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee, Florida 32399-1050
(850) 414-3636 – Telephone
(850) 488-4872 – Facsimile
Jeremy.Mutz@myfloridalegal.com

**CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing *Joint Status Report/ Reply to Court Order* was electronically filed with the Clerk of Court and furnished by U. S. Mail, and/ or electronic delivery to: James V. Cook, Counsel for the Plaintiff, on this the 1st day of July 2019.

/s/ Jeremy A. Mutz
Jeremy A. Mutz