UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LESAMUEL PALMER, A/K/A
KING ZULU M. ALI SHABAZZ,

    Plaintiff,

v.          Case No. 3:14-cv-362-J-20JBT

RONNIE L. MORRIS, et al.,

    Defendants.

_____

## ORDER

  Pursuant to the parties' Joint Status Report/Response to Court Order (Doc. 87), this case is referred to the Honorable Joel B. Toomey, United States Magistrate Judge, to conduct a settlement conference. By **August 16, 2019**, the parties shall confer and contact the chambers of Judge Toomey with proposed dates the parties and their counsel are available for a settlement conference.

  If the parties settle the case privately prior to that time, they shall immediately notify the Court.

  **DONE AND ORDERED** at Jacksonville, Florida, this _24th_ day of July, 2019.

_____
HARVEY E. SCHLESINGER
United States District Judge

caw 7/18
c:
Counsel of Record