UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LESAMUEL PALMER, A/K/A
KING ZULU M. ALI SHABAZZ,

    Plaintiff,

v.                                          Case No. 3:14-cv-362-J-20JBT

Ronnie L. Morris, et al.,

    Defendants.

## ORDER

On July 24, 2019, the Court directed the parties to confer and contact the chambers of the Honorable Joel B. Toomey, United States Magistrate Judge, for a second settlement conference no later than August 16, 2019. See Doc. 88. On August 12, 2019, Defendants Morris and Douglass filed a Notice to the Court (Notice; Doc. 89) in which they represent that they believe the chances of settling the case are minimal and would prefer not to hold a settlement conference. Plaintiff did not contact Judge Toomey's chambers by August 16, 2019, and has not otherwise responded to the Notice. In light of the above, the Court will not order a second settlement conference at this time. The parties are directed to **confer and submit** a Proposed Case Management and Scheduling Order by **September 30, 2019.**

**DONE AND ORDERED** at Jacksonville, Florida, this _21st_ day of _August_, 2019.

_____
UNITED STATES DISTRICT JUDGE

Jax-8
C: Counsel of record